

# APPLICATION FOR LICENSE TO CARRY A CONCEALABLE WEAPON

DATE **Oct 25, 2020**         PERMIT NUMBER **1301005**

NAME **Michael**     **P.**     **O'Neil**
     First         Middle       Last

PERMANENT ADDRESS **255 Warner Brook Drive**
             Number & Street Name   (No P.O. Boxes accepted)

**Warwick**              **Rhode Island**          **02889**
City or Town              State                  Zip

TELEPHONE NUMBER **(401) 739-1326**                **(401) 258-3232**
              Home              Business              Other

E-MAIL (optional) **Mikeoneil23@gmail.com**

If we need to contact you, which is your preferred method of contact?   Mail / Phone / E-Mail

SOCIAL SECURITY NUMBER **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**    OCCUPATION **Aircraft Mechanic**

EMPLOYER **American Airlines**

**1 Harborside Drive,**                **Boston**    **Massachusetts 02128**
Employer's Address  Street Name and Number   City or Town   State & Zip

DETAIL JOB DESCRIPTION **Aircraft mechanic: repairs and maintenance of commerical aircraft**

DATE OB BIRTH **03/23/64**         PLACE OF BIRTH **Providence, RI**

Height **5"8"**   Weight **330**   Eye color **Blue**   Hair color **Grey**

LIST ALL ADDRESSES FOR **THE LAST THREE YEARS**, including dates and locations:
255 Warner Brook Drive, Warwick Rhode Island 02889

 

Have you ever been arrested or charged for any offense? ☒ Yes ☐ No — IF SO, GIVE DEATAILS:
_____
_____

Have you ever been cited or summoned for any violation? ☒ Yes ☐ No — IF SO, GIVE DETAILS:
_____

Have you ever been under guardianship or confined or treated for mental illness? ☐ Yes ☒ No — IF SO, GIVE DETAILS:_____

Have you ever been convicted of a crime? ☐ Yes ☒ No — IF SO, GIVE DETAILS:_____
_____

Have you ever PLED NOLO CONTENDRE to any charge or violation? ☐ Yes ☒ No — IF SO,GIVE DETAILS:
_____

Are you under indictment in any court for a crime punishable by imprisonment exceeding one year? ☐ Yes ☒ No — IF SO, GIVE DETAILS AND DATES:_____
_____

Have you applied for a permit to carry a concealed pistol or revolver from the Attorney General or a local city or town in Rhode Island? ☒ Yes ☐ No — IF SO, GIVE CITY OR TOWN_____Warwick_____

ACTIVE? __Yes__ EXPIRED? _____ DENIED? _____ REVOKED? _____
(If so, enclose photocopy, notary-signed and dated, attesting copies are true)

Have you ever applied for a pistol permit to carry a handgun in another state? ☒ Yes ☐ No — IF YES,
STATE AND CITY:____MA, CONN, NH_____ Were you denied? __No____
IS SO, GIVE DETAILS_____
(Enclose photocopy, notary-signed and dated, attesting copies are true)

HAVE YOU EVER HAD A LEGAL NAME CHANGE? ☐ Yes ☒ No — IF YES, PLEASE STATE FORMER NAME_____
PLEASE LIST NICKNAMES OR ALIAS USED BY YOU___N/A_____
_____

ARE YOU A CITIZEN OF THE UNITED STATES? ☒ Yes ☐ No HOW LONG? _____
(If you are not a citizen of the United States, a copy of both sides of your alien registration card must be included with this application.)

 

TO THE CHIEF OF POLICE OR CITY HALL OFFICIAL ___Warwick, Rhode Island___
City or Town and State

THIS IS TO INFORM YOU THAT ___Michael P. O'Neil___
Applicant's Name (Printed or Typed)

Is applying for a pistol permit to carry a concealed pistol or revolver in the state of Rhode Island. We would like for you to verify that this subject lives in your city or town or state, in your jurisdiction only.

**( POLICE CHIEF MAY SEND IN LETTER IF HE OR SHE WISHES REGARDING THE APPLICANT )**

_Dorothy A. McCarthy_   10/30/2020
Police Chief or City Hall's Official Signature    Date
** An official stamp or seal is requested **

***

### AFFIDAVIT

I CERTIFY THAT **I HAVE READ AND I AM FAMILIAR** WITH THE PROVISIONS OF **11-47-1 TO 11-47-62**, INCLUSIVE, OF THE GENERAL LAWS OF RHODE ISLAND, 1956, AS AMENDED, AND THAT **I AM AWARE** OF THE PENALTIES FOR VIOLATIONS OF THE PROVISIONS OF THE CITED SECTIONS. I FURTHER UNDERSTAND THAT ANY ALTERATION OF THIS PERMIT IS JUST CAUSE FOR REVOCATION.

_Michael P. O'Neil_
Applicant's Signature

BEFORE A NOTARY PUBLIC

SUBSCRIBED AND SWORN TO BEFORE ME IN ___Johnston___   ___Rhode Island___
                                         CITY              STATE

THIS __24th__ DAY OF _____October_____, __2020__.

