

# STATE OF RHODE ISLAND
## OFFICE OF THE ATTORNEY GENERAL

4 Howard Avenue • Cranston, RI 02920
(401) 274-4400 • www.riag.ri.gov

*Peter F. Neronha*
*Attorney General*

January 25, 2021

Mr. Michael O'Neil

255 Warner Brook Drive

Warwick, RI 02889

Dear Mr. O'Neil,

    This letter is in reference to your application with the Office of Attorney General for a license to carry (LTC) a pistol or revolver, application number 1301005. We have received this application, dated by you on October 25, 2020.

    As you may be aware, the State of Rhode Island offers two avenues to apply for a permit to carry a firearm under R.I.G.L. §§ 11-47-11 and 11-47-18. Both laws fulfill the statutory requirement under R.I.G.L. § 11-47-8.1 requiring a license or permit to carry a pistol. These statutes are outlined in the Office of Attorney General Weapons Carry Permit Application Packet, which you completed. You submitted your application to this Office under the provisions of R.I.G.L. § 11-47-18, which requires that an applicant must demonstrate a "proper showing of need," and grants the Attorney General discretion whether to issue a permit. See Mosby v. Devine, 851 A.2d 1031, 1047 (R.I. 2004) ("§ 11-47-18 vest the [Office of Attorney General] with extremely broad discretion to grant or deny a license even when there has been 'a proper showing of need'"). Also included in this application packet is a section which addresses some of the factors considered by this office in assessing a proper showing of need. These factors are also listed on the Attorney General's official website. See http://www.riag.ri.gov/documents/PERMIT%20APPLICATION%202020.pdf (page 4-5).This section also reminds applicants that, although these are some factors which are considered, there is no "set formula or criteria to limit or restrict the Attorney General's decision to issue or deny a pistol permit…" I have attached a copy of these guidelines to this letter for your reference.

    These guidelines and the requirement for a proper showing of need apply to all applicants, whether or not you currently or previously have held a license to carry, issued by this Office. In a letter submitted with your application, you reference the fact that, while traveling to different "clubs", you "…carry firearms, targets and ammunition." You make no other statements in your letter which can be reasonably interpreted as a statement of your need to carry a concealed firearm. Also, while conducting a preliminary review of your application, it was discovered that you currently hold an active permit to carry a concealed weapon issued by the City of Warwick, which does not expire until November 26, 2023. As outlined above, by statute, a permit to carry a concealed weapon issued by a municipality,



# STATE OF RHODE ISLAND
## OFFICE OF THE ATTORNEY GENERAL

4 Howard Avenue • Cranston, RI 02920
(401) 274-4400 • www.riag.ri.gov

*Peter F. Neronha*
*Attorney General*

provides you with the same lawful authority as a permit issued by this Office to carry a pistol or revolver anywhere within this State. Since the City of Warwick permit you currently hold already provides you with the ability to lawfully carry a pistol or revolver in the State of Rhode Island, your application does not demonstrate a proper showing of need for the Office of Attorney General to issue another permit. Doing so, would be duplicative of the permit you already hold.

In consideration of the aforementioned circumstances, it has been decided by this Office, in its broad discretion to issue a permit to carry a pistol or revolver, to deny your application due to the fact that you have not provided a proper showing of need for a permit to be issued.

The Office of Attorney General provides LTC applicants, whose applications have been denied, the opportunity to meet with representatives of this Office to present any **additional** information they feel would provide a reason for reconsideration of their application. Due to COVID-19 restrictions, these meetings will only be conducted via audio or video conference call. Should you wish to schedule this meeting, please contact Zoreilis Perez, at 401-274-4400, ext. 2510.

Respectfully,

*[signature]*

Edward Troiano,

Chief, Bureau of Criminal Identification and Investigation

Office of the Attorney General

Attachment: Weapons Carry Permit Packet