# Saccoccio Law Office
Attorneys and Counselors at Law

**Hon. Frank R. Saccoccio Esq. & David Comerford** (of counsel)

| | |
|---|---|
| *Licensed in Rhode Island<br>Massachusetts & Fed Ct. | 928 Atwood Avenue<br>Johnston, Rhode Island 02919<br>Phone (401) 944-1600<br>Fax    (401) 942-8921 |

Frank.CSLawOffice@gmail.com

---

Date: July 8, 2021

State of Rhode Island
Dept. of AG – BCI Division
4 Howard Avenue
Cranston, Rhode Island 02919
Phone: (401) 274-4400

    RE: Michael P. O'Neil
    Application No.: 1301005
    CCW Denial

MOTION TO RECONSIDER

    Now comes the petitioner, Michael P. O'Neil, and respectfully requests that the Department of the Attorney General, BCI Division, reconsider the Denial of his renewal for his AG CCW Permit. This is based on the following:

    That the Petitioner has secured and maintained a permit from the Rhode Island Department of the Attorney General for approximately 12 years.
    That there was no substantial and/or material changes in his circumstances since his last appliocation.
    That a "denial" from the AG will negatively affect him in his renewal applications from the Commonwealth of Massachusetts, the State of Connecticut and other state(s) from which Mr. O'Neil has CCW permits.

Wherefore, the applicate, Mr. Michael P. O'Neil respectfully requests the Department of the Attorney General reconsider his renewal application. Mr. O'Neil requests a written response to this Request for a reconsideration.

    Cordially,

    /s/ Frank R. Saccoccio
    _____
    Hon. Frank R. Saccoccio Esq.
    Saccoccio Law Office

FRS:frs
Copy: file