

# STATE OF RHODE ISLAND
## OFFICE OF THE ATTORNEY GENERAL

150 South Main Street • Providence, RI 02903
(401) 274-4400 • www.riag.ri.gov

*Peter F. Neronha*
*Attorney General*

July 21, 2021

Frank R. Saccoccio, Esquire
Saccoccio Law Office
928 Atwood Avenue
Johnston, Rhode Island 02919
Frank.CSLawoffice@gmail.com

Re:  Motion to Reconsider

Dear Attorney Saccoccio:

I am in receipt of your motion for reconsideration dated July 8, 2021, but received on July 13, 2021.  You seek reconsideration based on the assertion that the Petitioner, Michael P. O'Neil, has maintained a concealed license permit from the Rhode Island Office of Attorney General for approximately 12 years and that there has been no substantial and/or material change in circumstances.  You also relate that a "denial" will negatively affect renewal applications the Petitioner may submit to other states.

This latter issue was addressed in the Office of Attorney General's April 1, 2021 letter and your July 8, 2021 letter provides no basis to consider this decision.  The remaining two issues that serve as the basis for your motion to reconsider also provide no basis to reconsider this Office's determination that the Petitioner's application did not demonstrate a proper showing of need.

Accordingly, the motion for reconsideration is denied.

Very truly yours,

*/s/ Michael W. Field*
Michael W. Field
Assistant Attorney General


cc:  Edward Troiano, BCI Chief