**Supreme Court**

No. 2021-175-M.P.

Michael O'Neil                    :

v.                    :

Rhode Island Department of the                    :
Attorney General

# O R D E R

The petition for writ of certiorari, as prayed, is denied.

This matter shall be closed.

Entered as an Order of this Court this *17th* day of ***December 2021.***

By Order,

/s/ *Debra A. Saunders*
Clerk