**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MICHAEL P. O'NEIL : <br>     Plaintiff, : <br> : <br> v. : <br> : <br> PETER F. NERONHA, in his Official : <br> Capacity as Attorney General of Rhode : <br> Island and the STATE OF RHODE : <br> ISLAND : <br>     Defendant(s) : <br> _____: | Civil Action No. 1:23-cv-00070-WES-PAS |

**ENTRY OF APPEARANCE AS CO-COUNSEL**

I, Attorney Frank R. Saccoccio, enter my appearance as Co-Counsel for the Plaintiff, Michael P. O'Neil in the above-listed action.

Dated: February 20, 2023

                                                       Respectfully submitted,
                                                       **Michael P. O'Neil**
                                                       By and through co-counsel,

/s/ *Frank R. Saccoccio*

_____
Frank R. Saccoccio, Esq. #5949
928 Atwood Avenue
Johnston, Rhode Island  02919
(401) 944-1600 * 942-8921 Fax
Frank.CSLawOffice@gmail.com

**CERTIFICATE OF SERVICE**

I, Frank R. Saccoccio, co-counsel of record for Plaintiff, hereby certify that the foregoing document or pleading has been filed with the Clerk of the United States District Court, District of Rhode Island, via ECF and that all counsel of record has received electronic notice of this filing.

/s/ *Frank R. Saccoccio*

_____
Frank R. Saccoccio Esquire