UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL O'NEIL<br>    Plaintiff<br><br>Vs.<br><br>PETER F. NERONHA, in his official capacity as<br>Attorney General of the State of Rhode Island, and<br>THE STATE OF RHODE ISLAND<br>    Defendants | )<br>)<br>)<br>)   C.A. 23-cv-70<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to F.R.Civ.P. 65, Plaintiff Michael O'Neil hereby moves for a preliminary injunction requiring Defendants to issue a concealed carry weapons permit to him pursuant to R.I.Gen.L. 11-47-18(a) on the grounds that Defendants wrongfully denied him a state-issued concealed carry weapons (CCW) permit based on his supposed lack of "need" for one but this denial violates the Second Amendment of the United States Constitution as set forth in Supreme Court's decision in New York State Rifle & Pistol Association, Inc. v. Bruen, 142 S.Ct. 2111 (2022). Moreover, Defendants based their denial on a statute, R.I.Gen.L. 11-47-18(a), and a set of guidelines that violate the Due Process Clause of the Fourteenth Amendment because the statute and the guidelines are void for vagueness and overbroad and the Attorney General's application of them is arbitrary and capricious. Plaintiff relies upon his Verified Complaint and the accompanying memorandum in support of this Motion.

**MICHAEL O'NEIL**
By his attorneys,

/s/ Thomas W. Lyons                              /s/ Frank R. Saccoccio
Thomas W. Lyons         #2946         Frank R. Saccoccio Esq. #5949
Strauss, Factor, Laing & Lyons             Saccoccio Law Office
One Davol Square, Suite 305                928 Atwood Avenue
Providence, RI 02903                             Johnston, Rhode Island 02919
(401) 456-0700                                         (401) 944-1600 * 942-8921 Fax

tlyons@straussfactor.com                                      Frank.CSLawOffice@gmail.com

CERTIFICATE OF SERVICE

    I hereby certify that on April 13, 2023, a copy of the foregoing was filed and served electronically on all registered CM/ECF users through the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                              /s/ Thomas W. Lyons