**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MICHAEL O'NEIL** | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | **C.A. 23-cv-70** |
| | : | |
| **PETER F. NERONHA, in his official** | : | |
| **capacity, et al.** | : | |
| | : | |
| *Defendants*. | : | |

## ENTRY OF APPEARANCE

Now comes Sarah W. Rice, Assistant Attorney General, and hereby enters her appearance on behalf of Peter F. Neronha, in his official capacity as Attorney General of the State of Rhode Island, and the State of Rhode Island in this matter.

Respectfully submitted,

DEFENDANTS,

**Peter F. Neronha, in his official capacity as Attorney General of the State of Rhode Island, and the State of Rhode Island**,

By:

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Sarah W. Rice*
Sarah W. Rice #10465
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Extension 2054
Fax: (401) 222-3016
srice@riag.ri.gov

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on this 21st day of April, 2023 I filed the within via the ECF filing system and that a copy is available for viewing and downloading.

_/s/ Sarah W. Rice_____