UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MICHAEL O'NEIL,** *Plaintiff,* | : : : |
| v. | : : : C.A. No.: 23-cv-70 |
| **PETER F. NERONHA, in his official capacity as Attorney General of the State of Rhode Island, and THE STATE OF RHODE ISLAND** *Defendants,* | : : : : : : |

### OBJECTION TO THE PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Now come Defendants, Rhode Island Attorney General Peter Neronha in his official capacity and the State of Rhode Island, pursuant to the Federal Rules of Civil Procedure 65(a), and hereby object to the Motion for a Preliminary Injunction filed by Plaintiff Michael O'Neil. As grounds in support thereof, the Defendants rely on the legal arguments set forth in the accompanying memorandum of law filed contemporaneously herewith.

Respectfully submitted,

Defendants,

**STATE OF RHODE ISLAND AND RHODE ISLAND ATTORNEY GENERAL PETER NERONHA**, in his official capacity,

By:

**PETER F. NERONHA
ATTORNEY GENERAL**

*/s/ Samuel Ackerman*
Sarah Rice (#10465)
Assistant Attorney General
srice@riag.ri.gov
Samuel Ackerman (#10586)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2113
(401) 222-2995 (Fax)
sackerman@riag.ri.gov

## CERTIFICATION

I, the undersigned, hereby certify that I have filed the within Document via the ECF System and that it is available for viewing and downloading on this 26th day of April, 2023.

*/s/ Samuel Ackerman*

2