

# APPLICATION FOR LICENSE TO CARRY A CONCEALABLE WEAPON

DATE OCT 25, 2020    PERMIT NUMBER 1301005

NAME    Michael    P.    O'Neil
         First     Middle  Last

PERMANENT ADDRESS    255 Warner Brook Drive
                     Number & Street Name    (No P.O. Boxes accepted)

Warwick              Rhode Island             02889
City or Town         State                    Zip

TELEPHONE NUMBER    (401) 739-1326                           (401) 258-3232
                    Home            Business                 Other

E-MAIL (optional)   Mikeoneil23@gmail.com

If we need to contact you, which is your preferred method of contact?    Mail / Phone / E-Mail

SOCIAL SECURITY NUMBER   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    OCCUPATION   Aircraft Mechanic

EMPLOYER   American Airlines

1 Harborside Drive,                        Boston        Massachusetts 02128
Employer's Address   Street Name and Number   City or Town   State & Zip

DETAIL JOB DESCRIPTION   Aircraft mechanic: repairs and maintenance of commerical aircraft

DATE OB BIRTH   03/23/64            PLACE OF BIRTH   Providence, RI

Height  5"8"    Weight  330    Eye color  Blue    Hair color  Grey

LIST ALL ADDRESSES FOR **THE LAST THREE YEARS**, including dates and locations:
255 Warner Brook Drive, Warwick Rhode Island 02889

 

Have you ever been arrested or charged for any offense? ☒ Yes ☐ No — IF SO, GIVE DEATAILS: _____

Have you ever been cited or summoned for any violation? ☒ Yes ☐ No — IF SO, GIVE DETAILS: _____

Have you ever been under guardianship or confined or treated for mental illness? ☐ Yes ☒ No — IF SO, GIVE DETAILS: _____

Have you ever been convicted of a crime? ☐ Yes ☒ No — IF SO, GIVE DETAILS: _____

Have you ever PLED NOLO CONTENDRE to any charge or violation? ☐ Yes ☒ No — IF SO, GIVE DETAILS: _____

Are you under indictment in any court for a crime punishable by imprisonment exceeding one year? ☐ Yes ☒ No — IF SO, GIVE DETAILS AND DATES: _____

Have you applied for a permit to carry a concealed pistol or revolver from the Attorney General or a local city or town in Rhode Island? ☒ Yes ☐ No — IF SO, GIVE CITY OR TOWN __Warwick__

ACTIVE? __Yes__   EXPIRED? _____   DENIED? _____   REVOKED? _____
(If so, enclose photocopy, notary-signed and dated, attesting copies are true)

Have you ever applied for a pistol permit to carry a handgun in another state? ☒ Yes ☐ No — IF YES, STATE AND CITY: __MA, CONN, NH__   Were you denied? __No__
IS SO, GIVE DETAILS _____
(Enclose photocopy, notary-signed and dated, attesting copies are true)

HAVE YOU EVER HAD A LEGAL NAME CHANGE? ☐ Yes ☒ No — IF YES, PLEASE STATE FORMER NAME _____
PLEASE LIST NICKNAMES OR ALIAS USED BY YOU __N/A__

ARE YOU A CITIZEN OF THE UNITED STATES?   ☒ Yes ☐ No   HOW LONG? _____
(If you are not a citizen of the United States, a copy of both sides of your alien registration card must be included with this application.)

 

TO THE CHIEF OF POLICE OR CITY HALL OFFICIAL _____ **Warwick, Rhode Island** _____
                                                City or Town and State

THIS IS TO INFORM YOU THAT _____ **Michael P. O'Neil** _____
                                        Applicant's Name   (Printed or Typed)

Is applying for a pistol permit to carry a concealed pistol or revolver in the state of Rhode Island. We would like for you to verify that this subject lives in your city or town or state, in your jurisdiction only.
**( POLICE CHIEF MAY SEND IN LETTER IF HE OR SHE WISHES REGARDING THE APPLICANT )**

_____ *Dorothy A. McCarthy* _____   _10/30/2020_
Police Chief or City Hall's Official Signature              Date
** An official stamp or seal is requested **

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT

I CERTIFY THAT **I HAVE READ AND I AM FAMILIAR** WITH THE PROVISIONS OF **11-47-1 TO 11-47-62**, INCLUSIVE, OF THE GENERAL LAWS OF RHODE ISLAND, 1956, AS AMENDED, AND THAT **I AM AWARE** OF THE PENALTIES FOR VIOLATIONS OF THE PROVISIONS OF THE CITED SECTIONS. I FURTHER UNDERSTAND THAT ANY ALTERATION OF THIS PERMIT IS JUST CAUSE FOR REVOCATION.

