

# STATE OF RHODE ISLAND
## OFFICE OF THE ATTORNEY GENERAL

4 Howard Avenue • Cranston, RI 02920
(401) 274-4400 • www.riag.ri.gov

*Peter F. Neronha*
*Attorney General*

April 1, 2021

Mr. Michael O'Neil

255 Warner Brook Drive

Warwick, RI  02889

Dear Mr. O'Neil,

    This letter is in reference to your application with the Office of Attorney General for a license to carry (LTC) a pistol or revolver, application number 1301005. This application was originally denied on January 25, 2021, due to a failure to demonstrate a proper showing of need. A copy of the letter outlining the reason for that decision is attached for your reference.

    Subsequent to that decision, you requested and received an appointment to appeal the denial of your application. This appeal interview took place, via video conference, on March 10, 2021. Present during this conference were you, your attorney Mr. Saccoccio, Deputy Chief Michael Figueiredo and me.

    During this meeting, Mr. Saccoccio initially stated that the additional reason you believed a permit should be issued to you was that Mr. Saccoccio believes you to be a "public figure", due to your position as vice-president of the Rhode Island Second Amendment Coalition. He argued this position puts you at additional risk of harm from gun control advocates. Mr. Saccoccio also affirmed that you currently hold an active permit to carry a pistol or revolver in the State of Rhode Island, issued by the Town of Warwick. At this time, I informed Mr. Saccoccio that this Office believes the permit he already holds addresses this risk as he articulated it.

    Mr. Saccoccio then stated he believed denying your application because you already hold a permit issued by a town was not valid for the following reasons: his assertion that the AG permit allows for reciprocity to carry a handgun in certain other states; having a second permit as a backup in case the other permit expires prior to renewal; and having both permits allows a town issued permit holder to bypass the waiting period and background check imposed by State law. He further stated that a denial of your application would need to be disclosed on future applications for a permit to carry in other states.

    Your desire to carry a loaded handgun on your person in other states is not a consideration for this Office evaluating whether you have a need to carry a handgun in *this* State. Additionally, the Attorney General's decision-making process cannot be governed by how his decision may influence, positively or negatively, another State's license to carry application process.  You also have presented no

evidence that you are seeking to obtain a license in any state that would honor an Attorney General issued license, nor have you identified that you are seeking to obtain a license in any state that would honor an Attorney General issued license, but not a town issued license.

Having a second permit in case the first is not renewed on time is a circumstance controlled by you, and therefore, also does not constitute a proper showing of need. Expiration dates are well known to a license holder and a complete, accurate application, submitted well in advance of a permit expiration date, would easily alleviate this issue.

Similarly, having a State issued permit so that you can avoid the State's mandatory background check and waiting period, is not a need it is a desire. Moreover, the Town of Warwick permit which you currently possess allows for this exception (i.e., to avoid the State's mandatory background check and waiting period) under R.I. Gen. Laws § 11-47-35.1, a permit issued by this Office would not. As such, this circumstance does not demonstrate a need or even a benefit for you.

Included in your original denial letter was a copy of pages 4 and 5 of our application packet, which address some of the factors considered by this office in assessing a proper showing of need. These factors are also listed on the Attorney General's official website. See http://www.riag.ri.gov/documents/PERMIT%20APPLICATION%202020.pdf (page 4-5). As delineated in this list of factors contained in your application packet, which are considered by the Attorney General for a proper showing of need, this office takes into account, among others, whether: the applicant has demonstrated a specific articulable risk to life, limb or property; the applicant can readily alter his or her conduct or undertake reasonable measures other than carrying a loaded firearm, to decrease the danger to life limb or property; and if there are means of protection available to the applicant other than the possession of a loaded firearm that will alleviate the risk to his or her person or property. These factors clearly articulate this Office's general authority to issue a permit only upon a proper showing of need. The additional concerns raised by you and Mr. Saccoccio do not rise to this level.

In addition, although not a factor in your denial, your refusal to submit a complete application, namely the authorization to conduct and release information for a background check, does not allow this Office to subject your application to the same examination process as all other applicants, ensuring the review process is consistent, thorough and fair.

In consideration of the aforementioned circumstances, it has been decided by this Office, in its broad discretion to issue a permit to carry a pistol or revolver, to deny your application due to the fact that you have not provided a proper showing of need for a permit to be issued.



# STATE OF RHODE ISLAND
## OFFICE OF THE ATTORNEY GENERAL

4 Howard Avenue • Cranston, RI 02920
(401) 274-4400 • www.riag.ri.gov

*Peter F. Neronha*
*Attorney General*

Respectfully,

Edward Troiano,

Chief, Bureau of Criminal Identification and Investigation

Office of the Attorney General

Attachment: LTC decision letter