UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MICHAEL O'NEIL,** *Plaintiff,* | : : : |
| v. | : : : : |
| **PETER F. NERONHA, in his official capacity as Attorney General of the State of Rhode Island, and THE STATE OF RHODE ISLAND** *Defendants,* | : : : : : : |

C.A. No.: 1:23-cv-00070-WES-PAS

## WITHDRAWAL OF APPEARANCE

NOW COMES Samuel Ackerman, Special Assistant Attorney General, and hereby withdraws his appearance on behalf of Peter F. Neronha, in his official capacity as Attorney General of the State of Rhode Island, and the State of Rhode Island in this matter.

Respectfully submitted,

DEFENDANTS,

Peter F. Neronha, in his official capacity as Attorney General of the State of Rhode Island, and the State of Rhode Island,

By:

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Samuel Ackerman*
Samuel Ackerman, Bar No. 10586
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2113
Fax: (401) 222-2995
sackerman@riag.ri.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 19th day of July, 2023 I filed the within via the ECF filing system and that a copy is available for viewing and downloading.

*/s/ Samuel Ackerman*