UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MICHAEL O'NEIL,** *Plaintiff*, | : : : |
| v. | : C.A. No.: 23-cv-70 : |
| **PETER F. NERONHA, in his official Capacity as Attorney General of the State Of Rhode Island, and THE STATE OF RHODE ISLAND** *Defendants,* | : : : : : : |

### DEFENDANTS' MOTION TO DIMISS THE AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION UNDER RULE 12(B)(1) AND FOR FAILURE TO STATE A CLAIM UNDER RULE 12(B)(6

Defendants Peter F. Neronha, in his official capacity as Attorney General of Rhode Island and the State of Rhode Island ("State Defendants") move to dismiss the Amended Complaint in the above captioned matter under Fed. R. Civ. Pro. 12(b)(1) and (6) based on lack of subject matter jurisdiction and failure to state a claim for the reasons articulated in the simultaneously filed memorandum of law.

Respectfully submitted,

Defendants,

**STATE OF RHODE ISLAND AND RHODE ISLAND ATTORNEY GENERAL PETER NERONHA**, in his official capacity,

1

By:

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Sarah W. Rice*

Sarah W. Rice (#10465)
Assistant Attorney General
srice@riag.ri.gov
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2054
(401) 222-2995 (Fax)

## CERTIFICATION

I, the undersigned, hereby certify that I have filed the within Document via the ECF System and that it is available for viewing and downloading on this 2nd day of August, 2023.

*/s/ Sarah W. Rice*