# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL O'NEIL,
        *Plaintiff*,

v.                                     C.A. No.: 23-cv-70

PETER F. NERONHA, in his official
Capacity as Attorney General of the State
Of Rhode Island, and THE STATE OF
RHODE ISLAND
        *Defendants,*

## DECLARATION OF EDWARD TROIANO

1.     I am over the age of 18, am competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.     I am the Chief for the Bureau of Criminal Identification and Investigation ("BCI"), Rhode Island Office of the Attorney General ("RIAG"), a position I have served in since January 1, 2019. Prior to that, I was a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives from 1994-2019. During that time, I twice served as the Acting Resident Agent in Charge for the Providence Field Office, between February 8, 2013 and April 6, 2013 and July 25, 2014 and February 3, 2015. I served as an undercover agent and as a Special Response Team (tactical team) operator. I have received numerous awards for my service, including eight ATF Special Act/Service Awards and designation as the top overall and academic award for my graduating class at the ATF national academy.

3.     As part of my job responsibilities as the Chief for BCI, I oversee the Attorney General's pistol permit process. That process is described in numerous publications accessible to the public at the following web address: https://www.riag.ri.gov/about-our-office/divisions-and-units/bureau-criminal-identification-bci/pistol-permits.

4.     In evaluating applications for pistol permits, RIAG takes into account the factors explained in the referenced publications. In the general case, if an applicant articulates a sufficient showing of need for a RIAG-issued permit, in addition to a municipal permit the applicant already holds, RIAG will consider that need and may issue the second permit. An example of the types of reasons that may lead to issuance of a RIAG permit to an applicant who already possesses a municipal permit would include an articulated need to open carry in order to deter robbery in the operation of a federally licensed firearms retail dealership.

5. On at least one occasion in the past, RIAG has issued a RIAG permit to an applicant who already possessed a municipal permit because the applicant articulated a need to open carry in order to deter robbery at the applicant's storefront workplace.

6. In the course of my duties, I have had opportunity to examine Mr. O'Neil's file and I was present at the March 10, 2021 in-person meeting. I have also read the amended complaint in this matter. Mr. O'Neil did not present the facts about any need to open carry, or that he intended on opening a Federally licensed firearms dealership or any other retail business on this occasion or during any of the subsequent appeals. In fact, the last communication from Mr. O'Neil's legal counsel to this office regarding his application was a "motion to reconsider" dated July 8, 2021, attached hereto as Exhibit A. The reasons documented in this letter as the basis for reconsideration make no mention of a need to open carry or a firearms dealership.

7. If Mr. O'Neil presented the facts alleged in the complaint on his application, the RIAG would consider whether to issue a RIAG permit in addition to Mr. O'Neil's municipal permits based on those facts, applying the reasoning expressed above and taking into consideration past decisions to issue permits.

*[signature]*

Edward Troiano

Date: July 31, 2023

# Exhibit A

# Saccoccio Law Office
## Attorneys and Counselors at Law

**Hon. Frank R. Saccoccio Esq. & David Comerford** (of counsel)

*Licensed in Rhode Island  
Massachusetts & Fed Ct.

928 Atwood Avenue  
Johnston, Rhode Island 02919  
Phone (401) 944-1600  
Fax    (401) 942-8921

Frank.CSLawOffice@gmail.com

Date: July 8, 2021

State of Rhode Island  
Dept. of AG – BCI Division  
4 Howard Avenue  
Cranston, Rhode Island 02919  
Phone: (401) 274-4400

    RE: Michael P. O'Neil  
    Application No.: 1301005  
    CCW Denial

## MOTION TO RECONSIDER

    Now comes the petitioner, Michael P. O'Neil, and respectfully requests that the Department of the Attorney General, BCI Division, reconsider the Denial of his renewal for his AG CCW Permit. This is based on the following:

    That the Petitioner has secured and maintained a permit from the Rhode Island Department of the Attorney General for approximately 12 years.

    That there was no substantial and/or material changes in his circumstances since his last appliocation.

    That a "denial" from the AG will negatively affect him in his renewal applications from the Commonwealth of Massachusetts, the State of Connecticut and other state(s) from which Mr. O'Neil has CCW permits.

Wherefore, the applicate, Mr. Michael P. O'Neil respectfully requests the Department of the Attorney General reconsider his renewal application. Mr. O'Neil requests a written response to this Request for a reconsideration.

Cordially,

/s/ Frank R. Saccoccio

_____  
Hon. Frank R. Saccoccio Esq.  
Saccoccio Law Office

FRS:frs  
Copy: file

1