## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL P. O'NEIL )<br>    Plaintiff )<br> )<br>v. )<br> )<br>PETER F. NERONHA, in his official )<br>capacity as Attorney General of the State )<br>of Rhode Island, and THE STATE OF )<br>RHODE ISLAND )<br>    Defendant(s) ) | C.A. No. 23-cv-70 |

## STIPULATION

The undersigned parties hereby stipulate and agree that Plaintiff Michael P. O'Neil shall have an additional two (2) weeks, up to and including September 1, 2023, to file an Response to Defendants' Motion to Dismiss the Amended Complaint in the above-captioned matter.

| MICHAEL P. O'NEIL | DEFENDANTS PETER F. NERONHA and THE STATE OF RHODE ISLAND |
|---|---|
| By his Attorney, | By their Attorneys, |
| /s/ Thomas W. Lyons_ | */s/ Sarah W. Rice* |
| Thomas W. Lyons (#2946) | Sarah W. Rice (#10465) |
| Strauss, Factor, Laing & Lyons | Assistant Attorney General |
| One Davol Square, Suite 305 | srice@riag.ri.gov |
| Providence, RI 02903 | 150 South Main Street |
| (401) 456-0700 | Providence, RI 02903 |
| tlyons@straussfactor.com | (401) 274-4400 ext. 2054 |
|  | (401) 222-2995 (Fax) |

Dated:  August 14, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on August 14, 2023, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/*Thomas W. Lyons*