## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL P. O'NEIL | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 23-cv-70 |
| | ) | |
| PETER F. NERONHA, in his official | ) | |
| capacity as Attorney General of the State | ) | |
| of Rhode Island, and THE STATE OF | ) | |
| RHODE ISLAND | ) | |
|     Defendant(s) | ) | |

### PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Pursuant to F.R.Civ.P. 15 and 20, Plaintiff Michael O'Neil hereby moves to amend the Complaint to add as Plaintiffs Daniel Patterson, Donald Labiole, Joseph Patton, Richard Cook, Richard Laporte and Peter Tremeentozzi and to make various other non-substantive edits to the Amended Complaint. Plaintiff attaches the proposed Second Amended Complaint and relies on the accompanying memorandum.

Respectfully submitted,
**MICHAEL O'NEIL, DANIEL PATTERSON, DONALD LABRIOLE, JOSEPH PATTON, RICHARD COOK, RICHARD LAPORTE, AND PETER TREMEENTOZZI,**
By their attorneys,

/s/ Thomas W. Lyons
Thomas W. Lyons #2946
Strauss, Factor, Laing & Lyons
One Davol Square, Suite 305
Providence, RI 02903
(401) 456-0700
tlyons@straussfactor.com

/s/ Frank R. Saccoccio
Frank R. Saccoccio Esq. #5949
Saccoccio Law Office
928 Atwood Avenue
Johnston, Rhode Island 02919
(401) 944-1600 * 942-8921 Fax
Frank.CSLawOffice@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2023, a copy of the foregoing was filed and served electronically on all registered CM/ECF users through the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Thomas W. Lyons