UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL P. O'NEIL )<br>    Plaintiff )<br> )<br>v. )<br> )<br>PETER F. NERONHA, in his official )<br>capacity as Attorney General of the State )<br>of Rhode Island, and THE STATE OF )<br>RHODE ISLAND )<br>    Defendant(s) ) | C.A. No. 23-cv-70 |

**STIPULATION**

The undersigned parties hereby stipulate and agree that Defendants Peter F. Neronha, in his official capacity, and the State of Rhode Island, shall have an additional two (2) weeks, up to and including September 22, 2023, to file a Reply in Support of its Motion to Dismiss the Amended Complaint and a Response to the Motion to Amend the Complaint in the above-captioned matter.

| | |
|---|---|
| MICHAEL P. O'NEIL<br><br>By his Attorney,<br><br>/s/ Thomas W. Lyons<br>Thomas W. Lyons (#2946)<br>Strauss, Factor, Laing & Lyons<br>One Davol Square, Suite 305<br>Providence, RI 02903<br>(401) 456-0700<br>tlyons@straussfactor.com | DEFENDANTS PETER F. NERONHA and<br>THE STATE OF RHODE ISLAND<br><br>By their Attorneys,<br><br>/s/ Sarah W. Rice<br>Sarah W. Rice (#10465)<br>Assistant Attorney General<br>srice@riag.ri.gov<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400 ext. 2054<br>(401) 222-2995 (Fax) |

Dated: September 6, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on September 6, 2023, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/*Sarah W. Rice*