# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MICHAEL O'NEIL, et al.** : | |
| : | |
| *Plaintiff*, : | |
| : | |
| v. : | C.A. 23-cv-00070-WES-PAS |
| : | |
| **PETER F. NERONHA, in his official** : | |
| **capacity as Attorney General of the State** : | |
| **of Rhode Island, and THE STATE OF** : | |
| **RHODE ISLAND** : | |
| *Defendants*. : | |

## ENTRY OF APPEARANCE

Now comes James Arguin, Special Assistant Attorney General, and hereby enters his appearance on behalf of Peter F. Neronha, in his official capacity as Attorney General of the State of Rhode Island, and the State of Rhode Island in this matter.

Respectfully submitted,

DEFENDANTS,

**Peter F. Neronha, in his official capacity as Attorney General of the State of Rhode Island, and the State of Rhode Island**,

By:

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ James Arguin*
James Arguin, Bar No. 10785
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2078
Fax: (401) 222-2995
jarguin@riag.ri.gov

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on this 23rd day of February, 2024 I filed the within via the ECF filing system and that a copy is available for viewing and downloading.

                                             */s/ James Arguin*