## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

**MICHAEL O'NEIL, et al.**                                                      )
     **Plaintiffs**                                           )
                                                                   )
**Vs.**                                                                                     )     **C.A. 23-cv-70**
                                                                   )
**PETER F. NERONHA, in his official capacity as**    )
**Attorney General of the State of Rhode Island, and**  )
**THE STATE OF RHODE ISLAND**                     )
     **Defendants**                                        )

### ASSTENTED TO- MOTION TO EXTEND DISCOVERY DEADLINES

Plaintiffs move, with defendants' consent, to extend the discovery deadlines, because each side has witnesses who have been unavailable for depositions, as follows:

1. Fact discovery will close on March 31, 2024.

2. Plaintiff shall make its expert witness disclosures as required by Fed.R.Civ.P. 26(a)(2) by April 31, 2024.

3. Defendants shall make its expert witness disclosures as required by Fed.R.Civ.P. 26(a)(2) by May 31, 2024.

4. All expert discovery shall be completed by June 30, 2024.

5. Dispositive motions shall be filed by July 31, 2024.

MICHAEL P. O'NEIL

By his Attorney,


/s/ Thomas W. Lyons_____
Thomas W. Lyons (#2946)
Strauss, Factor, Laing & Lyons
One Davol Square, Suite 305
Providence, RI 02903
(401) 456-0700
tlyons@straussfactor.com

DEFENDANTS PETER F. NERONHA and
THE STATE OF RHODE ISLAND

By their Attorneys,


*/s/ James J. Arguin*
James J. Arguin (#10785)
Special Assistant Attorney General
jarguin@riag.ri.gov
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2078

(401) 222-2995 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/*Thomas W. Lyons*