UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL O'NEIL, et al.<br>　　Plaintiffs | )<br>)<br>) |
| Vs. | )　　C.A. 23-cv-70<br>) |
| PETER F. NERONHA, in his official capacity as<br>Attorney General of the State of Rhode Island, and<br>THE STATE OF RHODE ISLAND<br>　　Defendants | )<br>)<br>)<br>)<br>) |

ASSTENTED-TO MOTION TO EXTEND DISCOVERY DEADLINES

Plaintiffs move, with defendants' consent, to extend the discovery deadlines, because each side has witnesses who have been unavailable for depositions, as follows:

1. Fact discovery will close on March 31, 2024.

2. Plaintiff shall make its expert witness disclosures as required by Fed.R.Civ.P. 26(a)(2) by May 30, 2024.

3. Defendants shall make its expert witness disclosures as required by Fed.R.Civ.P. 26(a)(2) by June 30, 2024.

4. All expert discovery shall be completed by July 30, 2024.

5. Dispositive motions shall be filed by August 30, 2024.

| | |
|---|---|
| PLAINTIFFS,<br><br>By their Attorneys,<br><br>/s/ Thomas W. Lyons_____<br>Thomas W. Lyons (#2946)<br>Strauss, Factor, Laing & Lyons<br>One Davol Square, Suite 305<br>Providence, RI 02903<br>(401) 456-0700<br>tlyons@straussfactor.com | DEFENDANTS PETER F. NERONHA and THE STATE OF RHODE ISLAND<br><br>By their Attorneys,<br><br>*/s/ James J. Arguin*<br>James J. Arguin (#10785)<br>Special Assistant Attorney General<br>jarguin@riag.ri.gov<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400 ext. 2078<br>(401) 222-2995 (Fax) |

Frank Saccoccio Esq.
Saccoccio Law Office
928 Atwood Avenue
Johnston, Rhode Island 02919
(401) 944-1600
frank.cslawoffice@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2024, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                      /s/*Thomas W. Lyons*