UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL P. O'NEIL, et al.,<br>　　　Plaintiffs,<br><br>v.<br><br>PETER F. NERONHA, in his official capacity as Attorney General of the State of Rhode Island, and THE STATE OF RHODE ISLAND,<br>　　　Defendants. | C.A. No. 1:23-cv-00070 |

**ASSENTED-TO MOTION TO EXTEND EXPERT DISCOVERY DEADLINES**

　　　Defendants move, with Plaintiffs' consent, to extend the expert discovery deadline from July 30, 2024, to October 28, 2024, and the dispositive motion deadline from August 30, 2024, to November 28, 2024. As grounds for this motion, both sides cite the difficulty of scheduling depositions for three experts engaged in other matters as well as counsels' prior commitments in July and August.

DEFENDANTS PETER F. NERONHA
and THE STATE OF RHODE ISLAND,

By their Attorneys,

*/s/ James J. Arguin*
James J. Arguin (#10785)
Special Assistant Attorney General
jarguin@riag.ri.gov
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2078
(401) 222-2995 (Fax)

*/s/ Paul T.J. Meosky*
Paul T.J. Meosky (#10742)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, ext. 2064
(401) 222-2995 (Fax)
pmeosky@riag.ri.gov

PLAINTIFFS,

By their Attorneys,

*/s/ Thomas W. Lyons*
Thomas W. Lyons (#2946)
Strauss, Factor, Laing & Lyons
One Davol Square, Suite 305
Providence, RI 02903
(401) 456-0700
tylons@straussfactor.com

*/s/ Frank R. Saccoccio*
Frank R. Saccoccio (#5949)
Saccoccio Law Office
928 Atwood Avenue
Johnston, RI 02919
(401) 944-1600
Frank.CSLawOffice@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 8, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ James J. Arguin*