UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL P. O'NEIL, DANIEL PATTERSON, DONALD LABRIOLE JOSEPH PATTON, RICHARD COOK RICHARD LAPORTE and PETER TREMEENTOZZI<br>    Plaintiffs<br><br>           v.<br><br>PETER F. NERONHA, in his official capacity as Attorney General of the State of Rhode Island, and THE STATE OF RHODE ISLAND<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No. 23-cv-70<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to F.R.Civ.P. 56, Plaintiffs hereby move for summary judgment on the grounds that the material facts are undisputed and they are entitled to judgment as a matter of law.  Plaintiffs seek declaratory relief that they have a protected right under the Second Amendment to engage in "open," public carry of firearms, and a permanent injunction requiring Defendants to renew their concealed carry permits which are required for such carry under R.I.Gen.L. 11-47-18.  The Court should also issue declaratory relief that Defendants may not condition the issuance of their CCW permits upon a showing of "need."  Plaintiffs rely on the accompanying Statement of Undisputed Facts and their Memorandum of Law.

**PLAINTIFFS,**
By their attorneys,

/s/ Thomas W. Lyons
Thomas W. Lyons           #2946
Strauss, Factor, Laing & Lyons
One Davol Square, Suite 305
Providence, RI 02903
(401) 456-0700
tlyons@straussfactor.com

/s/ Frank R. Saccoccio
Frank R. Saccoccio Esq. #5949
Saccoccio Law Office
928 Atwood Avenue
Johnston, Rhode Island 02919
(401) 944-1600 * 942-8921 Fax
Frank.CSLawOffice@gmail.com

CERTIFICATE OF SERVICE

    I hereby certify that on November 27, 2024, a copy of the foregoing was filed and served electronically on all registered CM/ECF users through the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                  /s/ Thomas W. Lyons