UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL P. O'NEIL, DANIEL :
PATTERSON, DONALD LABRIOLE :
JOSEPH PATTON, RICHARD COOK :
RICHARD LAPORTE and PETER :
TREMEENTOZZI :
    Plaintiffs :
     :
v. :    C.A. No. 23-cv-70
     :
PETER F. NERONHA, in his official :
capacity as Attorney General of the State :
of Rhode Island, and THE STATE OF :
RHODE ISLAND :
    Defendants :

DECLARATION OF PLAINTIFF MICHAEL O'NEIL

Pursuant to 28 U.S.C. §1746, Plaintiff Michael O'Neil states:

1. I live in Warwick, Rhode Island.

2. I am over the age of 21. I am not a felon, or a fugitive from justice, not in community confinement or otherwise subject to electronic surveillance, not mentally incompetent, not a drug addict or a drunkard, and not an immigrant who entered or remained in the country illegally.

3. I have obtained a "blue card" from the Rhode Island Department of Environmental Management that permits me to purchase a handgun and ammunition in Rhode Island.

4. I first obtained a concealed carry (CCW) permit issued by the Rhode Island Attorney General (RIAG) in 2013. That permit was renewed in 2017.

5. In October 2020, I also held a CCW permit issued by the City of Warwick. It was issued in 2019.

6. In October 2020, I filed an application with the RIAG to renew my permit.

7. On January 25.2021, the RIAG denied the renewal of my CCW permit on the grounds that I had the CCW permit from the City of Warwick and therefore did not need the RIAG permit.

8. I would like the option to engage in open carry of firearms for self-defense because I operate business selling and transferring firearms which involves travelling with firearms. I would also like the option of working for a private security company.

9. In addition, I am active with the Rhode Island Second Amendment Coalition which advocates for gun rights and I have been subject to attempted intimidation by opponents.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 22, 2024.

*Michael P O'Neil*
Michael O'Neil