UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL P. O'NEIL, DANIEL : 
PATTERSON, DONALD LABRIOLE :
JOSEPH PATTON, RICHARD COOK :
RICHARD LAPORTE and PETER :
TREMEENTOZZI :
    Plaintiffs :
  :
v. :    C.A. No. 23-cv-70
  :
PETER F. NERONHA, in his official :
capacity as Attorney General of the State :
of Rhode Island, and THE STATE OF :
RHODE ISLAND :
    Defendants :

### DECLARATION OF PLAINTIFF PETER TREMENTOZZI

Pursuant to 28 U.S.C. §1746, Plaintiff Peter Trementozzi states:

1. I live in Johnston, Rhode Island.

2. I am over the age of 21. I am not a felon, not a fugitive from justice, not in community confinement or otherwise subject to electronic surveillance, not mentally incompetent, not a drug addict or a drunkard, and not an immigrant who entered or remained in the country illegally.

3. I have obtained a "blue card" from the Rhode Island Department of Environmental Management that permits me to purchase a handgun and ammunition in Rhode Island.

4. I first obtained a concealed carry (CCW) permit issued by the Rhode Island Attorney General (RIAG) in approximately __1998__. That permit was renewed in __2002__, __2006__, and __2010__. 2018

5. In December 2021, I also held a CCW permit issued by the Town of Scituate. It was issued in April 2020.

6. In December 2021, I filed an application with the RIAG to renew my permit.

7. On March 12, 2022, the RIAG denied the renewal of my CCW permit on the grounds that I had the CCW permit from the Town of Scituate and therefore did not need the RIAG permit.

8. I would like the option to engage in open carry of firearms for self-defense as I am employed part-time by a store that sells firearms and we often deal with large amounts of cash. I am encouraged to carry a firearm when I work at the store.

9. I also operate a business manufacturing and selling ammunition. I carry a firearm when I am at that business.

10. I may also return to work as a private security guard which would require me to engage in open carry.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November __, 2024.

_____
Peter Trementozzi