UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL P. O'NEIL, DANIEL
PATTERSON, DONALD LABRIOLE
JOSEPH PATTON, RICHARD COOK
RICHARD LAPORTE and PETER
TREMEENTOZZI
    Plaintiffs

v.                                              C.A. No. 23-cv-70

PETER F. NERONHA, in his official
capacity as Attorney General of the State
of Rhode Island, and THE STATE OF
RHODE ISLAND
    Defendants

DECLARATION OF PLAINTIFF RICHARD LAPORTE

Pursuant to 28 U.S.C. §1746, Plaintiff Richard Laporte states:

1. I live in North Kingstown, Rhode Island.

2. I am over the age of 21. I am not a felon, not a fugitive from justice, not in community confinement or otherwise subject to electronic surveillance, not mentally incompetent, not a drug addict or a drunkard, and not an immigrant who entered or remained in the country illegally.

3. I have obtained a "blue card" from the Rhode Island Department of Environmental Management that permits me to purchase a handgun and ammunition in Rhode Island.

4. I first obtained a concealed carry (CCW) permit issued by the Rhode Island Attorney General (RIAG) in approximately 2010. That permit was renewed in 2014, and 2018.

5. In September 2021, I also held a CCW permit issued by the Town of North Kingstown. It was issued in May 2020.

6. In September 2021, I filed an application with the RIAG to renew my permit.

7. On January 4, 2022, the RIAG denied the renewal of my CCW permit on the grounds that I had the CCW permit from the Town of North Kingstown and therefore did not need the RIAG permit.

8. I would like the option to engage in open carry of firearms for self-defense as I travel to shooting competitions with firearms and may also be carrying large amounts of cash for a business I hope to start buying and selling used automobiles.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2024.

Richard Laporte