UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL P. O'NEIL, DANIEL  :
PATTERSON, DONALD LABRIOLE :
JOSEPH PATTON, RICHARD COOK :
RICHARD LAPORTE and PETER :
TREMEENTOZZI :
   Plaintiffs :
  :
v. :    C.A. No. 23-cv-70
  :
PETER F. NERONHA, in his official :
capacity as Attorney General of the State :
of Rhode Island, and THE STATE OF :
RHODE ISLAND :
   Defendants :

DECLARATION OF PLAINTIFF DANIEL PATTERSON

Pursuant to 28 U.S.C. §1746, Plaintiff Daniel Patterson states:

1. I live in Exeter, Rhode Island.

2. I am over the age of 21. I pled nolo contendere to charge of possession of alcohol by a minor when I was 20 years old in 1983. Otherwise, I have no criminal record. I am not a fugitive from justice, not in community confinement or otherwise subject to electronic surveillance, not mentally incompetent, not a drug addict or a drunkard, and not an immigrant who entered or remained in the country illegally.

3. I have obtained a "blue card" from the Rhode Island Department of Environmental Management that permits me to purchase a handgun and ammunition in Rhode Island.

4. I first obtained a concealed carry (CCW) permit issued by the Rhode Island Attorney General (RIAG) in approximately _2006_. That permit was renewed every ~~two~~ Four years until 2022. DWP

5. In January 2022, I also held a CCW permit issued by the Town of Exeter. It was issued in November 2021.

6. In April 2022, I filed an application with the RIAG to renew my permit.

7. On April 23, 2022, the RIAG denied the renewal of my CCW permit on the grounds that I had the CCW permit from the Town of Exeter and therefore did not need the RIAG permit.

8. I would like the option to engage in open carry of firearms for self-defense because I operate a construction business, including the use of explosives, and sometimes work in less safe areas of the state, and because I also operate a gun shop.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November __, 2024.

_____
Daniel Patterson