## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL P. O'NEIL, DANIEL PATTERSON, DONALD LABRIOLE JOSEPH PATTON, RICHARD COOK RICHARD LAPORTE and PETER TREMEENTOZZI<br>    Plaintiffs<br><br>v.<br><br>PETER F. NERONHA, in his official capacity as Attorney General of the State of Rhode Island, and THE STATE OF RHODE ISLAND<br>    Defendants | C.A. No. 23-cv-70 |

### DECLARATION OF PLAINTIFF DONALD LABRIOLE

Pursuant to 28 U.S.C. §1746, Plaintiff Donald Labriole states:

1. I live in Coventry, Rhode Island.

2. I am over the age of 21. I am not a felon, not a fugitive from justice, not in community confinement or otherwise subject to electronic surveillance, not mentally incompetent, not a drug addict or a drunkard, and not an immigrant who entered or remained in the country illegally.

3. I have obtained a "blue card" from the Rhode Island Department of Environmental Management that permits me to purchase a handgun and ammunition in Rhode Island.

4. I first obtained a concealed carry (CCW) permit issued by the Rhode Island Attorney General (RIAG) in approximately 1991. That permit was renewed every two years until 2021.

5. In January 2022, I also held a CCW permit issued by the Town of West Greenwich. It was issued in November 2021.

6. In August 2021, I filed an application with the RIAG to renew my permit.

7. On November 7, 2021, the RIAG denied the renewal of my CCW permit on the grounds that I had the CCW permit from the Town of West Greenwich and therefore did not need the RIAG permit.

8. I would like the option to engage in open carry of firearms for self-defense because I operate a construction business and sometimes work in less safe areas of the state.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 26, 2024.

*/s/ Donald Labriole*
Donald Labriole