**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MICHAEL P. O'NEIL, DANIEL** | : | |
| **PATTERSON, DONALD LABRIOLE** | : | |
| **JOSEPH PATTON, RICHARD COOK** | : | |
| **RICHARD LAPORTE and PETER** | : | |
| **TREMEENTOZZI** | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **C.A.** |
| **No. 23-cv-70** | : | |
| | : | |
| **PETER F. NERONHA, in his official** | : | |
| **capacity as Attorney General of the State** | : | |
| **of Rhode Island, and THE STATE OF** | : | |
| **RHODE ISLAND** | : | |
| **Defendants** | : | |

**DECLARATION OF PLAINTIFF JOSEPH PATTON**
*Pursuant to 28 U.S.C. §1746, Plaintiff Joseph Patton states:*

1. I live in Foster, Rhode Island.

2. I am over the age of 21. I am not a felon, not a fugitive from justice, not in community confinement or otherwise subject to electronic surveillance, not mentally incompetent, not a drug addict or a drunkard, and not an immigrant who entered or remained in the country illegally.

3. I have obtained a "blue card" from the Rhode Island Department of Environmental Management that permits me to purchase a handgun and ammunition in Rhode Island.

4. I first obtained a concealed carry (CCW) permit issued by the Rhode Island Attorney General (RIAG) in approximately _2014_. That permit was renewed in _2018_, _____, and _____.

5. In January 2022, I also held a CCW permit issued by the Town of Foster. It was issued in _5-02-21_.

6. In January 2022, I filed an application with the RIAG to renew my permit.

7. On January 25, 2022, the RIAG denied the renewal of my CCW permit on the grounds that I had the CCW permit from the Town of Foster and therefore did not need the RIAG

permit.

8. I would like the option to engage in open carry of firearms for self-defense because I AM NRA INSTRUCTOR TRAIN WITH GUNS + AMO

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 20, 2024.

Joseph BPatton

Joseph Patton