UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL P. O'NEIL, DANIEL            :
PATTERSON, DONALD LABRIOLE           :
JOSEPH PATTON, RICHARD COOK          :
RICHARD LAPORTE and PETER            :
TREMEENTOZZI                         :
   Plaintiffs                        :
                                     :
     v.                           :    C.A.
   No. 23-cv-70                      :
                                     :
PETER F. NERONHA, in his official    :
capacity as Attorney General of the State  :
of Rhode Island, and THE STATE OF    :
RHODE ISLAND                         :
   Defendants                        :

DECLARATION OF PLAINTIFF RICHARD COOK

Pursuant to 28 U.S.C. §1746, Plaintiff Richard Cook states:

1. I live in Charlestown, Rhode Island.
2. I am over the age of 21. I am not a felon, not a fugitive from justice, not in community confinement or otherwise subject to electronic surveillance, not mentally incompetent, not a drug addict or a drunkard, and not an immigrant who entered or remained in the country illegally.
3. I have obtained a "blue card" from the Rhode Island Department of Environmental Management that permits me to purchase a handgun and ammunition in Rhode Island.
4. I first obtained a concealed carry (CCW) permit issued by the Rhode Island Attorney General (RIAG) in approximately 2009. That permit was renewed in 2013, 2017, and _____.
5. In April 2021, I also held a CCW permit issued by the Town of Charlestown. It was issued in 2013, 2017, 2020.
6. In April 2021, I filed an application with the RIAG to renew my permit.
7. On August 4, 2021, the RIAG denied the renewal of my CCW permit on the grounds that I had the CCW permit from the Town of Charlestown and therefore did not need the RIAG

permit.

8. I would like the option to engage in open carry of firearms for self-defense because <u>It is my constitutional right</u>

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 25, 2024.

_____
Richard Cook