Exhibit 23
Spitzer
9/10/24 llc

# EXHIBIT B

# EXHIBIT B

# TYPES OF CARRY RESTRICTION LAWS (YEARS OF ENACTMENT)

| STATE | NO CONCEALED CARRY LAWS | NO OPEN/ANY CARRY LAWS | NO CARRY LONG GUNS |
|---|---|---|---|
| Alabama | 1839, 1841 | | |
| Alaska | 1896 | | |
| Arizona | 1889 | 1889, 1901 | 1901 |
| Arkansas | 1837, 1838, 1874/75, 1881 | 1875, 1881 | |
| California | 1849, 1864 | 1878, 1917 | 1878, 1917 |
| Colorado | 1862 | | |
| Connecticut | 1890, 1923 | 1890 | 1890 |
| Delaware | 1881, 1893 | | |
| District of Columbia | 1858, 1871, 1892 | 1858, 1871 | 1858 |
| Florida | 1835, 1868, 1885, 1887 | 1868[1] | 1868 |
| Georgia | 1837 | 1837, 1873 | 1873 |
| Hawaii | 1913 | 1852, 1913 | 1852, 1913 |
| Idaho | 1909 | 1888 | |
| Illinois | 1881, 1882, 1883, 1885 | | |
| Indiana | 1820 | | |
| Iowa | 1882, 1887, 1897, 1929 | | |
| Kansas | 1862, 1866, 1868, 1872, 1879, 1887 | 1867, 1868, 1872, 1879, 1881, 1899 | 1867, 1868, 1881, 1899 |
| Kentucky | 1813, 1853 | 1801 | |
| Louisiana | 1813 | 1870 | 1870 |
| Maine | 1840 | 1840, 1883 | |
| Maryland | 1872 | 1874, 1886 | 1874, 1886 |
| Massachusetts | 1836 | 1836, 1891, 1903, 1927 | 1891, 1903, 1927 |
| Michigan | 1887 | 1927, 1929 | 1929 |
| Minnesota | 1870, 1882, 1884 | 1851, 1870 | |
| Mississippi | 1878 | 1878 | |
| Missouri | 1873 | 1923 | 1923 |
| Montana | 1864, 1883 | | |
| Nebraska | 1881 | 1872 | 1872 |
| Nevada | 1881, 1905 | | |
| New Hampshire | 1909, 1923 | 1909, 1913 | |

---

[1] Carry weapons while committing a crime.

| | | | |
|---|---|---|---|
| New Jersey | 1686,1905 | 1871,1873 | 1871,1873 |
| New Mexico | 1852, 1853,1859/60, 1864/65,1869,1887 | 1869,1887 | |
| New York | 1891 | 1885,1911, 1913 | |
| North Carolina | 1792 | 1792 | |
| North Dakota | 1864/65[2],1895 | 1864/65, 1895 | |
| Ohio | 1859,1880,1894 | | |
| Oklahoma | 1890 | 1890,1891 | 1890,1891 |
| Oregon | 1853,1885 | 1853,1898, 1917 | |
| Pennsylvania | 1851 | 1851 | 1851 |
| Rhode Island | 1893,1896,1908 | | |
| South Carolina | 1880 | 1901 | |
| South Dakota | 1864/65,1877 | 1864/65, 1877,1903 | |
| Tennessee | 1801,1821, 1837/38,1863 | 1821,1867, 1869,1879, 1881,1893 | 1869,1881, 1893 |
| Texas | 1870 | 1871,1879, 1879 | 1871,1879 |
| Utah | 1877, 1888 | 1877 | 1877 |
| Vermont | 1892,1895,1897 | 1895 | |
| Virginia | 1838,1847/48,1870, 1877,1884,1887,1908 | 1847 | |
| Washington | 1881,1883,1892,1896 1897 | | |
| West Virginia | 1870 | 1882,1891, 1925 | 1882,1891, 1925 |
| Wisconsin | 1858,1872,1883 | 1858,1896 | 1896 |
| Wyoming | 1876,1893 | 1876,1893 | 1893 |
| TOTAL STATES | 50 (plus D.C.) | 39 | 23 |
| TOTAL LAWS | 111 | 78 | 38 |

Source: https://firearmslaw.duke.edu/repository/search-the-repository/ Note that the unit of analysis is the law, not the state; the laws are organized by state for the sake of clarity.

---

[2] The 1864-65 law was enacted for the Dakotas territory, so listed here under both North and South Dakota. The concealed carry restriction applied to pistols and "any sharp or dangerous weapon." 1864-1865 General Laws and Private Laws, and Memorials and Resolutions, of the Territory of Dakota, of the Fourth Session of the Legislative Assembly, 4(General Laws), 30-204; 128, Sec. 455. The 1864-65 Dakota territory law separately punished any carrying, whether open or concealed: "Every person who carries upon his person, whether concealed or not. . .any instrument or weapon of the kind usually known as slung shot or of any similar kind. . . ." 1864-1865 General Laws and Private Laws, and Memorials and Resolutions, of the Territory of Dakota, of the Fourth Session of the Legislative Assembly, 4(General Laws), 30-204; 128, Sec. 454.