UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MICHAEL P. O'NEIL, DANIEL PATTERSON, DONALD LABRIOLE JOSEPH PATTON, RICHARD COOK RICHARD LAPORTE and PETER TREMEENTOZZI** <br>    Plaintiffs <br><br> v. <br><br> **PETER F. NERONHA, in his official capacity as Attorney General of the State of Rhode Island, and THE STATE OF RHODE ISLAND** <br>    Defendants | C.A. No. 23-cv-70 |

## PLAINTIFFS' MOTION IN LIMINE

Pursuant to F.R.E. 103, 403, 702, and 703, as well as F.R.Civ.P. 56(c)(2), Plaintiffs hereby move in limine to exclude evidence from the so-called Duke Repository of gun laws because it is inadmissible hearsay and otherwise unreliable evidence, and to exclude the expert testimony of Defendants' expert, Robert Spitzer because he relied on "facts" or "data" which were not inherently reliable, specifically, the Duke Repository, and his opinions are not otherwise based on a reliable methodology. Plaintiffs rely on the accompanying memorandum of law and discovery materials in support of this motion.

Respectfully submitted,
**PLAINTIFFS**
By their attorneys,

/s/ *Thomas W. Lyons*
Thomas W. Lyons        #2946
Strauss, Factor, Laing & Lyons
One Davol Square, Suite 305
Providence, RI 02903
(401) 456-0700
tlyons@straussfactor.com

/s/ *Frank R. Saccoccio*
Frank R. Saccoccio Esq. #5949
Saccoccio Law Office
928 Atwood Avenue
Johnston, Rhode Island 02919
(401) 944-1600 * 942-8921 Fax
Frank.CSLawOffice@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that on November 27, 2024, a copy of the foregoing was filed and served electronically on all registered CM/ECF users through the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                  /s/ Thomas W. Lyons