UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MICHAEL O'NEIL, et al.** ) <br>     **Plaintiffs** ) <br> ) <br> Vs. ) <br> ) <br> **PETER F. NERONHA, in his official capacity as** ) <br> **Attorney General of the State of Rhode Island, and** ) <br> **THE STATE OF RHODE ISLAND** ) <br>     **Defendants** ) | C.A. 23-cv-70 |

**THE PARTIES' JOINT MOTION TO EXTEND TIME TO FILE RESPONSES AND REPLIES TO MOTIONS FOR SUMMARY JUDGMENT AND TO PLAINTIFFS' MOTION IN LIMINE**

Plaintiffs and Defendants both filed motions for summary judgment on November 27, 2024. Plaintiffs also filed a motion in limine on November 27, 2024. The parties jointly move for extensions of time to file their respective responses to the motions up to and including January 6, 2025, and to file their respective replies up to and including January 26, 2025.

Respectfully submitted,

PLAINTIFFS
By their Attorney,

/s/ Thomas W. Lyons
Thomas W. Lyons (#2946)
Strauss, Factor, Laing & Lyons
One Davol Square, Suite 305
Providence, RI 02903
(401) 456-0700
tlyons@straussfactor.com

DEFENDANTS PETER F. NERONHA and
THE STATE OF RHODE ISLAND
By their Attorneys,

*/s/ James J. Arguin*
James J. Arguin (#10972)
Special Assistant Attorney General
jarguin@riag.ri.gov
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2078
(401) 222-2995 (Fax)

## CERTIFICATION

    I hereby certify that on December 3, 2024, a copy of the foregoing was filed and served electronically on all registered CM/ECF users through the Court's electronic filing system and served by email on attorneys for defendants. Parties may access this filing through the Court's CM/ECF system.

<u>/s/ Thomas W. Lyons</u>