# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

MICHAEL O'NEIL, et al. )
    Plaintiffs )
 )
Vs. )   C.A. 23-cv-70
 )
PETER F. NERONHA, in his official capacity as )
Attorney General of the State of Rhode Island, and )
THE STATE OF RHODE ISLAND )
    Defendants )

## AFFIDAVIT OF ATTORNEY FRANK R. SACCOCCIO

I, Attorney Frank R. Saccoccio, of Saccoccio Law Office located at 928 Atwood Avenue in Johnston, Rhode Island 02919, do hereby swear and affirm the following:

1. That I represented, Michael P. O'Neil, Daniel Patterson, Donald Labriole, Joseph Patton, Richard Cook, Richard Laporte and Petere Tremeentozzi (hereinafter Plaintiff or Plaintiff(s)) in their individual appeal(s) to the Rhode Island Department of the Attorney General, after each were denied their renewal application for a Rhode Island Attorney General license to carry (LTC) a pistol or revolver.

2. That each Plaintiff was denied a renewal based on a determination that they "failed to demonstrate a proper showing of need", listing an active City/Town Concealed Carry Weapons Permit (hereinafter CCW).

3. That at the time of each Plaintiff(s) renewal application, they did possess a valid City/Town Concealed Carry Weapons Permit.

4. That at the time of each Plaintiff(s) renewal application, the Rhode Island Department of the Attorney General had no written and/or published definition of what constituted "demonstrated need".

5. That the Plaintiff(s) were each provided an in-person and/or zoom meeting/appeal hearing for the established purposes of "providing additional information or clarification of the application which would warrant reconsideration of the initial denial".

6. That the Rhode Island Department of the Attorney General stated to the Plaintiff(s) that the LTC application addresses / lists factors considered by [this] office in assessing a proper showing of need.

1

7. That the Rhode Island Department of the Attorney General stated to the Plaintiff(s) that the meeting/appeal hearing was not a judicial hearing or an administrative hearing subject to regulations under the Rhode Island Administrative Procedures Act.

8. That the Rhode Island Department of the Attorney General stated to the Plaintiff(s) that the RI AG Bureau of Criminal Identification and Inspection has broad discretion to issue a license to carry a pistol or revolver.

9. That in each of the meeting/appeal hearings, numerous issues were presented warranting the granting of and/or reconsideration of the denial of the LTC, including but not limited to, reciprocity with other states, securing a secondary permit in the event the AG LTC renewal was delayed and/or denied, the lack of any written or published standards for approval, the removal of any waiting period on additional firearm purchases, and the ability to open carry or carry concealed.

10. That each of the Plaintiff(s) were again denied after the meeting / appeal hearing based on the failure to provide a proper showing of need, based on the broad discretion of the Rhode Island Department of Attorney General.

_____
Frank R. Saccoccio - Signature

Sworn and attested to before me in Johnston on this the 31st day of December, 2024 personally appeared before me the above-named individual, who acknowledged to me that he was executing this document of his own free will.

_____
Karen Parrillo - Notary Public
Notary Public # 768012
My Comm. Exp. 12/28/25

