```
 1        Q.   What about, where is Big Bear Hunting and
 2   Fishing located?
 3        A.   It's 401 Putnam Pike.  That's in Glocester.
 4        Q.   Glocester?
 5        A.   Rhode Island.
 6        Q.   Rhode Island.  What is the nature of Big Bear
 7   Hunting and Fishing, the business?
 8        A.   We sell guns, ammunition, and fishing
 9   supplies.
10        Q.   How long have you been employed there?
11        A.   Two and-a-half years.
12        Q.   What is your position there?
13        A.   I'm a salesman.
14        Q.   Is there an area of specialization, in terms
15   of what you sell?
16        A.   I typically stick to the firearms side.
17        Q.   What kind of, do you know generally what the
18   volume of business is there; what kind of firearms are
19   you selling?
20        A.   Everything and anything that's legal.
21   Anything from handguns to hunting rifles to muzzle
22   loading to, we even sell archery supplies.
23        Q.   Does Big Bear Hunting and Fishing require you
24   to carry a gun to work?
25        A.   Not required, but expected.
```



```
 1        Q.  Why is it expected?
 2        A.  Because we deal in large volumes of cash
 3   sometimes.  We -- I mean, we're a gun store, so I
 4   mean, with all the things that are going on, it's
 5   happening more and more that gun stores are getting
 6   robbed.
 7        Q.  Who at Big Bear conveyed this expectation to
 8   you?
 9        A.  My boss.
10        Q.  What is that person's name?
11        A.  Will.  Oh, God, what is Will's last name?
12   That's bad.  I've known the guy for two and-a-half
13   years.  Will, wow, that's bad.  You'll have to excuse
14   me; I'm having a moment here.
15             MR. ARGUIN:  Take your time.
16             MR. LYONS:  If it comes to you any time
17   during the deposition, you don't have to do it right
18   now.
19        Q.  We can keep going, but we'll probably come
20   back to it.
21        A.  Okay.
22        Q.  What is Will's position at the company?
23        A.  He's a partial owner.  The other owner is
24   Andre Mendes.  Oh, it's Will Worthy.
25        Q.  Will Worthy, okay.  Do you want to spell that
```



```
 1   for the record, so we get it right?
 2       A.   W-O-R-T-H-Y.
 3       Q.   The other one was?
 4       A.   Andre Mendes.
 5       Q.   M-E-N-D-E-S or Z?
 6       A.   I believe it's an S.
 7       Q.   How did Will Worthy convey this expectation
 8   for employees to carry a gun to the workplace to you?
 9       A.   It was never really conveyed in the sense
10   that he told us, Hey, I want you guys to be armed at
11   work.  It's more expected of us, being in the business
12   that we're in.
13       Q.   All right.  Did Mr. Worthy ever say directly,
14   Please bring a gun to work?
15       A.   No, sir, he did not.
16       Q.   Okay.  What about Mr. Mendes; did he ever
17   make that statement to you, Please bring a gun to
18   work?
19       A.   No, sir.
20       Q.   Did they ever indicate that if you failed to
21   bring a gun to work you could not continue working for
22   Big Bear Hunting and Fishing?
23       A.   No, sir.
24       Q.   How do you draw, how do you make the
25   conclusion that that's an expectation of work; what
```



```
 1   are you basing that on?
 2        A.  Typically, I mean, every once in awhile
 3   they'll ask what gun I'm carrying, so...
 4        Q.  Okay.  When was the last time they asked you
 5   that?
 6        A.  A couple of weeks ago.
 7        Q.  Can you estimate, was it a month or more than
 8   a month?
 9        A.  About two weeks ago.
10        Q.  How did that conversation come about; what
11   were the circumstances?
12        A.  Well, they didn't approach me so much as we
13   were standing at the counter.  He said, What are you
14   carrying today?
15        Q.  And what were you carrying?
16        A.  A Smith and Wesson M&P and 45 ACP.
17        Q.  Were you carrying concealed or open?
18        A.  At that point it was concealed.
19        Q.  Any other conversations recently with either
20   Mr. Worthy or Mr. Mendes about carrying a gun to work?
21        A.  Not in the last couple of weeks, no.
22        Q.  Is it fair to say that Mr. Worthy, when he
23   asked you what type you were carrying, he knew you
24   were carrying a gun, or regularly carry a gun?
25        A.  Yes.
```



```
 1      Q.  Is it a fact that they wanted, they encourage
 2   you to carry a gun, or that it's okay for you to carry
 3   a gun?
 4      A.  I would say they're encouraging us to carry a
 5   gun.
 6      Q.  Okay.  What other statements or other
 7   circumstances can you point to that would show that
 8   kind of encouragement?
 9      A.  None that I can think of at the moment.
10      Q.  So by encouraging, is the fact that they
11   asked you what you're carrying --
12      A.  Yes.
13      Q.  Did they make any comment in response when
14   you told them what you were carrying?
15      A.  They said it was nice.
16      Q.  I'm sorry, it was nice?
17      A.  Nice.
18      Q.  Okay.  Any explanation as to why they thought
19   it was nice?
