DANIEL W. PATTERSON  Confidential                February 26, 2024
O'NEIL vs NERONHA                                              10

```
 1        Q.   The 24-year-old, all right.  Now, are you
 2   presently employed?
 3        A.   Yes.
 4        Q.   Where are you employed?
 5        A.   My main employment is L.A. Patterson,
 6   Incorporated.
 7        Q.   Where is that business located?
 8        A.   [REDACTED], RI,
 9   [REDACTED].
10        Q.   Okay.  How long have you worked for
11   L.A. Patterson, Inc.?
12        A.   Since 1977.
13        Q.   Okay.  Is that a family corporation?
14        A.   Yes.
15        Q.   Are you the owner of the corporation?
16        A.   No.  My mother is the president.
17        Q.   Okay.  What is the nature of your employment;
18   what is your job?
19        A.   Heavy construction, excavating.
20        Q.   Do you have any title there?
21        A.   Vice president is the official title, but I
22   do everything.
23        Q.   What does heavy construction entail?
24        A.   Sewer mains, water mains, subdivision work,
25   site construction, heavy site construction.  Probably
```



```
 1   50 percent commercial, 50 percent residential.
 2        Q.   Okay.  Is that a full-time job?
 3        A.   65 hours a week sometimes.
 4        Q.   Close enough to full time.  Good for you.
 5   Who do you report to at, if anyone, at
 6   L.A. Patterson?
 7        A.   Actually, it's me, my mother.  We make all
 8   the decisions.  My father passed away in 2014, so...
 9        Q.   Okay.  But your mother is president; do you
10   report to her in terms of the terms and conditions of
11   employment?
12        A.   She's the boss.  She still does all the book
13   work and everything, so...
14        Q.   Does L.A. Patterson make it a condition of
15   your employment to carry a handgun to work?
16        A.   In the past.
17        Q.   When was that a policy?
18        A.   Let me finish.
19        Q.   Sorry.
20        A.   In the past.  Right now, we did have a
21   full-scale explosive division.  2010, when the lights
22   went out in the construction industry, at that time
23   the insurance was $20,000 a year just on me, and only
24   covered $150,000 in revenue.  So when we're carrying
25   explosives in a vehicle and it's not so much the
```



1  explosives, it's the detonators that any bad person
2  would want.  You can make explosives from ingredients
3  in a supermarket.
4       So all the licenses are still active.  It's just
5  a matter of picking up the phone and reinstating
6  insurance, back in business.  So I have both federal,
7  and I'm licensed in three states.
8       Q.   Right.  For explosives?
9       A.   For explosives.
10      Q.   So is it because of your, the work
11 L.A. Patterson was doing with explosives that your
12 employer required you to carry a weapon?
13      A.   I'm the employer, really.  So there's also
14 another business I'm involved in.  We'll get to that
15 next.  Active explosives, there is a firearm -- let me
16 word it a different way.  When I'm actively engaged in
17 the explosives trade, I do carry a firearm.
18      Q.   What kind of firearm do you carry when you're
19 engaged in the explosives trade?
20      A.   Either a 1911 Chamberlain 45 or the newer
21 ones now, M&P, Smith and Wesson 9 millimeter.
22      Q.   So sidearms, handguns?
23      A.   Sidearm, yes.
24      Q.   Do you carry them as concealed weapons or
25 open?



```
 1        A.   When you're out in the field when it's
 2   90 degrees, you're not going to conceal it.  A day
 3   like today, it could be concealed.  It depends on the
 4   working conditions.
 5        Q.   Well, would it prevent you from doing your
 6   job if you had to carry it as a concealed weapon as
 7   opposed to open carry?
 8        A.   If I had to conceal, it was concealed
 9   100 percent of the time, yes.
10        Q.   How would it impact you?
11        A.   I would have to keep looking down to make
12   sure the firearm is covered.  Like I said, five months
13   out of the year we're working in T-shirts.
14        Q.   You mentioned because of the economic
15   downturn with construction that impacted, I guess,
16   with the insurance and the explosives and detonators.
17   The business, are you currently engaged in the
18   explosives trade?
19        A.   No, but I still keep all the licenses active.
20   The magazines are still intact at my facility.  Those
21   are inspected by the ATM when he does his compliance
22   checks.  I have to keep everything up to date to keep
23   those licenses.
24        Q.   Where are the explosives and the detonators
25   stored?
```



