RICHARD A. LAPORTE  
O'NEIL vs NERONHA

February 26, 2024  
19

```
 1        A.   Yes.  I did state that.
 2        Q.   Have you started that business?
 3        A.   No.
 4        Q.   Do you have any plan to, say, start that
 5   business?
 6        A.   I did, but I looked at what you have to do in
 7   the State of Rhode Island.  I was following New
 8   Hampshire laws.  It's not going to happen in the State
 9   of Rhode Island.
10        Q.   So you're not engaged in car buying and
11   selling?
12        A.   No.  It would be just as a hobby.
13        Q.   Okay.  Do you currently provide any
14   security-related services like through a private
15   security company?
16        A.   No.
17        Q.   Do you have any plans to engage in a private
18   security business?
19        A.   Yes.  Actually, I have a job interview
20   Wednesday.
21        Q.   Who is the interview with?
22        A.   John Gaddy.
23        Q.   Could you spell that?
24        A.   G-A-D-D-Y.
25        Q.   Where is that located?
```



800.211.DEPO (3376)  
EsquireSolutions.com

```
 1        A.   I would be working at the Bay Campus of URI
 2   in North Kingstown.
 3        Q.   What is the nature of the job you applied
 4   for?
 5        A.   Security.
 6        Q.   What type of security?
 7        A.   I am not sure yet until I go Wednesday.
 8        Q.   Do you know if it's a uniformed position?
 9        A.   Yes.  That's about all I know so far.
10        Q.   You say, I'm sorry, you have an interview
11   when?
12        A.   This coming Wednesday.
13        Q.   When did you apply for that job?
14        A.   Last week.  It's very recent.
15        Q.   As part of the application process, were you
16   required to list any firearm permits that you have?
17        A.   Yes.
18        Q.   Were you required to disclose the AG's denial
19   of your application to renew your license to carry in
20   2022?
21        A.   No.  The job application hasn't been filled
22   out yet.  This was all just e-mail back and forth.
23        Q.   So far, no disclosures has been requested
24   about any denial?
25        A.   No.
```

