DONALD T. LABRIOLE, JR.
O'NEIL V. NERONHA

March 22, 2024

8

```
 1      A.   My wife now.
 2      Q.   Awesome.
 3      A.   And my son.
 4      Q.   Okay.  Anyone else?
 5      A.   No.
 6      Q.   Do you have any other addresses?
 7      A.   No.
 8      Q.   Okay.  Are you currently employed?
 9      A.   Yes.
10      Q.   Where do you work?
11      A.   D&D Irrigation Company, Incorporated.
12      Q.   How long have you worked there?
13      A.   Since I started it in 1994.
14      Q.   So it's a family-owned business?
15      A.   It's my business.
16      Q.   Is your title --
17      A.   President/general manager.
18      Q.   Can you tell me a bit about what your job
19 entails?
20      A.   Irrigation contractors that do sports fields,
21 residential, commercial, golf, agriculture, anything
22 to do basically with irrigation.
23      Q.   Do you go on those projects yourself, or do
24 you have employees?
25      A.   Yes.
```



```
 1        Q.  You go yourself, okay.  As a condition of
 2   employment, do you need to carry a weapon with you?
 3        A.  I do, because I collect sometimes.  It
 4   depends on the job I'm on.  Sometimes I have money
 5   handed to me unexpectedly.  I don't expect to have it
 6   handed to me.
 7        Q.  We'll go there in a second.  It's your own
 8   company, so presumably you would not be fired if you
 9   did not carry a gun?
10        A.  That's correct.
11        Q.  The next part, you're self-employed, I guess
12   I suppose that you have given yourself permission to
13   carry a gun on the premises?
14        A.  I have.
15        Q.  Is there any distinction made between open
16   and concealed carry; does it matter to you from a job
17   policy?
18        A.  I would carry open if I had the opportunity
19   to, but I would carry concealed.  If she felt
20   uncomfortable with me having a gun, I would carry
21   concealed.
22        Q.  She, being?
23        A.  I'm just using her as an example.  If we were
24   on a job site and somebody said, I feel
25   uncomfortable --
```



DONALD T. LABRIOLE, JR.
O'NEIL V. NERONHA

March 22, 2024

10

```
 1            MR. LYONS:  Let the record reflect the
 2   witness is referring to the court reporter.
 3       A.   Just as a point of reference.  If Frank told
 4   me he felt uncomfortable, I would carry concealed.
 5       Q.   Thank you.  On a job have you ever discharged
 6   or used a weapon?
 7       A.   Never.
 8       Q.   Have you ever been in a situation where you
 9   would have used a weapon had you had one available?
10       A.   No.
11       Q.   Have you ever been employed in law
12   enforcement?
13       A.   No.
14       Q.   Have you ever been employed in security
15   services of any sort?
16       A.   No.
17       Q.   Do you have any intention to become employed
18   in security or law enforcement?
19       A.   Not today.
20       Q.   In the immediate future?
21       A.   Things change.  If the economy crashes and my
22   company is no longer (inaudible), it's possible.
23       Q.   To clarify, right now you don't have any
24   plans?
25       A.   Not right now.
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1   reading from his permit that he pulled out of his
 2   wallet.
 3        Q.   Okay.  So you applied.  Do you remember when
 4   you, do you remember what the outcome of your
 5   application was?
 6        A.   It was denied.
 7        Q.   Do you know what time of year, what month it
 8   was denied?
 9        A.   It was like one week after this expired.
10        Q.   So that would be?
11        A.   The 30th -- 27th of '21 of November.
12        Q.   Thank you very much.  Have you since
13   reapplied for a permit since you were denied?
14        A.   No.
15        Q.   Now, next question is, have you ever held a
16   license to hold a firearm or anything to do with
17   firearms from the ATF, Federal Alcohol, Tobacco --
18        A.   No.
19        Q.   Have you ever held any state license outside
20   of Rhode Island to, you know, hold or carry a weapon?
21        A.   No.
22        Q.   Have you ever held a town permit or municipal
23   permit within the State of Rhode Island?
24        A.   Yes.
25        Q.   When was that issued?
```



1    A.   Oh, God, let's look again.  I think this was
2  actually renewed once.  I can probably get you close.
3  Looking again in my wallet.
4         MR. SACCOCCIO:  Also, while you're
5  answering the questions, just be mindful you don't
6  talk over each other.  It will be tough for her when
7  she's doing that.  Hesitate a second, so we're not
8  cross talking, please.
9    A.   Okay.  This issued date is November 1 of '21.
10  It's good for four years.  I'm going to say it was
11  issued to me the first time in 2017.
12    Q.   Okay.  It was issued by where?
13    A.   West Greenwich Police Department, West
14  Greenwich, Rhode Island.
15    Q.   This one, do you have plans to renew this
16  license when it expires again?
17    A.   Yes.  It's all I have right now, so...
18    Q.   In your renewal application do you know if
19  you are required to disclose whether or not you were
20  granted the Attorney General's permit?
21    A.   No, I don't believe so.
22    Q.   You don't have to.  So you do not believe
23  that you have to disclose that, okay.  Then, are you
24  aware that if you, if your status as a permit holder
25  changed you would be able to reapply to the Attorney



DONALD T. LABRIOLE, JR.  
O'NEIL V. NERONHA

March 22, 2024  
16

```
 1   General's Office for a permit; are you aware of that?
 2        A.   Explain that again.
 3        Q.   Of course.  So if your permit expired from
 4   West Greenwich and you did not renew it, are you aware
 5   you could reapply to the AG's office at that time?
 6        A.   Yes.
 7        Q.   Okay.  Then, with this permit from West
 8   Greenwich, does it allow you to carry a weapon outside
 9   the home?
10        A.   Yes.
11        Q.   Does it allow you to carry your firearm at
12   work?
13        A.   Yes.
14        Q.   Does it allow you to carry a firearm in a
15   recreation capacity?
16        A.   Yes.
17        Q.   This goes without saying at this point,
18   perhaps, but did the permit allow you to carry your
19   firearm in public?
20        A.   Yes.
21        Q.   Okay.  My question for you is, what would you
22   do with an AG permit that you could not do with this
23   permit from West Greenwich?
24        A.   You can carry open.  You can, this is
25   accepted in other states, I was told.
```



800.211.DEPO (3376)  
EsquireSolutions.com

DONALD T. LABRIOLE, JR.  
O'NEIL V. NERONHA

March 22, 2024

18

```
 1   those states before?
 2        A.   Yes.
 3        Q.   Okay.  You were allowed reciprocity to do so?
 4        A.   Yes.
 5        Q.   Using your state AG's permit?
 6        A.   Yes.
 7        Q.   Okay.  Then final question, I suppose, why do
 8   you feel the need to open carry versus concealed
 9   carry?
10        A.   That's a good question.  Depends on where I
11   am.  If we're working on a site, I work in all areas
12   of the state.  I do all kinds of work.  I don't just
13   do irrigation work, as I am a pipefitter and a burner
14   service tech, too.  Sometimes if the gun is exposed,
15   it stops things from happening.  People see it.  Well,
16   we're not going to mess with that.
17        Q.   But to clarify, you never had an experience
18   where you've needed to use a weapon on a site?
19        A.   Never.
20        Q.   Have you ever had an experience where you
21   open carried on a site?
22        A.   No.
23             MR. MEOSKY:  Okay.  I believe those are
24   all the questions we have prepared.
25             MR. LYONS:  Copy, please.
```


800.211.DEPO (3376)  
EsquireSolutions.com