1  a law that bans all forms of public carry and laws
2  that prohibit only one form of public carry?
3      A.   Right.  And that is the whole point of this
4  section is that laws that prohibited concealed carry
5  were considered permissible, because they left open
6  carry available as a method of carrying weapons for
7  self-defense.
8      Q.   Are you aware of any examples from your
9  research where there was a law that prohibited open
10 carry but allowed concealed carry?
11     A.   Not that I can think of.  Part of the reason
12 is that concealed carry was regarded as especially a
13 heinous sort of activity, because it was associated
14 with these problems of insults leading to unfair
15 advantages being taken by having a concealed weapon.
16          And open carry seems not to have
17 generally -- in the antebellum period.  In the
18 postbellum period open carry starts to become an issue
19 because black people are carrying arms openly.
20     Q.   But in the modern day is it true that states
21 have approached this in different ways in terms of
22 public carry; is that correct?
23     A.   They have.  In some states --
24     Q.   Sorry.
25     A.   Some states like California until -- until

