# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| MICHAEL P. O'NEIL, et al.,<br>     Plaintiffs,<br><br>v.<br><br>PETER F. NERONHA, in his official capacity as Attorney General of the State of Rhode Island, and THE STATE OF RHODE ISLAND,<br>     Defendants. | C.A. No. 1:23-cv-00070 |

### SUPPLEMENTAL DECLARATION OF PROFESSOR ROBERT SPITZER

I, Dr. Robert Spitzer, pursuant to 28 U.S.C. § 1746, supplement my Expert Declaration, in accordance with Fed. R. Civ. Pr. 26(a)(2)(E), and declare as follows:

1. The 1786 Virginia Act Forbidding and Punishing Affrays referenced on page 6 n.4 of my Declaration may be found at Chapter 49, page 35, of the 1786 Virginia Statutes available on HeinOnline via the following link: https://heinonline.org/HOL/Page?handle=hein.ssl/ssva0174&collection=ssl&id=35&startid=&endid=35.

2. The 1692 Massachusetts statute referenced on pages 14 n.33 and 16 tbl.1 of my Declaration may be found under the heading "An Act for the Punishing of Criminal Offenders" at pages 51-55 of Volume 1 of the Massachusetts Acts and Resolves (Wright & Potter 1869) available on Archive.org via the following link: https://archive.org/details/actsresolvespass9214mass/page/51/mode/2up?q=offensively.

3. The 1786 Massachusetts law referenced on pages 12 and 16 tbl.1 of my Declaration may be found under the heading "An Act to prevent Routs, Riots, and tumultuous Assemblies, and the evil Consequences thereof" on pages 502-04 of the 1786 Massachusetts Statutes available on HeinOnline via the following link: https://heinonline.org/HOL/Page?handle=hein.ssl/ssma0281&collection=ssl&id=1&startid=&endid=59.

4. The 1795 Massachusetts law referenced on pages 14 and 16 tbl.1 of my Declaration may be found under the heading "An Act for repealing an Act, made and passed in the year of our Lord, one Thousand Six Hundred and Ninety-two, entitled, 'An Act for punishing Criminal Offenders,' and for re-enacting certain Provisions therein" on page 436 of the 1795 Massachusetts Statutes available on HeinOnline via the following link: https://heinonline.org/HOL/Page?handle=hein.ssl/ssma0327&collection=ssl&id=2&startid=&endid=2.

5. The 1701 New Hampshire law referenced on pages 13 and 16 tbl.1 of my Declaration may be found under the heading "An Act for the Punishing Criminal Offenders" on page 15 of the 1701 New Hampshire Statutes available on HeinOnline via the following link: https://heinonline.org/HOL/Page?handle=hein.ssl/ssnh0240&collection=ssl&id=1&startid=&endid=23.

6. The 1708 New Hampshire law referenced on pages 13 and 16 tbl.1 of my Declaration and in Exhibit C was originally passed around 1699 and may be found, with subsequent amendments and additions, under the heading "An Act for Establishing and Regulating Courts of Public Justice within this Province," in the https://heinonline.org/HOL/Page?handle=hein.ssl/ssnh0244&collection=ssl&id=68&startid=68&endid=69.

7. The 1744 New Hampshire law referenced on pages 13 and 16 tbl.1 of my Declaration was passed in 1754 as "An Act for Preventing & Suppressing of Riots Routs & Unlawful Assemblies," and may be found on pages 8-11 of the New Hampshire Acts and Laws published by Daniel Fowle in 1761. It is accessible via HeinOnline at the following link: https://heinonlineorg.proxy.wm.edu/HOL/Print?collection=ssl&handle=hein.ssl/ssnh0244&id=10.

8. The 1821 Maine Law referenced on pages 15, 16 tbl.1, and 18 of my Declaration may be found under the heading "An Act describing the power of Justices of the Peace in Civil and Criminal Cases" at Chapter 76, page 285, of the 1821 Maine Statutes, available on HeinOnline via the following link: https://heinonline.org/HOL/Page?handle=hein.ssl/ssme0156&collection=ssl&id=289&startid=&endid=294.

9. The 1880 Georgia law referenced on pages 16 tbl.1 and 18 of my Declaration was passed in 1881 as "An Act to make penal the intentional pointing, or aiming of fire-arms at another, whether loaded or unloaded," at Part 1, Title 10, No. 321, page 151, of the 1881 Georgia Statutes available on HeinOnline via the following link: https://heinonline.org/HOL/Page?handle=hein.ssl/ssga0183&collection=ssl&id=151&startid=&endid=151.

