UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MICHAEL O'NEIL, et al.**<br>   *Plaintiffs*<br><br>v.<br><br><br>**PETER F. NERONHA, in his official capacity as Attorney General of the State of Rhode Island, and THE STATE OF RHODE ISLAND**<br>   *Defendants.* | C.A. No. 23-cv-00070-WES-PAS |

### DEFENDANTS' MOTION FOR JUDICIAL NOTICE

    The State of Rhode Island and Attorney General Peter F. Neronha, in his official capacity, (collectively, the State) hereby move that the Honorable Court take judicial notice of the existence of the laws listed below and attached to this Motion as Exhibits 1-41.

    Court may take judicial notice of laws at any time, *Berrios-Romero v. Estado Libre Asociado de Puerto Rico*, 641 F.3d 24, 27 (1st Cir. 2011), and indeed, are "bound to take judicial notice, without plea or proof" of "[t]he law of any state of the Union, whether depending upon statutes or upon judicial opinions." *Lamar v. Micou*, 114 U.S. 218, 223 (1885). Federal courts may also take judicial notice of state regulations, *Roemer v. Board of Public Works of Maryland*, 426 U.S. 736, 742 n.4. (1976) (taking judicial notice of rules and regulations adopted by the Maryland Board of Public Works); § 201:4 Judicial notice: ascertaining the appropriate law, 2 Handbook of Fed. Evid. § 201:4 (9th ed.), and city ordinances, *United States v. Alexander*, 467

Fed. Appx. 355, 360-61 (6th Cir. 2012) ("Most circuits that have spoken on the issue confirm that [judicial notice] applies to local and municipal law.").

Other courts considering Second Amendment challenges have taken judicial notice of similar laws, including many of the same laws referenced in Professor Spitzer's report. See *Baird v. Bonta*, 709 F. Supp. 3d 1091, 1100 (E.D. Cal. 2023), *appeal filed*, (9th Cir. Feb. 1, 2024). And now Defendants move this Court to do the same with the following statutes:

1. An Act Forbidding and Punishing Affrays, 1786 Virginia Acts ch. 49 (Exhibit 1)

2. An Act for the Punishment of Criminal Offenders, 1692-93 Massachusetts Acts & Resolves ch. 18 (Exhibit 2)

3. An Act to prevent Routs, Riots, and tumultuous Assemblies, and the evil Consequences thereof, 1786 Massachusetts Acts & Laws ch. 8 (Exhibit 3)

4. An Act for repealing an Act, made and passed in the year of our Lord, one Thousand Six Hundred and Ninety-two, entitled, 'An Act for punishing Criminal Offenders,' and for re-enacting certain Provisions therein, 1795 Massachusetts Acts & Laws ch. 2 (Exhibit 4)

5. An Act for the Punishing Criminal Offenders, 1696-1701 New Hampshire Acts & Laws p.14 (Exhibit 5)

6. An Act for Establishing and Regulating Courts of Public Justice within this Province, 1 New Hampshire Acts & Laws, 1759-1776, at pp. 1-2 (Exhibit 6)

7. An Act for Preventing & Suppressing of Riots Routs & Unlawful Assemblies, New Hampshire Acts & Laws (Fowle, 1761) at pp. 8-11 (Exhibit 7)

8. An Act describing the power of Justices of the Peace in Civil and Criminal Cases, 1821 Maine Public Acts ch. 76 (Exhibit 8)

9. An Act to make penal the intentional pointing, or aiming of firearms at another, whether loaded or unloaded, Georgia Acts & Resolutions 1880-1881, pt. 1, tit. 10, no. 321 (Exhibit 9)

10. An act concerning the use of firearms, Indiana Acts 1883, ch. 87 (Exhibit 10)

11. An ordinance relating to certain public offenses and fixing the penalty therefor, Ordinances of the City of Wichita 1899, No. 1641 (Exhibit 11)

12. Crimes Against Public Peace: Drawing Dangerous Weapons, 1899 Wyoming Revised Statutes div. 3, tit. 1, ch. 3, § 5050 (Exhibit 12)

13. An Act to amend Section 1652 of Kirby's Digest, 1907 Arkansas Acts, Act 330, pp. 809-10 (Exhibit 13)

14. 1855 Revised Ordinances of the City of Davenport, page 145, Image 145 (1866) available at the Making of Modern Law: Primary, 1855" (Exhibit 14)

15. Act for the better Government of the City of Philadelphia, Pennsylvania Archives, Vol. 1, Series 1, p.160 (Severns & Co. 1852) (Exhibit 15)

16. An Act to Incorporate cities of the second class, and to repeal former acts, 1872 Kansas Laws ch. 100, pp.192-231 (Commonwealth State Printing House 1872) (Exhibit 16)

17. An act to amend an act, entitled "an act to amend the Penal Laws of this Commonwealth," 1801 Kentucky Statutes ch. 67 (Exhibit 17)

