

DATE DOWNLOADED: Mon Nov 18 12:08:46 2024
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1880-1881 151 .

ALWD 7th ed.
, , 1880-1881 151 .

Chicago 17th ed.
"," Georgia - General Assembly, Acts and Resolutions : 151-151

AGLC 4th ed.
" Georgia - General Assembly, Acts and Resolutions 151

OSCOLA 4th ed.
" 1880-1881 151              Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

Case 1:23-cv-00070-WES-PAS   Document 44-9   Filed 01/06/25   Page 2 of 2 PageID #: 2273

PART I.—TITLE 10.—MISCELLANEOUS.   151

Illiteracy a disqualification for Election Managers.—Pointing or aiming Fire-arms at another.

weight of rough rice in this State shall be forty-three pounds per bushel.

SEC. II. *And be it further enacted by the authority aforesaid*, That all laws and parts of laws in conflict with this Act be, and the same are hereby, repealed.

Approved September 27th, 1881.

---

ILLITERACY A DISQUALIFICATION FOR ELECTION MANAGERS.

No. 317.

An Act declaring persons who cannot read and write incompetent to serve as Election Managers.

SECTION I. *The General Assembly of the State of Georgia do enact*, That persons who cannot read and write shall not be competent to serve as Managers of Elections in this State. <span style="margin-left:1em">Illiteracy disqualifies a person for election managers.</span>

SEC. II. *Be it further enacted*, That all laws and parts of laws in conflict with this Act be, and the same are hereby, repealed.

Approved September 27th, 1881.

---

POINTING, OR AIMING FIRE-ARMS AT ANOTHER.

No. 321.

An Act to make penal the intentional pointing, or aiming of fire-arms at another, whether loaded or unloaded.

SECTION I. *Be it enacted by the General Assembly of Georgia, and it is hereby enacted by authority of the same*, That, from and after the passage of this Act, any person who shall intentionally point or aim a gun or pistol, whether loaded or unloaded, at another not in a sham-battle by the military, and not in self-defense, or in defense of habitation, property, or person, or other instances standing upon like footing of reason and justice, shall be guilty of a misdemeanor, and, upon conviction thereof, shall be punished as prescribed in section 4310 of the Revised Code of Georgia of 1873. <span style="margin-left:1em">Pointing or aiming fire-arms at another, whether loaded or not, a misdemeanor. Penalty.</span>

SEC. II. *Be it enacted by the authority aforesaid*, That all laws and parts of laws in conflict herewith be, and are hereby, repealed.

Approved September 27th, 1881.