

DATE DOWNLOADED: Mon Nov 18 12:09:36 2024
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1883 1643 .

ALWD 7th ed.
, , 1883 1643 .

Chicago 17th ed.
"," Indiana - 53rd Regular Session : 1643-1804

AGLC 4th ed.
" Indiana - 53rd Regular Session 1643

OSCOLA 4th ed.
" 1883 1643          Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# ACTS OF THE GENERAL ASSEMBLY

OF

# THE STATE OF INDIANA,

*Passed at the Regular Session which was begun and held at the City of Indianapolis, on Thursday, the fourth day of January, 1883, and was adjourned without day on Monday, the fifth day of March, 1883.*

ALBERT G. PORTER, Governor; THOMAS HANNA, Lieutenant Governor and President of the Senate; WILLIAM D. BYNUM, Speaker of the House of Representatives.

**CHAPTER 1.**—An act appropriating one hundred and twenty-five thousand dollars to defray the expenses of the regular session of (53d) Fifty-Third General Assembly of the State of Indiana, and other matters connected therewith, and declaring an emergency.

[In force January 9, 1883.]

**6556. Appropriation for expenses of General Assembly.** Section 1st. *Be it enacted by the General Assembly of the State of Indiana,* That one hundred and twenty-five thousand dollars be and the same is hereby appropriated to defray the expenses of the present General Assembly: *Provided,* That if any part of the amount thus appropriated shall remain after the expenses of the present Assembly are paid, the amount so remaining shall at once revert to the general fund.

**6557. Auditing.** 2. That it shall be the duty of the Auditor of State to audit the accounts and issue his warrant upon the Treasurer of State for the per diem and mileage of senators and representatives, as allowed by law, and also such additional allowances as may be provided by concurrent action of both houses, upon the certificate, in the case of senators, of the President of the Senate, and, in the case of representatives, upon the certificate of the Speaker of the House, setting forth the time served, and the amount of mileage and allowance to which such senators or representatives may be entitled.

**6558. Pay and per diem.** 3. That it shall be the duty of the Auditor of State to audit the accounts and issue his warrants upon the Treasurer of State for the per diem of officers of the Senate and House of Representatives and their assistants and appointees, including clerks and assistants to committee, and clerk of the State Librarian, appointed by authority of both houses. The pay of officers and employees shall be as now provided by law, or that may be otherwise fixed by this General Assembly.

**6559. Emergency.** 4. That no appropriation having been made for the purpose herein set forth, it is declared that an emergency exist [s] for the immediate taking effect of this act; and therefore the same shall be in full force from and after its passage.

Approved January 9, 1883.            (1643)

6878–6881 §§     Firearms—Express Companies.     1712

**CHAP. 87.**—An act concerning the use of firearms.

[In force after due publication and circulation by authority.]

**6878. Pointing or aiming firearms a misdemeanor.** 1. *Be it enacted by the General Assembly of the State of Indiana,* That it shall be unlawful for any person over the age of ten years, with or without malice, purposely to point or aim any pistol, gun, revolver, or other firearm, either loaded or empty, at or toward any other person, and any person so offending shall be guilty of an unlawful act, and upon conviction shall be fined in any sum not less than one nor more than five hundred dollars.

Approved March 5, 1883. [See R. S. 1881, sec. 3106.]

---

**CHAP. 88.**—An act regulating the transactions of business by express companies in this State.

[In force March 5, 1883.]

**6879. Common carriers—Definition.** 1. *Be it enacted by the General Assembly of the State of Indiana,* That all copartnerships, corporations, associations, or joint stock companies, usually called express companies, regularly engaged, or hereafter engaged, in the business of carrying or transporting gold or silver coin or paper currency, over or upon any of the railroads, rivers, canals, or other thoroughfares in the State of Indiana, or to any point within this State, or from any point within this State, and receiving or agreeing to receive compensation for such services, are hereby declared common carriers.

**6880. Actual count of coin, currency, etc.** 2. All such copartnerships, corporations, or associations of persons, or joint stock associations, usually called express companies, or engaged as common carriers, now doing business within this State, or hereafter engaged in the business of carrying or transporting any gold or silver coin or paper currency, over or upon any railroad, river, canal, or other thoroughfare within this State, or from any point within this State, or to any point within this State, and receiving or agreeing to receive compensation for such carrying or transportation of any gold or silver coin or paper currency, as herein provided, shall, when any gold or silver coin or paper currency is presented for transportation, at any agency or office of such company within this State, be required to ascertain, by actual count, the amount of such gold or silver coin or paper currency received or accepted at such agency or office for transportation, and the amount so received or accepted shall be duly entered of record upon a book to be provided and kept by such express company, corporation, or association of persons doing business as herein provided, which record book shall also give the name of the person or persons from whom such gold or silver coin or paper currency was received, the kind and amount of each, and the day and date upon which the same was delivered and accepted for transportaion, and to whom and what point the same is to be delivered.

**6881. Way bill or receipt.** 3. Upon the acceptance of any gold or silver coin or paper currency, by any association of persons, corporation, or express company doing business within this State, as provided in this act, such express company shall, by themselves or their lawful agent, execute to the consignor of any gold or silver coin or paper currency so delivered for transportation, a way bill or receipt for such currency, which way bill or receipt shall specify the exact amount of such gold or silver coin or paper cur-