## CHAPTER 3.

### CRIMES AGAINST PUBLIC PEACE.

Sec. 5043. Challenge to duel.
Sec. 5044. Duelling.
Sec. 5045. Prize fight.
Sec. 5046. Affray.
Sec. 5047. Riot.
Sec. 5048. Rout.
Sec. 5049. Criminal provocation.
Sec. 5050. Drawing dangerous weapons.
Sec. 5051. Carrying dangerous weapons.
Sec. 5052. Furnishing deadly weapons to minor.
Sec. 5053. Disturbing meetings.

**CHALLENGE TO DUEL.**

Sec. 5043. Whoever gives or accepts a challenge to fight a duel, or agrees to go out of the state for the purpose of fighting a duel, or under pretense of fighting a duel, or who carries to any person a challenge to fight a duel, shall be fined not less than one hundred dollars, and be imprisoned not more than six months in the county jail.

[S. L. 1890, Ch. 73, Sec. 88; R. S. Ind., Sec. 1977.]

**DUELLING.**

Sec. 5044. Whoever fights a duel, if death do not ensue, shall be fined one hundred dollars, and be imprisoned in the county jail not more than one year.

[S. L. 1890, Ch. 73, Sec. 89; R. S. Ind., Sec. 1978.]

**PRIZE FIGHT.**

Sec. 5045. Whoever engages as principal in any prize fight, or attends any such fight as a backer, trainer, second, umpire, assistant or reporter, shall be fined not more than one hundred dollars, to which may be added imprisonment in the county jail not more than six months.

[S. L. 1890, Ch. 73, Sec. 90; R. S. Ind., Sec. 1979.]

**AFFRAY.**

Sec. 5046. If two or more persons by agreement fight in any public place, the persons so offending are guilty of an affray, and shall be fined not more than twenty dollars, or be imprisoned in the county jail not more than five days each.

[S. L. 1890, Ch. 73, Sec. 91; R. S. Ind., Sec. 1980.]

**RIOT.**

Sec. 5047. If three or more persons shall do an act in a violent or tumultuous manner, they shall be deemed guilty of a riot, and shall be fined not more than one hundred dollars each, to which may be added imprisonment in the county jail not more than three months.

[S. L. 1890, Ch. 73, Sec. 92; R. S. Ind., Sec. 1981.]

**ROUT.**

Sec. 5048. If three or more persons shall meet together to do an unlawful act upon a common cause, and shall make advances towards the commission thereof, they shall be deemed guilty of a rout, and shall be fined not more than one hundred dollars each, or they may be imprisoned in the county jail not more than sixty days.

[S. L. 1890, Ch. 73, Sec. 93; R. S. Ind., Sec. 1982.]

**CRIMINAL PROVOCATION.**

Sec. 5049. Whoever, by words, signs or gestures, provokes or attempts to provoke another, who has the present ability to do so, to commit an assault, or an assault and battery upon him, is guilty of criminal provocation, and shall be fined not more than twenty dollars.

[S. L. 1890, Ch. 73, Sec. 94; R. S. Ind., Sec. 1983.]

**DRAWING DANGEROUS WEAPONS.**

Sec. 5050. Whoever draws or threatens to use any pistol, dirk, knife, slung-shot, or any other deadly or dangerous weapon, already drawn, upon any other person, shall be fined in a sum not more than one hundred dollars, to which may be added imprisonment in the county jail not more than six months; Provided, That the provisions of this section

shall not apply to a person drawing or threatening to use such dangerous or deadly weapons in defense of his person or property, or in defense of those entitled to his protection by law.

[S. L. 1890, Ch. 73, Sec. 95; R. S. Ind., Sec. 1984.]

**CARRYING DANGEROUS WEAPONS.**

**Sec. 5051.** Every person, not being a traveler, who shall wear or carry any dirk, pistol, bowie knife, dagger, sword-in-cane, or any other dangerous or deadly weapon concealed, or who shall carry or wear any such weapon openly, with the intent, or avowed purpose, of injuring his fellow-man, shall be fined not more than one hundred dollars.

[S. L. 1890, Ch. 73, Sec. 96; R. S. Ind., Sec. 1985.]

**FURNISHING DEADLY WEAPONS TO MINOR.**

**Sec. 5052.** It shall be unlawful for any person to sell, barter or give to any other person under the age of twenty-one years any pistol, dirk or bowie knife, slung-shot, knucks or other deadly weapon that can be worn or carried concealed upon or about the person, or to sell, barter or give to any person under the age of sixteen years any cartridges manufactured and designed for use in a pistol; and any person who shall violate any of the provisions of this section shall be fined in any sum not more than fifty dollars.

[S. L. 1890, Ch. 73, Sec. 97; R. S. Ind., Sec. 1986.]

**DISTURBING MEETINGS.**

**Sec. 5053.** Whoever, by any loud or unnecessary talking, hallooing, or by any threatening, abusive, profane or obscene language, or violent actions, or by any other rude behavior, interrupts, molests or disturbs any collection of any inhabitants of this state convened for the purpose of worship, or any agricultural fair or exhibition, or any person present thereat, or going to or returning therefrom; or who, in like manner interrupts, molests or disturbs any meeting of inhabitants of this state, met together for any lawful purpose, shall be fined in any sum not more than fifty dollars. Sextons of churches and officers of fairs or other meetings contemplated in this section are hereby authorized to arrest any person so disturbing such public meetings.

[S. L. 1890, Ch. 73, Sec. 98; R. S. Ind., Sec. 1988.]

# CHAPTER 4.

## CRIMES AGAINST PUBLIC MORALS.

Sec. 5054. Bigamy.
Sec. 5055. Incest.
Sec. 5056. Adultery and fornication.
Sec. 5057. Seduction.
Sec. 5058. Enticing females.
Sec. 5059. House of ill-fame.
Sec. 5060. Public indecency.
Sec. 5061. Selling obscene literature.
Sec. 5062. Mailing obscene literature.
Sec. 5063. Advertising private medicines.
Sec. 5064. Procurer assignation.
Sec. 5065. Pimp.
Sec. 5066. Prostitute.
Sec. 5067. Crime against nature.
Sec. 5068. Sale of liquor to minors and habitual drunkards.
Sec. 5069. Sale or gift of tobacco to minors prohibited.

**BIGAMY.**

**Sec. 5054.** Whoever, being married, marries again, the former husband or wife being alive, and the bond of matrimony being still undissolved, and no legal presumption of death having arisen, is guilty of bigamy, and shall be imprisoned in the penitentiary not more than five years.

[S. L. 1890, Ch. 73, Sec. 74; R. S. Ind., Sec. 1989.]

In re Murphy, 5 Wyo. 297.

Van Orsdel, Josiah A., and Fenimore Chatterton. Revised Statutes of Wyoming, in Force December 1, 1899 Including the Magna Charta, Declaration of Independence, Articles of Confederation, Organic Act of Territory of Wyoming, Act of Admission of the State of Wyoming, Constitution of the United States and of Wyoming, and the Rules of the Supreme Court. Chaplin, Spafford & Mathison, 1899. The Making of Modern Law: Primary Sources, link.gale.com/apps/doc/DT0103375995/MMLP?u=cowmsl&sid=bookmark-MMLP&pg=1252. Accessed 22 Nov. 2024.