

DATE DOWNLOADED: Thu Dec 19 09:53:53 2024
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1907 [i] .

ALWD 7th ed.
, , 1907 [i] .

Chicago 17th ed.
"," Arkansas - 36th General Assembly, Regular Session : [i]-II

AGLC 4th ed.
" Arkansas - 36th General Assembly, Regular Session [i]

OSCOLA 4th ed.
" 1907 [i]          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# PUBLIC AND PRIVATE

# ACTS

AND

## Joint and Concurrent Resolutions and Memorials of the General Assembly

OF THE

## STATE OF ARKANSAS

Passed at the session held at the Capital, in the City of Little Rock, Ark., commencing on the 14th day of January, 1907, and ending on the 14th day of May, 1907.

BY AUTHORITY



## CERTIFICATE

I, O. C. LUDWIG, Secretary of State of the State of Arkansas, do hereby certify that the following Acts and Joint and Concurrent Resolutions and Memorials of the Thirty-sixth General Assembly of the State of Arkansas, passed and approved at the regular session thereof, are true and correct copies of the original Acts, Joint and Concurrent Resolutions and Memorials, now on file in the office of the Secretary of State, save and except such words, letters and figures in brackets, thus [], inserted to correct obvious errors.

In witness whereof, I have hereunto set my hand and affixed the seal of my office at the city of Little Rock, this 6th day of September, 1907.

(SEAL)

O. C. LUDWIG,

Secretary of State.

# ERRATA

I find the following errors in the printed Acts of 1907, and this sheet is attached to the book in order to call attention to and correct them:

Act 221, page 523: In the fifth line from the bottom of Section 4, "1889" should be "1899."

Act 336, page 817: In the sub-head of Section 1 the words "Iron Mountain" should be "Cotton Belt."

Act 342, page 829: In the sub-head of Section 1 the words "Iron Mountain" should be "Cotton Belt."

Act 352, page 842: In this Act, wherever the words "raising" or "raise" appear, such words should be spelled thus: "razing" and "raze."

Act 359, page 857: The date of approval of the Act is May 23, 1907, instead of May 23, 1905.

Act 382, page 964: The date of approval of the Act is May 23, 1907, instead of May 23, 1905.

Act 384, page 966: The date of approval of the Act is May 23, 1907, instead of May 23, 1905.

Act 385, page 966: In line one of the title of the Act the word "Southern" should be "Southwestern."

Act 385, page 967: The date of approval of the Act is May 23, 1907, instead of May 23, 1905.

Act 418, page 1106: In line two of the sub-head to Section 1 the word "legally" should be "illegally."

Act 419, page 1107: In this Act, wherever the word "Crittendon" appears, it should be spelled "Crittenden."

O. C. LUDWIG,
*Secretary of State.*

**ACT 313, PAGE 746, LINE 7, SECTION 3, SHOULD READ $100,000 WHERE IT APPEARS $1,000,000**

| | |
|---|---|
| J. H. Jackson | 10.00 |
| Basil Baker | 40.00 |
| O. W. Scarbrough | 40.00 |
| W. J. Lamb | 20.00 |
| Geo. A. Hillhouse | 10.00 |
| Allen Beddel | 20.00 |
| E. F. Friedell | 40.00 |
| M. H. Holliman | 10.00 |
| W. A. Dickson | 30.00 |
| A. M. Duffie | 10.00 |

FUEL, LIGHTS AND WATER, APPROPRIATION FOR 1903-1904.

| | |
|---|---|
| Little Rock Railway & Electric Co. | $ 48.00 |
| G. G. Wood Coal Co. | 8.70 |

Smith Premier Typewriter Co. Balance on one typewriter for office of Com. of Mines, Manufactures and Agriculture ..................... $ 57.75

JANITOR'S SERVICE.

| | |
|---|---|
| John Robinson | $ 9.00 |
| Ed. Reichardt for burial expenses "Old Soldiers" | $ 27.50 |
| For salary of Military Secretary | $187.50 |

Approved May 17, 1907.

## ACT 330.

AN ACT to amend Section 1652 of Kirby's Digest.

SECTION

1. Amends Section 1652 of Kirby's Digest with reference to drawing deadly weapons.
2. Laws in conflict repealed; Act in effect from passage.

*Be it Enacted by the General Assembly of the State of Arkansas:*

810          ACTS OF ARKANSAS.

SECTION 1. That Section 1652 of Kirby's Digest be and the same is hereby amended so as to read as follows:

"Every person and the aiders and abetters of every person who shall draw a pistol, gun or any other deadly weapon upon any other person or shall serve or give notice either verbal or in writing to any other person or shall place notice upon the door or about the premises of any other person for the purpose of frightening or intimidating him from doing any lawful Act, when such person drawing said pistol or gun or other deadly weapon is not justified in self defense for so doing, shall be deemed guilty of a misdemeanor and upon conviction shall be fined in a sum not less than five hundred dollars nor more than one thousand dollars and shall be imprisoned in the county jail for twelve months.

SECTION 2. That all laws and parts of laws in conflict herewith are hereby repealed and that this Act take effect and be in force from and after its passage.

Approved May 17, 1907.

## ACT 331.

AN ACT to authorize and empower the incorporated town of Booneville, Arkansas, to vacate certain sections of Ellsworth Avenue and Fifth Streets in the Choctaw, Oklahoma and Memphis Townsite Company's supplement plat of said town.

SECTION

1. City council of Booneville authorized to vacate certain street.
2. Property vacated shall vest in Booneville Educational Assn.
3. Laws in conflict repealed; Act in effect from passage.

*Whereas,* The Booneville Educational Association, a corporation duly organized under the laws of the State of