

THE

# Revised Ordinances

OF THE

## CITY OF DAVENPORT,

REVISED AND DIGESTED BY ORDER OF THE CITY COUNCIL,

CONTAINING

THE ORIGINAL AND AMENDED CITY CHARTERS,

With Notes and References to Judicial Decisions.

———————

COMPILED AND ARRANGED BY

## JOHN F. DILLON.

———————

PUBLISHED BY AUTHORITY.

———————

DAVENPORT, IOWA :
GAZETTE BOOK AND JOB PRINTING ESTABLISHMENT.
1866.

[The remainder of this section is repealed by Sec. 1, Art. 1, of Chap. 18].

Passed and approved Feb. 1, 1860.

[Amended December 14, 1864; and see also Chap. 18, Art. 1, Sec. 1.]

———

## CHAPTER XIX.

*AN ORDINANCE to prohibit the discharge of fire-arms, fire-crackers, and rockets within the city.*

SEC. 1.  No person shall discharge any gun, pistol, or other fire-arms, or use or discharge any fire-crackers, rockets, or any other description of fire-works, within the limits of said city, without permission in writing from the Mayor. *What prohibited.*

SEC. 2.  Any person violating any provision of this ordinance, shall pay a fine of not less than two dollars nor more than ten dollars for each offense. *Penalty.*

Passed and approved June 11, 1842, and January 21, 1855.

[NOTE.—See charter, pp. 39 and 40, as to power of Council to pass ordinances of this character].

———

## CHAPTER XX.

### ARTICLE 1.

*AN ORDINANCE to prevent the increase of and to prohibit dogs from running at large in the city of Davenport.* ∗

SEC. 1.  It shall not be lawful for any animal of the dog kind to run at large in the city of Davenport, from the first day of June until the first day of September of each year, unless the same be securely muzzled, so *When to be muzzled.*

———

∗ See Index—Vicious Animals.

19