and if so, then if Penn has Granted these Lands since his last Grant is hereby Confirmed by this Act and the old Grant avoided.

The Provisoe wherein 'tis said the Prop<sup>r</sup> shall not be thereby obliged to make good to any p'chaser a Right to unlocated Lands who thro' inadvertency or by misinformation did or may obtain a patent or confirmation of Lands, which are discovered to be ye prior Right of another person further or any more than the same quantity of Lands in ye next advantageous place that such purchaser shall choose and discover to be vacant and free from all other Claims seems unreasonable because if no such Land can be found the purchaser is to have no satisfaction for his p'chase.

### As to the Act for the better Gov<sup>emnt</sup> of the City of Philada.

This Act inflicts 5s. penalty on persons riding a gallop & 10s. for persons trotting, with Drays or their Teams in the streets, & 5th for suffering a Dog or a Bitch going at lrage; or fireing a Gun without Lycence, or if a Negro be found in any disorderly practices or other Misbehaviours may be whipt 21 lashes for any one offence or comitted to prison, which words "other misbehaviours," are very uncertain and give very arbitrary power where the punishm<sup>t</sup> is great.

### As to ye Act for Impowring Religious Societies to Buy hold and Enjoy Lands Tenements and Hereditaments.

There is a Clause in it w<sup>ch</sup> confirms all Sales, Gifts, or Grants to them already made, which having a retrospect may be very p<sup>e</sup>judicial to purchasers, Creditors & other persons, and therefor I apprehend it fitt to be repealed.

### A Supplementary Act to a Law ab<sup>t</sup> ye manner of Giving Evidence.

This is Lyable to ye same objection as the Act directing an affirmation to such who for Conscience sake cant take an oath.

### An Act to prevent the Importation of Negros & Indians into this Province

How far this Act may interfere with the Brittish Interest as to their Trading in Negros, your Lopp's are most proper Judges; But I observe this Act gives a power to break open houses to search upon suspition of Negros being there Generally, which Extends to Night as well as day, which power is rarely admitted by our Law in offences of an inferior nature.

### A Srpplementary Act to an Act, Entitled an Impost Act laying a Duty on Negros, Rum, Wine, Spirits, Cyder, & Vessels and appropriating certain Sums of Money arising by the same & other Publick Stock of this Province.

This Act depends on ye Impost Act & ought to have ye same Determination concerning it.

As to these following Acts I have no objection.

An Act for the better Enabling of Divers Inhabitants of the Province of Pensilvania, to hold and Enjoy Lands, tenements, & plantations in ye Same Province, pass'd the 29 of 7<sup>ber</sup> 1709.

Hazard, Samuel. Pennsylvania Archives. Selected And Arranged From Original Documents In The Office Of The Secretary Of The Commonwealth, Conformably To Acts Of The General Assembly, February 15, 1851, & March 1, 1852. Vol. 1: Series 1, Joseph Severns & Co., 1852. The Making of Modern Law: Primary Sources, link.gale.com/apps/doc/DT0103988129/MMLP?u=cowmsl&sid=bookmark-MMLP&pg=162. Accessed 22 Nov. 2024.