# A COLLECTION OF THE STATUTES OF THE PARLIAMENT OF ENGLAND IN FORCE IN THE STATE OF NORTH-CAROLINA.

---

PUBLISHED ACCORDING TO A RESOLVE OF THE GENERAL ASSEMBLY.

By FRANCOIS-XAVIER MARTIN, Esq.

COUNSELLOR at LAW.

---

*NEWBERN:*

FROM THE EDITOR's PRESS.

1792.

# PREFACE.

IN obedience to a refolve of the Legiflature, I have prepared this Collection: and now ufher it into light, with all the diffidence that muft naturally arife from a confcioufnefs of infufficient abilities—a diffidence that is much heightened by the reflection that, notwithftanding it would have been my wifh to have devoted my whole time to the undertaking from the moment I embarked in it, my attention has been frequently diverted by unavoidable occupations. However, I indulge the idea that whatever errors may be difcovered, will be found to be on the right fide. Although I have, perhaps, fuffered a few ftatutes to creep in, which might have been fuppreffed, I have omitted to infert none that were material.

To have been furnifhed with a clue to direct me through the vaft dædalus of laws from which this collection is extracted, would have much eafed my labour, and infpired me with fome degree of confidence. Finding that no act of Affembly afforded it, and that many, even among the moft refpectable, profeffors of the law difagree in regard to the applicability of a number of Britifh ftatutes, I have adopted and profecuted the plan, that appeared to render the utility of the work leaft dependent on my own judgment, which, unmatured by age and unfupported by experience, could not be deemed a criterion.

I BEGAN at *Magna Charta*. The old ftatutes, before that period, are generally acknowledged to be rather a matter of mere curiofity, and fcarcely an authentic record of any of them is extant. From thence to the feventeenth year of Charles the Second, the time at which the people of this country firft legiflated for themfelves, I have inferted every ftatute unrepealed by fubfequent acts, or which did not appear fo glaringly repugnant to our fyftem of government as to warrant its fuppreffion. From the feventeenth of Charles, I have publifhed fuch ftatutes as have been expresfly enforced by act of Affembly, as thofe commonly called the ftatutes of jeofails, and the 5 Geo. 2, c. 7, which was intended by Parliament to operate in the Britifh colonies of North-America, has ever been taken notice of by our courts of judicature, and was, I believe, for many years the only authority under which they iffued writs of *fieri facias* againft real eftates.

ALL the ftatutes relating to the benefit of clergy have been preferved. They are a key that opens the way to the knowledge of a part of our criminal jurifprudence, which ought to be clearly known and underftood.

SINCE the abolition of tenures in fee-tail, the ftatutes refpecting fines and recoveries may be faid to have become obfolete. Thofe, neverthelefs, with a few others, relative to

( iv )

that species of tenure, I have thought it improper to reject, as a great deal of property in this state is still secured under them: and in a few instances, an obsolete statute has been retained, having been deemed necessary for the illustration of others.

By such additions the collection has been swoln a little: but this inconvenience, I trust, will be fully compensated by the advantages that will result from it. The bar will have the opportunity of making their own application, and the bench will be able to judge with more safety.

I MADE use of *Hawkins'* and *Ruffhead*'s editions. The former being generally allowed to be the more respectable, I printed after it, except in very few instances indeed, when, not finding the translation in that, I resorted to the latter.

MANY of the statutes were couched, at the time of their being enacted, in the latin or French language. I have been advised to print the translation only. I presume it will be deemed sufficient. Its long use seems to have given it a sort of prescriptive authority, and it is said to have been done, for the most part, with great learning and correctness.

I HAVE prefixed to the work a table of chapters, containing, after the title of each, a reference to such statutes and acts of assembly on the same subject, as were proper to be considered. Should it fail in a few instances to give satisfaction, by recurring to the index, the reader will, no doubt, find what he vainly sought for in the table. I have endeavoured to make them both as copious and correct, as all the attention and accuracy it was in my power to command could render them.

SUCH is the plan which I thought would best answer the intentions of the legislature. I have prosecuted it in the best manner I was able. How far my endeavours have been attended with success remains to be decided. I cherish the hope that the necessity there was for such a publication will render it acceptable—even from the hands of one, who does not possess the talents which the importance of the subject required. It will at least serve to disseminate the knowledge of a number of laws by which the people of this state are to be governed, until, substituting acts of their own legislature to those their forefathers brought over from Great-Britain, they will shake off this last seeming badge, and mortifying memento, of dependence on her.

F. X. MARTIN.

*Newbern, July 15, 1792.*

## CHAP. VIII.

*Nothing shall be taken for Beaupleader.*

ITEM, Whereas some of the realm have grievously complained, that they be grieved by Sheriffs, naming themselves the King's approvers, which take money by extortion for Beaupleader, the King will, that the statute of Marlebridge shall be observed and kept in this point.

## CHAP. XIV.

*None shall commit Maintenance.*

ITEM, Because the King desireth that common right be administered to all persons, as well poor as rich, he commandeth and defendeth, that none of his Counsellors, nor of his house, nor none other of his Ministers, nor no great man of the realm by himself, nor by other, by sending of letters, nor otherwise, nor none other in this land, great nor small, shall take upon them to maintain quarrels nor parties in the country, to the let and disturbance of the common law.

---

Statutes made at Northampton, tribus Septimanis Paschae, in the Second Year of the Reign of Edward the Third, and in the Year of our Lord 1328.

## CHAP. I.

*A Confirmation of the Great Charter and the Charter of the Forest.*

[*Unnecessary to be inserted.*]

## CHAP. III.

*No Man shall come before the Justices, or go or ride armed.*

ITEM, It is enacted, that no man great nor small, of what condition soever he be, except the King's servants in his presence, and his Ministers in executing of the King's precepts, or of their office, and such as be in their company assisting them, and also upon a cry made for arms to keep the peace, and the same in such places where such acts happen, be so hardy to come before the King's justices, or other of the King's

( 61 )

Ministers doing their office with force and arms, nor bring no force in an affray of peace, nor to go nor ride armed by night nor by day, in fairs, markets, nor in the presence of the King's Justices, or other ministers, nor in no part elsewhere, upon pain to forfeit their armour to the King, and their bodies to prison at the King's pleasure. And that the King's Justices in their presence, Sheriffs and other ministers, in their bailiwicks, Lords of Franchises, and their bailiffs in the same, and Mayors and Bailiffs of cities and boroughs, within the same cities and boroughs, and borough-holders, constables and wardens of the peace within their wards shall have power to execute this Act. And that the Justices assigned, at their coming down into the country, shall have power to enquire how such officers and lords have exercised their offices in this case, and to punish them whom they find that have not done that which pertain to their office.