Case 2:19-cv-00617-KJM-AC   Document 98-3   Filed 10/13/23   Page 18 of 1




DATE DOWNLOADED: Sun May 21 17:33:24 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry Acts of Parliament (1771).

ALWD 7th ed.
. Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry Acts of Parliament (1771).

APA 7th ed.
(1771). Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry Acts of Parliament. Portsmouth N.H., Printed by Daniel and Robert Fowle, and sold at their Office near the State-House.

Chicago 17th ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry Acts of Parliament. Portsmouth N.H., Printed by Daniel and Robert Fowle, and sold at their Office near the State-House.

McGill Guide 9th ed.
Acts & Ls of His Majesty's Province of New-Hampshire: In New-Engl&; with Sundry Acts of Parliament (Portsmouth N.H.: Printed by Daniel and Robert Fowle, and sold at their Office near the State-House., 1771)

AGLC 4th ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry Acts of Parliament (Printed by Daniel and Robert Fowle, and sold at their Office near the State-House., 1771

MLA 9th ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry Acts of Parliament. Portsmouth N.H., Printed by Daniel and Robert Fowle, and sold at their Office near the State-House. HeinOnline.

OSCOLA 4th ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry Acts of Parliament. Portsmouth N.H., Printed by Daniel and Robert Fowle, and sold at their Office near the State-House.           Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

Case 1:23-cv-00070-WES-PAS   Document 44-22   Filed 01/06/25   Page 2 of 5 PageID
Case 2:19-cv-00617-KJM-AC   Document 82-3   Filed 10/13/23   Page 19 of 137
#: 2382

8 *Temporary LAWS of the Province*

## CHAP. V.

## An Act for reviving an Act

Pass'd 29th of GEO. 2.

entituled, *An Act in addition to an Act*, entituled, *An Act, for establishing Courts of publick Justice within this Province, made and pass'd in the seventeenth Year of His present Majesty's Reign.*

Preamble.

WHEREAS the before recited act is expired, the same being temporary, and the same having been found very beneficial whilst in force, and it appearing necessary that the same should be revived:

BE IT ENACTED by his EXCELLENCY the GOVERNOR, COUNCIL, and ASSEMBLY, That the before recited act, and all and singular the paragraphs, clauses, articles, directions and powers in the said act contained, shall be, and hereby are revived, re-enacted, directed and ordered to abide and remain in full force, and accordingly to be exercised, practised and put in execution for and during the space of *twenty years* from the passing hereof, and no longer.

## CHAP. VI.

## An Act for preventing and suppressing of Riots, Routs, and unlawful Assemblies.

Pass'd 27th of GEO. 2.

Rioters upon conviction to pay 50 l. or receive thirty stripes.

§. I. BE IT ENACTED by the GOVERNOR, COUNCIL, and ASSEMBLY, and by the AUTHORITY of the same, IT IS hereby ENACTED and ORDAINED, That if three persons or more, shall assemble themselves with an intent to do any unlawful act, against the person of another, or against several persons, with force and violence, as to kill, beat, wound, or do any other personal injury, or against his, her or their estate or possession wrongfully, or to do any other unlawful act with force or violence against the peace, or to the manifest terror of the people, and being required and commanded by any magistrate, field officer, captain of the militia, sheriff, select-man or constable (in the town or parish to which such officers respectively in the exercise of their office are limited,) by proclamation to be made in the king's name, in the form herein after directed, to disperse and peaceably depart to their habitations or lawful business, shall not so disperse and depart: or being so assembled, shall do any unlawful act, with force and violence, against the person of any one or more, or against his, her or their estate or possession, or against the public peace, order or interest, in manner as aforesaid, and shall be thereof convicted by due course of law, either before the court of general sessions of the peace, or superior court of judicature

Case 1:23-cv-00070-WES-PAS   Document 44-22   Filed 01/06/25   Page 3 of 5 PageID
Case 2:19-cv-00617-KJM-AC   Document 83-3   Filed 10/13/23   Page 20 of 137