_Frank Saccoccio_
Notary Public Signature                           Notary Stamp Required

37

3 of 10
MPO

 

NOTE: ALL MUST QUALIFY IN ACCORDANCE TO 11-47-15
THE RI **COMBAT COURSE** IS FOR LAW ENFORCEMENT PERSONNEL ONLY

**INSTRUCTOR MUST COMPLETE SECTION BELOW WITHIN ONE (1) YEAR PRIOR TO SUBMITTING APPLICATION.**

WEAPON QUALIFICATION SCORE:    CAL. OF WEAPON    **45 Cal.**

AMY-L __X__    SCORE __237__    R.I. COMBAT _____    SCORE _____

_Signature_ of N.R.A. instructor or POLICE RANGE OFFICER    **10/24/2020**
**DATE**

Frank R. Saccoccio        (401) 944-1600 Office * 499-3773 Cellular
PRINTED NAME & TELEPHONE NO# OF **N.R.A. INSTRUCTOR** OR **POLICE RANGE OFFICER**

NRA # 183383482   Expires: 02/28/2022
**N.R.A. NUMBER** OR **POLICE DEPARTMENT NAME**

COPY OF N.R.A. CERTIFICATE OR CERTIFICATION CARD WITH VISIBLE EXPIRATION DATE **MUST BE INCLUDED**

---

**THREE (3) REFERENCES ARE REQUIRED:**

Frank R. Saccoccio   53 Randall Street, Cranston, RI 02920   (401) 499-3773    8+ yrs.
Name                 Address/City/State/Zip                  Area Code/Tele No#  Years Known

Joseph Solomon Jr.   54 Hess Ave, Warwick, RI 02889    (401) 487-6658    8+ yrs.
Name                 Address/City/State/Zip             Area Code/Tele No#  Years Known

Michael Chippendale  124A Johnston Road, Foster, RI 02825   (401) 497-4495   10+ yrs.
Name                 Address/City/State/Zip                  Area Code/Tele No#  Years Known

38

4 of 10
MPO

# AUTHORIZATION FOR RELEASE OF INFORMATION

I, _____, hereby give the Office of Attorney General the authority to conduct a comprehensive investigation of my background including, but not limited to, oral discussions with any person concerning my background. I also authorize a review and full disclosure of all records and any other information concerning myself whether such records and other information are public, private, privileged or confidential. This includes records maintained by past and present employers, law enforcement, public utility companies, state and federal agencies including but not limited to the Division of Taxation, the Internal Revenue Services, and any Health Care facility which dispenses care and treatment for social, mental or emotional difficulties.

To the custodian of the records discussed herein, I hereby authorize you to release information to the bearer of this *Authorization for Release of Information*. I consider a copy of the *Authorization for Release of Information* to be as valid as the original even though a copy does not have my original signature.

I hereby release to the Office of Attorney General and anyone who gives written or oral information about me to the Office of Attorney General from any claims of liability or damages which may occur as a result of the background investigation. This release of liability also extends my heirs, associations, assigns and representatives.

_____    _____
Signature                          Date

*[handwritten: REFUSE TO SIGN  see letter]*

Sworn to before me in the city of _____ State of _____
this _____ day of _____, 20___.

_____
Notary Public

_____
Commission Expires

Notary Stamp required

39

*[handwritten: 5 OF 10]*

# FROM THE DESK OF MICHAEL P. O'NEIL

255 Warner Brook Drive
Warwick, RI 02889
(401) 739-1326
(401) 258-3232 Cellular

RI Department of the Attorney General
C/O BCI Division
4 Howard Avenue
Cranston, RI 02920

RE: Weapon Permit Renewal

To Whom it May Concern:

    I am attaching this letter as a statement that I consider my renewal application complete as I do not wish to waiver my Federal and State HIPPA rights. There is and has been no material change in my circumstances since my last renewal application. My declining to authorize a Waiver in no way should affect your office ability to make a determination as to my being a suitable person to be granted a RI AG CCW.

    I also believe that the Waiver is unconstitutionally overbroad extending into financial information which may or may not contain additional individual(s) information to which I have no authority to waive.

    Additionally, I do not consent to waive any confidential information and conversation(s) I may or may not have had with my attorney, physician(s), marital partners and religious advisor. I also do not wish to waive any work-product protections, which I may or may not have.

    If you need any further information please feel free to contact me directly at the above-listed numbers.

Cordially,

*Michael P. O'Neil*
Michael P. O'Neil

1
6 OF 10
MPO

# FROM THE DESK OF MICHAEL P. O'NEIL

255 Warner Brook Drive<br>
Warwick, RI 02889<br>
(401) 739-1326<br>
(401) 258-3232 Cellular

Department of the Attorney General
BCI Division
4 Howard Avenue
Cranston RI 02920

RE: Concealed Carry Permit Application

To Whom it May Concern:

    I am enclosing this letter as a basis for my renewal application for the State of Rhode Island Concealed Carry Permit. I am a Board Member of Highland Rod & Gun Club in Foster, Rhode Island. We have monthly meetings which I am required to attend.