_____ *Michael P O'Neil* _____
Applicant's Signature

BEFORE A NOTARY PUBLIC

SUBSCRIBED AND SWORN TO BEFORE ME IN ____**Johnston**_____ **Rhode Island**____
                                            CITY                        STATE

THIS __**24th**__ DAY OF _____**October**_____, __**2020**__.

_____ *Frank Saccoccio* _____            _____ (Notary Stamp) _____
Notary Public Signature                              Notary Stamp Required

37
3 of 10
MPO




NOTE: ALL MUST QUALIFY IN ACCORDANCE TO 11-47-15
THE RI **COMBAT COURSE** IS FOR LAW ENFORCEMENT PERSONNEL ONLY

**INSTRUCTOR MUST COMPLETE SECTION BELOW WITHIN ONE (1) YEAR <u>PRIOR</u> TO SUBMITTING APPLICATION.**

WEAPON QUALIFICATION SCORE:   CAL. OF WEAPON   **45 Cal.**

AMY-L __X__   SCORE __237__   R.I. COMBAT _____   SCORE _____

_Signature_ of N.R.A. instructor or POLICE RANGE OFFICER   DATE: 10/24/2020

Frank R. Saccoccio   (401) 944-1600 Office * 499-3773 Cellular
PRINTED NAME & TELEPHONE NO# OF **N.R.A. INSTRUCTOR** OR **POLICE RANGE OFFICER**

NRA # 183383482   Expires: 02/28/2022
**N.R.A. NUMBER** OR **POLICE DEPARTMENT NAME**

COPY OF N.R.A. CERTIFICATE OR CERTIFICATION CARD WITH VISIBLE EXPIRATION DATE **MUST BE INCLUDED**

**THREE (3) REFERENCES ARE REQUIRED:**

| Name | Address/City/State/Zip | Area Code/Tele No# | Years Known |
|---|---|---|---|
| Frank R. Saccoccio | 53 Randall Street, Cranston, RI 02920 | (401) 499-3773 | 8+ yrs. |
| Joseph Solomon Jr. | 54 Hess Ave, Warwick, RI 02889 | (401) 487-6658 | 8+ yrs. |
| Michael Chippendale | 124A Johnston Road, Foster, RI 02825 | (401) 497-4495 | 10+ yrs. |

## AUTHORIZATION FOR RELEASE OF INFORMATION

I, _____, hereby give the Office of Attorney General the authority to conduct a comprehensive investigation of my background including, but not limited to, oral discussions with any person concerning my background. I also authorize a review and full disclosure of all records and any other information concerning myself whether such records and other information are public, private, privileged or confidential. This includes records maintained by past and present employers, law enforcement, public utility companies, state and federal agencies including but not limited to the Division of Taxation, the Internal Revenue Services, and any Health Care facility which dispenses care and treatment for social, mental or emotional difficulties.

To the custodian of the records discussed herein, I hereby authorize you to release information to the bearer of this *Authorization for Release of Information*. I consider a copy of the *Authorization for Release of Information* to be as valid as the original even though a copy does not have my original signature.

I hereby release to the Office of Attorney General and anyone who gives written or oral information about me to the Office of Attorney General from any claims of liability or damages which may occur as a result of the background investigation. This release of liability also extends my heirs, associations, assigns and representatives.

_____         _____
Signature                                            Date

*[handwritten: TO SIGN]*

Sworn to before me in the city of _____ State of _____
this _____ day of _____, 20___.