20      A.  No.
21      Q.  Now, what about this Leatherneck Ammunition
22   Company; where is that located?
23      A.  I am actually in the same, I am in a detached
24   building at 401 Putnam Pike.  That's also in
25   Glocester, Rhode Island.
```



```
 1         Q.  What is the nature of your business; are you
 2    selling to other firearm stores or to individual
 3    clients?
 4         A.  I sell more of a wholesale through Big Bear.
 5         Q.  Could you explain that in more detail; what
 6    does that mean?
 7         A.  I manufacture it.  I sell it to them.  They
 8    sell it to the public.
 9         Q.  Again, we're talking about ammunition?
10         A.  Yes, ammunition.
11         Q.  This is your own company, so there is no one
12    to tell you whether you can bring a gun to work or
13    not?
14         A.  Yes.
15         Q.  Do you regularly bring a gun to work?
16         A.  Yes.
17         Q.  What kind of gun do you usually carry to
18    Leatherneck Ammunition?
19         A.  My Smith and Wesson M&P and 45 or Sig Sauer
20    P365.
21         Q.  Do you carry those as concealed weapons, or
22    as open carry?
23         A.  That depends.
24         Q.  What does it depend on?
25         A.  Typically when I'm in my shop, it's exposed.
```



```
 1   If I go outside, it would mostly be concealed.
 2        Q.  Sorry.  It's concealed when?
 3        A.  Typically when I'm outside my shop.  If I'm
 4   in the parking lot.
 5        Q.  Okay.  But when you're in your shop, you
 6   carry open?
 7        A.  Yes.
 8        Q.  I think I already asked, any other
 9   employment, besides these, General Dynamics, Big Bear,
10   and Leatherneck?
11        A.  Not sure if you would consider it employment,
12   but I am a volunteer firefighter in Scituate.
13        Q.  Okay.  When did you start becoming a
14   volunteer firefighter in Scituate?
15        A.  October of 2015.
16        Q.  What kind of position do you hold; is there a
17   title?
18        A.  I'm just a firefighter.
19        Q.  Firefighter, okay.  How often are you called
20   upon to, for your volunteer services?
21        A.  It depends.  Usually I am there for an
22   overnight on a Friday night.  I'll show up and stay
23   the night, because I'm out of town.  Sometimes I'll
24   respond for things during the day if I'm home.
25        Q.  How much would you estimate, say, in the past
```



```
 1      A.   The Town of Scituate, Rhode Island.
 2      Q.   Do you recall when that license was issued?
 3      A.   I can check that one, too.  April 23 of 2020.
 4      Q.   When does that one expire?  Four years later?
 5      A.   April 23 of 2024.
 6           MR. LYONS:  Again, let the record reflect
 7  the witness was checking his permit in his wallet.
 8      Q.   Now, that expiration date is coming up soon,
 9  April 23, 2024.  Do you have any current plans to
10  renew that application?
11      A.   I do.
12      Q.   Have you submitted a renewal application?
13      A.   I have.
14      Q.   What is the status of your renewal
15  application?
16      A.   The police chief in Scituate has decided
17  he's not going to renew my permit, because I am not a
18  resident of Scituate.
19      Q.   When did you receive that decision?
20      A.   I got a phone call about three weeks ago.
21      Q.   The stated reason was you're not a resident
22  of Scituate?
23      A.   I am not a resident of the Town of Scituate.
24      Q.   Okay.  Have you, you have not received a
25  formal written response to that permit application?
```



1    A.  No, sir.  I have an appointment tomorrow.
2    Q.  To follow up with the Scituate Police?
3    A.  With the Scituate Police, yes.
4    Q.  Apart from Scituate, do you have any other
5  permits, firearms permits or licenses issued by any
6  other town in Rhode Island?
7    A.  No, sir.
8    Q.  Do you have any current plans to file any
9  applications in any other city or town in
10 Rhode Island?
11   A.  Not at the moment, no.
12   Q.  Have you ever applied for a permit in your
13 town of residence, Johnston?
14   A.  No, sir.
15   Q.  Do you understand that if your Scituate
16 permit is not renewed, you could reapply with the
17 Attorney General for a firearm license to carry from
18 the Attorney General?
19   A.  I did not know that, no.
20   Q.  Now, do you currently hold any federal
21 firearms licenses issued by the Bureau of Alcohol,
22 Tobacco and Firearms?
23   A.  I do.
24   Q.  What kind of license do you hold with them?
25   A.  Collector of curios and relics.



1   A.  Yes, sir.
2   Q.  What would you say is the difference between
3   being able to carry a concealed weapon versus carrying
4   openly?
5   A.  Well, if I can't carry openly in my business,
6   I don't really see much difference between the two.
7   Q.  You don't see the difference between carrying
8   openly and carrying a concealed weapon?
9   A.  The difference between carrying openly,
10  obviously everybody can see it if you're carrying
11  openly.  What was your question?
12  Q.  If you can carry a gun in your home and work,
13  to and from your work, for recreational activities,
14  what would you gain from getting an AG permit that
15  would allow you to open carry as opposed to conceal
16  carry?
17  A.  Well, I could seek employment if I wanted to
18  with an armored car, security company as an armed
19  guard.
20  Q.  Have you ever worked as an armed guard?
21  A.  I have.
22  Q.  When was that?
23  A.  1998.
24  Q.  How long were you employed as an armed guard?
25  A.  Couple of years.