DANIEL W. PATTERSON  Confidential                    February 26, 2024
O'NEIL vs NERONHA                                                  16

```
 1      Q.   Good to know.  I don't know if they'd let you
 2   in.  Now, when you're doing your work and you're in an
 3   urban area, or you're somewhere else in the state, do
 4   you carry the gun openly, or do you carry a concealed
 5   weapon?
 6      A.   Once again, weather determines.  You're in a
 7   trench 6/8 feet deep, you're bent over a 12-inch water
 8   main, my shirt gets pulled up.  It's open.
 9   Summertime, you're in a T-shirt.  You're not trying to
10   cover the firearm.
11      Q.   The purpose of carrying it is self-defense?
12      A.   Self-defense.
13      Q.   Any other reason?
14      A.   Self-defense.
15      Q.   In terms of self-defense, while you're on
16   your employment, apart from the weather and other
17   things, is there any other difference between carrying
18   it openly or carrying it concealed?
19           In terms of your objective of self-defense when
20   you're servicing clients in urban areas or in rural
21   areas and you're carrying your weapon, can you meet
22   the same objective of self-defense with a concealed as
23   opposed to open carry?
24      A.   You can get the firearm out of the holster a
25   lot faster without something covering it.
```



1   A.   It's a Christmas tree farm.  It's also a
2   greenhouse operation, perennials, annuals.
3       Q.   Does Shanbri Farms have any employees,
4   besides you and your wife?
5       A.   Just me and my wife.
6       Q.   Any seasonal workers?
7       A.   No.  That's all done in house by the family,
8   the way the economy has gotten in this state.
9       Q.   Okay.  Now, can you tell me a little bit more
10  about the gun shop; what kind of guns do you carry
11  there?
12      A.   Pistols, revolvers, shotguns, rifles.
13      Q.   Can you estimate what your current inventory
14  of firearms is?
15              THE WITNESS:  How many?
16              MR. ARGUIN:  Yes, how many.
17      A.   Between 250 and 300.
18      Q.   Individual guns?
19      A.   Yes.
20      Q.   How does that compare to past years, since
21  2005?
22      A.   2005, we started that and worked it up slowly
23  through the years.  Like in the beginning there would
24  have been 30 or 40.
25      Q.   Okay.  So is 250 to 300 kind of the height of



```
 1   the number of guns you have on site?
 2        A.   No, during COVID, it was probably 500.
 3        Q.   During COVID, you mean what years?
 4        A.   March 2020, and for the next 18 months.
 5        Q.   So during that period from 2020, 2021 during
 6   COVID, you had up to 500 guns?
 7        A.   Going out the door as fast as we could get
 8   them in there.
 9        Q.   Any particular types; what are the biggest
10   sellers, I guess?
11        A.   When the riots started in Providence, as many
12   shotguns as you can get your hands on.  It was pretty
13   much that way everywhere in New England, talking to
14   other dealers.
15        Q.   Okay.  How often do you take delivery of new
16   firearms at the store?
17        A.   Depends on demand, what you're getting.
18   Normally, once a week.  Sometimes three and four times
19   a week.
20        Q.   How many guns on average would you receive
21   during these deliveries?
22        A.   Let's see, between three and five.
23        Q.   Three to five new firearms?
24        A.   Yes.
25        Q.   There's no other employees at the gun shop,
```



```
 1   just you?
 2        A.   I handle the guns 100 percent.
 3        Q.   Is there any additional security you have in
 4   place at Shanbri Farms for the gun shop?
 5        A.   That one, I am armed at all times.  It is
 6   open carry.
 7        Q.   On the premises, right, or outside the
 8   premises?
 9        A.   In the building, outside.
10        Q.   Apart from your own carrying, is there any
11   other security in place?
12        A.   Bars on the windows, cameras, doors chained
13   at night.
14        Q.   Any alarms?
15        A.   Alarm system.
16        Q.   Sorry.  What kind of an alarm system?
17        A.   Pretty sensitive one.
18        Q.   What does that mean?
19        A.   One night in there, the building inside is
20   post-and-beam building.  It's all like knotty pine in
21   the interior.  In 2008, it was 2007/2008, the alarm
22   goes off at 3:00 in the morning.  I am the first
23   responder there, because we don't have a police
24   department in Exeter.  I get in there, wait for the
25   Troopers to get there.
```