10. The 1883 Indiana law referenced on pages 16 tbl.1 and 18 n.38 of my Declaration may be found under the heading "An act concerning the use of firearms" at Chapter 87, page 1712, of the 1883 Indiana Acts available on HeinOnline via the following link: https://heinonline.org/HOL/Page?handle=hein.ssl/ssin0229&collection=ssl&id=21&startid=&endid=182.

11. The Wichita City Ordinance referenced on pages 16 tbl.1 and 18 n.38 of my Declaration may be found at the citation Bruce L. Keenan, *Book of Ordinances of the City of Wichita Published by Authority of a Resolution Adopted by the City Council April 24, 1899, under the Direction of Judiciary Committee and City Attorney, and Formally Authorized by Ordinance No. 1680*, p. 46, Image 70 (1900), available at The Making of Modern Law: Primary Sources via link.gale.com/apps/doc/DT0103661864/MMLP?u=cowmsl&sid=bookmark-MMLP&pg=70.

12. The 1899 Wyoming law referenced on pages 16 tbl.1 and 18 n.38 of my Declaration may be found at the citation Josiah A. Van Orsdel, *Revised Statutes of Wyoming, in Force December 1, 1899 Including the Magna Charta, Declaration of Independence, Articles of Confederation, Organic Act of Territory of Wyoming, Act of Admission of the State of Wyoming, Constitution of the United States and of Wyoming, and the Rules of the Supreme Court*, pp. 1252-1253, Image 1252-1253 (1899) (available at The Making of Modern Law: Primary Sources).

13. The 1907 Arkansas law referenced law referenced on pages 16 tbl.1 and 18 n.38 of my Declaration may be found in the 1907 Arkansas Acts on page 809 under the heading "Act 330: An Act to amend Section 1652 of Kirby's Digest," available on HeinOnline via the following link: https://heinonline.org/HOL/Page?handle=hein.ssl/ssar0194&collection=ssl&id=1&startid=&endid=4.

14. The 1853 Iowa law referenced in Exhibit D refers to a Davenport City ordinance that was passed in 1855 and is included in Exhibit E at the citation "John F. Dillon, The Revised Ordinances of the City of Davenport, Revised and Digested by Order of the City Council, Containing the Original and Amended City Charters, with Notes and References to Judicial Decisions Page 145, Image 145 (1866) available at The Making of Modern Law: Primary. 1855."

15. The 1713 Pennsylvania law referenced in Table D is included in Exhibit E at the citation "Pennsylvania Archives. Selected And Arranged From Original Documents In The Office Of The Secretary Of The Commonwealth, Conformably To Acts Of The General Assembly, February 15, 1851, & March 1, 1852 Page 160, Image 162 (1852) available at The Making of Modern Law: Primary Sources. 1713."

16. The 1872 Kansas referenced in Exhibit B may be found in the 1872 Kansas Session Laws at Chapter 100, Section 62, page 210, available at HeinOnline via the following link: https://heinonline.org/HOL/Page?handle=hein.ssl/ssks0103&collection=ssl&id=1&startid=&endid=4.

17. The 1801 Kentucky Open Carry law referenced in Exhibit B is included in Exhibit C at the citation "KY. REV. STAT., ch. 375, § 33 (Johnston & Pleasants, 1810) (Passed 1801)" and may be found on page 136 of the 1801 Kentucky Statutes available on HeinOnline via the following link: https://heinonline.org/HOL/Page?handle=hein.ssl/ssky0175&collection=ssl&id=116&startid=&endid=141.

18. The 1881 Maine law referenced in Exhibit B was passed in August 1883 and can be found in the 1884 Maine Revised Statutes at Title 11, Chapter 130, Section 10, Page 928, and available at HeinOnline via the following link: https://heinonline.org/HOL/Page?handle=hein.sstatutes/remapg0001&collection=sstatutes&id=1&startid=&endid=2.

19. The 1792 North Carolina law referenced on pages 6 n.4, 14 n.32, and 16 tbl. 1 of my Declaration is Chapter III of the Statutes of Northampton, which was still in force in North Carolina in 1792 when Francois-Xavier Martin, Esq., at the direction of the North Carolina General Assembly, published *A Collection of the Statutes of the Parliament of England in Force in the State of North-Carolina*, and that statute may be found on pages 60-61 of that volume.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 2, 2025 at Williamsburg, Va.


*Robert J. Spitzer*
Prof. Robert Spitzer, Ph.D.