18. Proceedings for the Prevention of Crimes, 1884 Maine Revised Statutes ch. 130, § 10 (Exhibit 18)

19. Statutes made at Northampton, tribus Septimanis Palchae, in the Second Year of the Reign of Edward the Third, and in the Year of our Lord 1328, ch. III, A Collection of the Statutes of the Parliament of England in Force in the State of North-Carolina

    Published According to a Resolve of the General Assembly by Francois-Xavier Martin, Esq., Counsellor at Law (Newbern 1792), pp. 60-61 (Exhibit 19)

20. An Act against wearing Swords, &c., 1686 New Jersey Acts ch. 9, pp. 289-90 (Exhibit 20)

21. An Act for Preventing and Suppressing of Riots, Routs and Unlawful Assemblies, 1750 Massachusetts Acts ch.17, § 1, pp. 544-46 (Exhibit 21)

22. An Act for preventing and suppressing of Riots, Routs, and unlawful Assemblies, Acts and Laws of His Majesty's Province of New Hampshire (Fowle 1771) ch. 6, pp. 8-11 (Exhibit 22)

23. Act of 1792, A Collection of All Such Acts of the General Assembly of Virginia (Pleasants 1803), ch. 103, §§ 8-9, p. 187 (Exhibit 23)

24. An Act for the restraint of idle and disorderly persons, 1801 Tennessee Laws ch. 22, pp. 259-61 (Exhibit 24)

25. An Act to prohibit the wearing of concealed weapons, 1820 Indiana Session Laws ch. 23, p. 39 (Exhibit 25)

26. An Act describing the power of Justices of the Peace in Civil and Criminal Cases, 1821 Maine Public Acts ch. 76, pp. 285-90 (Exhibit 26)

27. Act of 1821, A Compilation of the Statutes of Tennessee (Caruthers 1836) ch. 13, p.100 (Exhibit 27)

28. Revised Statutes of the Commonwealth of Massachusetts Passed November 4, 1835 (Dutton & Wentworth 1836), ch. 134, § 16, p. 750 (Exhibit 28)

29. An Act to prevent the evil practice of duelling in this state, and for other purposes, § 9 Laws of Mississippi (1837) p. 292 (Exhibit 29)

30. An Act to incorporate the town of Sharon, in the county of Madison, and for other purposes, 1837 Mississippi Laws p. 293, § 5 (Exhibit 30)

31. Of Proceedings for Prevention of Crimes, Revised Statues of the State of Maine (Smith & Co. 1841) tit. 12, ch. 169, § 16, p. 709 (Exhibit 31)

32. An Act to Prevent the Carrying of Deadly Weapons, 1852 Hawaii Session Laws p. 19 (Exhibit 32)

33. An Act Relative to Crimes and Punishments, and Proceedings in Criminal Cases, ch. 2, § 30, Statutes of the Territory of Washington (Goudy 1854) p. 80 (Exhibit 33)

34. Chapter 25: Crimes and Punishments, art. 1904, Digest of the Laws of California (Wood 1857) p. 334 (Exhibit 34)

35. Act of Nov. 18, 1858, 1 Laws of the Corporation of Washington Digested and Arranged under Appropriate Heads in Accordance with a Joint Resolution of the City Councils (Webb 1868) (Exhibit 35)

36. An Act Relative to Crimes and Punishment, and Proceedings in Criminal Cases, ch. 2, § 30, Acts of the Legislative Assembly of the Territory of Washington (Furste 1860) p. 109 (Exhibit 36)

37. An Act to prevent the improper use of deadly weapons, and the indiscriminate use of fire arms in the towns and villages of the Territory, The Compiled Laws of the Territory of Arizona (Bashford 1871) ch. 10, div. 14, p.96 (Exhibit 37)

38. Offenses Against the Public Peace, Code of Alabama (Barrett & Brown 1877) pt. 5, tit. 1, ch. 3, p. 881-83 (Exhibit 38)

39. Crimes—Misdemeanors—Offences Against Public Peace, Digest of the Laws of the State of Florida (Floridian Book & Job Office 1881) ch. 70, § 13, p. 401-03 (Exhibit 39)

40. Miscellaneous offenses § 282, The General Statutes of the State of Kansas (Speer 1868) ch. 31, art. 9, p. 378 (Exhibit 40)

Dated: January 6, 2025

Respectfully Submitted,

PETER F. NERONHA
and THE STATE OF RHODE ISLAND,

By their Attorneys,
*/s/ James J. Arguin*
James J. Arguin (#10972)

*/s/ Paul T.J. Meosky*
Paul T.J. Meosky (#10742)

Special Assistant Attorneys General
Office of the Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 exts. 2078 | 2074
(401) 222-2995 (Fax)
jarguin@riag.ri.gov | pmeosky@riag.ri.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ James J. Arguin*