*of* NEW-HAMPSHIRE.    9

cature, every such offender shall forfeit and pay for every such offence, not exceeding the sum of *fifty pounds*, and in default of paying the same, within twenty four hours after sentence, shall be whipt on the naked back at some publick place, not exceeding thirty stripes, according to the circumstances aggravating or extenuating the offence; and shall pay the legal costs of prosecution, and shall stand committed till sentence performed. And the form and order of the proclamation to be made as aforesaid, shall be as follows, namely, the officers aforesaid, or any of them, shall among, or as near as they, or any of them can safely, come to the said rioters and command silence to be kept while proclamation is making, and shall then with a loud voice, openly make proclamation in these or the like words; "Our sovereign Lord the King chargeth and command-
"eth all persons, being here assembled, immediately to disperse
"themselves, and peaceably to depart to their habitations, or to
"their lawful business, upon the pains contained in an act of this
"province, made in the twenty-seventh year of his Majesty King
"GEORGE the second, for preventing and suppressing of riots,
"routs, and unlawful assemblies.

GOD *save the* KING.

[margin: The manner of making proclamation.]
[margin: The form of the proclamation.]

And if any three or more of the persons so unlawfully and riotously assembled, shall continue together, and not disperse themselves immediately after proclamation made as aforesaid, it shall be lawful for the officers aforesaid, or any of them, (within their respective limits as aforesaid,) to command assistance, and to seize such rioters, or any of them, and immediately to carry them before some justice of the peace for this province, who shall demand and take of each of them, sufficient security for his or her appearance before, and abiding and performing the sentence of the next court of general sessions of the peace, or superior court of judicature, (according as the nature and circumstances of the case may require, on his or her offence,) and to stand committed till such security shall be given. And all persons of age and ability, are hereby required to aid and assist such officer or officers, being thereunto commanded as aforesaid, to seize and apprehend such riotor or riotors, and carry and keep him, her or them in custody, before a justice as aforesaid, and to convey him, her or them to the common goal, in default of giving security as aforesaid, on pain of forfeiting and paying the sum of *twenty pounds*, for every instance of refusing or neglecting to give such aid and assistance. And when three or more persons shall be so unlawfully and riotously assembled as aforesaid, and they or any of them, shall prevent and hinder proclamation to be made as aforesaid, and three or more of them shall continue together after such hindrance and impediment, they and every of them, shall be liable to the same pains and penalties aforesaid, upon conviction as is above directed.

[margin: If three or more shall continue after proclamation is made, they may be apprehended before a justice, &c.]
[margin: Penalty on those who refuse to assist the officer in seizing rioters, &c.]
[margin: Penalty for hindering proclamation to be made, and continuing together afterwards.]

§. 2. AND BE IT *further* ENACTED, That if twelve persons or more, being armed with clubs, or other weapons; or if fifty persons or more, whether armed or not, shall be unlawfully, riotously, tumultuously or routerously assembled, any of the officers aforesaid,

[margin: Penalty and punishment for high-handed riots, &c.]

C                                    shall

Case 1:23-cv-00070-WES-PAS   Document 44-22   Filed 01/06/25   Page 4 of 5 PageID #: 2384
Case 2:19-cv-00617-KJM-AC   Document 38-3   Filed 10/13/23   Page 21 of 137
10  *Temporary LAWS of the Province*

shall make proclamation, in manner and form aforesaid; and if such persons, so unlawfully assembled, shall not thereupon immediately disperse themselves, according to said proclamation, each of them and every one who shall wilfully hinder any such officer (who shall be known, or shall openly declare himself to be such) from making the said proclamation, shall forfeit and pay a fine not exceeding the sum of *five hundred pounds*, at the discretion of the said superior court, (which only shall have cognizance of the offence) considering the aggravations attending the same, and shall be whipt thirty stripes on the naked back at the publick whipping-post, and suffer twelve months imprisonment, and once every three months, during said twelve months, receive the same number of stripes as aforesaid.