    I am also the Vice-President of the Rhode Island 2nd Amendment Coalition. We are a Sportsmen's and Firearms Association which advocates for the protection of our Second Amendment Rights. We travel to numerous Hunting and Sportsmen's Clubs in both Rhode Island and Massachusetts for educational purposes, training purposes and for donations from the members. I also train at American Firearms School in North Attleboro, Massachusetts. I am also a certified NRA Pistol Instructor and a certified NRA Range Instructor. When I travel to different clubs, I often carry firearms, targets and ammunition.

    I currently hold an Unrestricted Pistol Permit from the Rhode Island Department of Attorney General, an Unrestricted Pistol Permit from the Commonwealth of Massachusetts and an Unrestricted Concealed Firearm Permit from the State of Utah (which covers 32 additional states), copies of which are attached. I am requesting that the Attorney General grant my renewal application for your Conceal Carry Permit.

    If you need any additional information please feel free to contact me directly at the above-listed numbers.

Cordially,<br>
<i>[signature]</i><br>
Michael P. O'Neil

State of Rhode Island
County of Providence

    Sworn and attested to before me on this the 24th day of October 2020.

<i>[signature]</i><br>
Frank R. Saccoccio<br>
Notary Public #43447<br>
My Comm. Expires 07/03/2022

[Notary seal: Hon. Frank R. Saccoccio Esq., NOTARY PUBLIC, STATE OF RHODE ISLAND]

1   7 OF 10
MPO



**State of Rhode Island — Department of Attorney General — PISTOL PERMIT**
Expires on 01/31/21
Michael O'Neil
255 Warner Brook Drive
Warwick, RI 02889
No. 301005

**Rhode Island DRIVER LICENSE**
3 DOB 03/23/1964  4d LIC # 8004263
4b EXP 03/23/2023  4a ISS 02/15/2018
1 ONEIL
2 MICHAEL P
8 255 WARNER BROOK DR, WARWICK, RI 02889
9 CLASS 10  9a END M  12 RESTR NONE
15 SEX M  16 HGT 5'-08"  17 WGT 300 lb  18 EYES BLU  19 HAIR UNK
5 DD 1690881

**Commonwealth of Massachusetts — Non-Resident Class A Large Capacity Temporary License to Carry Firearms (M.G.L. c. 140, § 131F)**
License Number: 71021206G
Date of Issue: 06/16/2020
Expiration Date: 06/16/2021
Issuing City/Town: MASS STATE POLICE
Restrictions: None
O'NEIL, MICHAEL PAUL
255 WARNER BROOK DR
WARWICK, RI 02889



**STATE OF RHODE ISLAND — CITY OF WARWICK — Permit to Carry Concealed Pistol or Revolver**
Expires on: 11/26/2023
Issued By: Colonel Rick J. Rathbun, Chief of Police
Permit No. 289

**Connecticut — State Permit to Carry Pistols and Revolvers**
1127985  06/19/17  06/19/22  0
MICHAEL P ONEIL
255 WARNER BROOK DRIVE
WARWICK, RI 02889
DOB 03/23/64
Ht 5-8  Wt 330  Race W

**State of New Hampshire — Department of Safety — State Police — NON RESIDENT Pistol / Revolver License**
Permit # 187709
Expires 3/31/2021  Height 5'08"  Weight 330
Issued 9/30/2016  Hair Gray  Eyes Blue
DOB 3/23/1964  Race White  Sex M
MICHAEL P. O'NEILL
255 WARNER BROOK DR
WARWICK, RI 02889
US
NCOIC



**UTAH — DEPARTMENT OF PUBLIC SAFETY — Concealed Firearm Permit**  C2118625
NAME: MICHAEL PAUL ONEIL
D.O.B 03/23/1964  SEX M
ADDRESS: 255 WARNER BROOK DR
CITY: WARWICK  ST RI  ZIP: 02889
DATE OF ISSUE: 10/01/2019  DATE OF EXPIRATION: 11/19/2024
HT: 508  WT: 330  EYES: BLU  HAIR: BRO
Commissioner of Public Safety:

The copies represent true and accurate representations of the original which I have viewed.

Notary Public #43447
My Comm Exp 7/0/2022



Hon. Frank R. Saccoccio Esq. — NOTARY PUBLIC — STATE OF RHODE ISLAND

8 OF 10
MPO



# THE NATIONAL RIFLE ASSOCIATION OF AMERICA

### CERTIFIES THAT

# FRANK R. SACCOCCIO

*Has successfully met the requirements established by the National Rifle Association of America and is hereby designated an*

## NRA INSTRUCTOR

*and is authorized to teach the following basic courses:*

**Certified Pistol**

**NRA** — INSTRUCTOR

Valid through: 2/28/2022

JOHN C. FRAZER, SECRETARY
NATIONAL RIFLE ASSOCIATION

9 OF 10
MPO



10 OF 10
MPO