*[handwritten: Refuse see letter]*

_____
Notary Public

_____
Commission Expires

Notary Stamp required

# FROM THE DESK OF MICHAEL P. O'NEIL

255 Warner Brook Drive<br>
Warwick, RI 02889<br>
(401) 739-1326<br>
(401) 258-3232 Cellular

RI Department of the Attorney General
C/O BCI Division
4 Howard Avenue
Cranston, RI 02920

RE: Weapon Permit Renewal

To Whom it May Concern:

    I am attaching this letter as a statement that I consider my renewal application complete as I do not wish to waiver my Federal and State HIPPA rights. There is and has been no material change in my circumstances since my last renewal application. My declining to authorize a Waiver in no way should affect your office ability to make a determination as to my being a suitable person to be granted a RI AG CCW.

    I also believe that the Waiver is unconstitutionally overbroad extending into financial information which may or may not contain additional individual(s) information to which I have no authority to waive.

    Additionally, I do not consent to waive any confidential information and conversation(s) I may or may not have had with my attorney, physician(s), marital partners and religious advisor. I also do not wish to waive any work-product protections, which I may or may not have.

    If you need any further information please feel free to contact me directly at the above-listed numbers.

Cordially,<br><br>
Michael P. O'Neil

1

6 OF 10
MPO

# FROM THE DESK OF MICHAEL P. O'NEIL

255 Warner Brook Drive
Warwick, RI 02889
(401) 739-1326
(401) 258-3232 Cellular

Department of the Attorney General
BCI Division
4 Howard Avenue
Cranston RI 02920

RE: Concealed Carry Permit Application

To Whom it May Concern:

    I am enclosing this letter as a basis for my renewal application for the State of Rhode Island Concealed Carry Permit. I am a Board Member of Highland Rod & Gun Club in Foster, Rhode Island. We have monthly meetings which I am required to attend.

    I am also the Vice-President of the Rhode Island 2nd Amendment Coalition. We are a Sportsmen's and Firearms Association which advocates for the protection of our Second Amendment Rights. We travel to numerous Hunting and Sportsmen's Clubs in both Rhode Island and Massachusetts for educational purposes, training purposes and for donations from the members. I also train at American Firearms School in North Attleboro, Massachusetts. I am also a certified NRA Pistol Instructor and a certified NRA Range Instructor. When I travel to different clubs, I often carry firearms, targets and ammunition.

    I currently hold an Unrestricted Pistol Permit from the Rhode Island Department of Attorney General, an Unrestricted Pistol Permit from the Commonwealth of Massachusetts and an Unrestricted Concealed Firearm Permit from the State of Utah (which covers 32 additional states), copies of which are attached. I am requesting that the Attorney General grant my renewal application for your Conceal Carry Permit.

    If you need any additional information please feel free to contact me directly at the above-listed numbers.

Cordially,

*Michael P. O'Neil*
Michael P. O'Neil

State of Rhode Island
County of Providence

Sworn and attested to before me on this the 24th day of October 2020.

*Frank Saccoccio*
Frank R. Saccoccio
Notary Public #43447
My Comm. Expires 07/03/2022

1     7 OF 10
       MPO








The copies represent true and accurate representations of the original which I have viewed.

Notary Public #43417
My Comm Exp 7/0/2022



Hon. Frank R. Saccoccio Esq.
NOTARY PUBLIC
STATE OF RHODE ISLAND

8 OF 10
MPO

# THE NATIONAL RIFLE ASSOCIATION OF AMERICA

## CERTIFIES THAT

# FRANK R. SACCOCCIO

*Has successfully met the requirements established by the National Rifle Association of America and is hereby designated an*

## NRA INSTRUCTOR

*and is authorized to teach the following basic courses:*

**Certified Pistol**

**NRA INSTRUCTOR**

Valid through: 2/28/2022

JOHN C. FRAZER, SECRETARY
NATIONAL RIFLE ASSOCIATION

9 OF 10
MPO

**National Rifle Association Credentials**

**FRANK R. SACCOCCIO**
*Chief Range Safety Officer*
*Instructor*
Certified Pistol

John C. Frazer, Secretary
Not valid for conducting NRA Law Enforcement or NRA Security Officer Training Courses.

NRA # 183383482
Expires: 02/28/2022

**To contact Education & Training**

Call: (703)267-1500
Email: nrainstructors@nrahq.org
trainingcounselor@nrahq.org

Possession of this card carries responsibility for representing the whole shooting fraternity to those with whom you deal as well as to the community as a whole. Much of what people think of guns, shooting and shooters depends on you. Good luck!

10 OF 10
MPO