1  been subject to a domestic violence protective order
2  issued against a family or household member?
3      A.  No.
4      Q.  Now, you did mention earlier, and I want to
5  go back to it, about break-in attempts at the family
6  store?
7      A.  Yes.
8      Q.  When you mentioned that, are we talking about
9  Shanbri Farms?
10     A.  Yes.
11     Q.  In your application, I think, you described
12 numerous break-in attempts; how many break-in attempts
13 have you experienced?
14     A.  Probably about eight over the years.  The
15 very first one was in 2005.  She had only been open --
16 that happened right at Christmas.  Literally, I flew
17 right back up there.  At the time Bill Jameson was the
18 resident Trooper for Exeter.  He was a corporal at the
19 time.
20     I flew up there.  When I get up there, the door
21 is busted.  The glass and door is busted.  We had only
22 been out of the building 15 minutes.  I had a Colt
23 1911 with me.  My wife shows up behind me and screams
24 while I'm on the phone with Corporal Jameson.  He
25 immediately dispatched South Kingstown, because I'm



1  about two miles from the South Kingstown line.
2      I had to tell him, Make sure they don't shoot the
3  guy with the Patriots hat and the 1911 in his hands.
4  Bill comes down later on and wanted to know where the
5  permit was for the gun.  I don't have one.  He goes,
6  Why not?  I told him how difficult it was to get one
7  through the AG's office.
8      So he went back to the barracks.  He calls me the
9  next day.  He goes, Get the forms; come down here;
10 we're going to sign it.  You're getting a permit.  You
11 do not have a police department.  You're on your own.
12 That's how I got the first permit.  That would have
13 been 2006.
14     Q.  When you say permit, you're talking about an
15 AG permit?
16     A.  An AG permit.  At the time no one in the
17 state would issue a town permit.
18     Q.  The incident, first one occurred in 2005?
19     A.  Christmas 2005.  Back then, the other issue
20 with getting a permit at the time was finding a
21 certified NRA instructor to certify you for the
22 shooting part of the test.  There was maybe a half
23 dozen in the entire state.  That was the biggest
24 holdup.  Since then, I've also become an instructor.
25 This one is dated April 24, 2014.



```
 1   2025.  That one, the renewal would go in in December
 2   2024.
 3        Q.   So have you started focussing on Exeter?
 4        A.   No, not yet.
 5        Q.   Do you intend to start the process to renew
 6   your permit in Exeter?
 7        A.   Yes.
 8        Q.   Have you even started it, or not at all?
 9        A.   No.  That is something I won't start until
10   probably December 2024.
11        Q.   Okay.  Just to be clear, the permit you have
12   from Exeter allows you to carry a concealed handgun?
13        A.   Concealed.  Not open.
14        Q.   Not open.  I think you mentioned earlier you
15   have a federal firearms license?
16        A.   Right.
17        Q.   What kind of federal firearms license do you
18   have?
19        A.   It's somewhere in this stack.
20             MR. LYONS:  Again, let the record reflect
21   that the witness is looking at a document he brought
22   with him to the deposition.
23        A.   It would help if I was looking at the newest
24   one instead of 2014.  Okay.  This is 01-dealer and
25   firearms, other than destructive devices.
```



1   impact on that, right?  That's a DEM rule?
2        A.  Yes.
3        Q.  Does the AG rule, would that allow, would the
4   AG authorizing you a license to carry, would that
5   impact your --
6        A.  I couldn't answer that question.  I don't
7   know.
8        Q.  What's the difference in your view between
9   being permitted to carry a concealed weapon and
10  carrying an open carry, the same weapon?
11       A.  When I'm in that store, I'm carrying open.
12  When I'm running up to a break-in at my building, I'm
13  not making sure it's in a holster hidden.
14       Q.  Apart from when you're working in the store,
15  do you mean the firearms store or your other places of
16  business?
17       A.  Anywhere around that building, yes.
18       Q.  Meaning?  Which building are we talking
19  about?
20       A.  Shanbri Farms, LLC.
21       Q.  Apart from carrying at Shanbri Farms and
22  responding to those, the break-ins we've discussed,
23  what other differences do you see with the open carry
24  versus concealed carry?
25       A.  I don't have to worry about breaking a law if



DANIEL W. PATTERSON  Confidential                           February 26, 2024
O'NEIL vs NERONHA                                                          53

```
 1   my gun is being seen.
 2        Q.   Any other issues?
 3        A.   No.
 4        Q.   Any other distinctions you see between the
 5   open carry and concealed carry?
 6        A.   Not at this time.
 7             MR. ARGUIN:  Okay.  All right.  That's
 8   all I have.  Thank you very much for coming in.
 9             (DEPOSITION CLOSED AT 2:35 P.M.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



800.211.DEPO (3376)
EsquireSolutions.com