*The superior court's power to remit or mitigate the corporal punishment.*

*Provided nevertheless*, It shall be in the power of said court, if they judge proper, upon considering all circumstances, to remit or mitigate the punishment of whipping in such cases. And in case any rioters shall, when so riotously assembled, demolish or pull down, or begin to demolish or pull down, any dwelling house, or other house, or any part thereof, any house built for public use, any barn, shop, or ship, or other vessel, or any part thereof, or wound, maim, or do any bodily hurt or injury to any person, such rioters, or those of them who shall be apprehended, shall make

*Such rioters liable to answer all damages, &c.*

good all damages to the party or parties damnified or injured, upon an action of trespass prosecuted for the same, and shall also suffer the respective pains and penalties inflicted by this act, according as the fact shall come under one or the other of the cases herein provided against. And if any person or persons shall rescue any prisoner or prisoners convicted of any crime, out of his Majesty's

*Penalty on rescuors of prisoners or criminals.*

goal, or out of the custody of any officer or officers aforesaid, or any under or deputy sheriff, such offender or offenders, shall be liable to, and suffer the pains and penalties which such prisoner or prisoners should have suffered, if he, she or they had not been so rescued. But in case such rescous shall be made before conviction of the person or persons so in prison or custody, he, she, or they

*What the punishment shall be in case the rescous be made before conviction.*

committing the same, shall be liable to, and suffer all or any of the pains and penalties aforesaid, inflicted on rioters, where the number amounts to twelve, or fifty as aforesaid, at the discretion of the said superior court, (which only shall have cognizance of the offence,) having regard to the circumstances aggravating or alleviating the crime.

*Officers power to command assistance.*

And any of said officers shall hereby have power to command assistance in this case, as in manner aforesaid, and the person or persons (being capable) who shall refuse to give the same, being thereto required or commanded as aforesaid, shall be liable to the same pains and penalties, as for refusing to give aid and assistance in the case aforesaid.

*If any rioters or rescuers shall be killed in re-*

And in case any of the rioters in this act mentioned or described, shall be killed or hurt by reason of their resisting the person or persons endeavouring to disperse them, or attempting to seize and
apprehend

Case 1:23-cv-00070-WES-PAS   Document 44-22   Filed 01/06/25   Page 5 of 5 PageID #: 2385
Case 2:19-cv-00617-KJM-AC   Document 63-3   Filed 10/13/23   Page 22 of 137

apprehend them or any of them, the said officers and their assist- | sisting the officers,
ants, and every of them, shall be wholly indemnified and held | such officers
guiltless; as also in the case of a rescous aforesaid. | shall be held guiltless.

*Provided nevertheless,* Nothing in this act shall be construed to extend to any number of persons, at any time assembled, or assembling, for any lawful design or purpose, nor to any thing that such persons shall do, which is or shall be necessary to and for their own defence. And if any of the officers aforesaid, shall maliciously or causelessly make proclamation in manner and form aforesaid, against any persons lawfully assembled, or cause any persons to be apprehended wrongfully, under colour or pretence of their being rioters, within the meaning and intent of this act, every such officer shall forfeit and pay the sum of *one hundred pounds*, and shall be liable to an action of trespass on the case, to be prosecuted by the party or parties so maliciously and causelessly complained of, and to pay all damages thereby sustained, and double costs to be taxed with such damages. | This act not to extend to persons lawfully assembled. Penalty on any malicious officer, &c.

All fines and forfeitures arising by this act, to be for his Majesty's use, towards the support of his government in this province. | Application of the fines.

This act to be read at the opening the courts aforesaid, at every term, and at every annual town meeting. And no prosecution shall be sustained for any offence herein prohibited, after one year from the time of commiting the fact. | To be read at the opening the court, &c.

This act to continue and be in force for the term of three years and no longer. | Limitation.

---

### CHAP. VII.

# An Act to promote the Increase of Sheep.

Pass'd 30th of GEO. 2.

*WHEREAS the increase of sheep would be of very great service to all his Majesty's subjects in this province; but by the neglect of many persons who keep sheep to take proper care of their rams, who suffer them to run at large with ewes at all seasons of the year (which is found by experience to be very prejudicial to the increase of sheep,) by the yeaning of lambs in an unsuitable season: By which sheep are rather destroyed than increased:* | Preamble.

For preventing of which,

BE IT ENACTED *by the* GOVERNOR, COUNCIL, *and* ASSEMBLY, That from and after the publication of this act, no ram shall be suffered to go at large within this province, from the tenth day of *August*, to the fifteenth day of *November* annually, on the penalty of *twenty shillings* for each ram, and for every time any shall be found out of the owner's inclosure, between the days aforesaid to be paid | Rams not to run at large, &c.

by