


DATE DOWNLOADED: Wed Apr 19 20:04:12 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a Public and Permanent Nature, as are Now in Force (1803).

ALWD 7th ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a Public & Permanent Nature, as are Now in Force (1803).

APA 7th ed.
Virginia. (1803). Collection of All Such Acts of the General Assembly of Virginia, of Public and Permanent Nature, as are Now in Force. Richmond, Printed by Samuel Pleasants, Jun., and Henry Pace.

Chicago 17th ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a Public and Permanent Nature, as are Now in Force. Richmond, Printed by Samuel Pleasants, Jun., and Henry Pace.

McGill Guide 9th ed.
Virginia, Collection of All Such Acts of the General Assembly of Virginia, of a Public & Permanent Nature, as are Now in Force (Richmond: Printed by Samuel Pleasants, Jun., and Henry Pace., 1803)

AGLC 4th ed.
Virginia, Collection of All Such Acts of the General Assembly of Virginia, of a Public and Permanent Nature, as are Now in Force (Printed by Samuel Pleasants, Jun., and Henry Pace., 1803

MLA 9th ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a Public and Permanent Nature, as are Now in Force. Richmond, Printed by Samuel Pleasants, Jun., and Henry Pace. HeinOnline.

OSCOLA 4th ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a Public and Permanent Nature, as are Now in Force. Richmond, Printed by Samuel Pleasants, Jun., and Henry Pace.         Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# A COLLECTION

OF

ALL SUCH

# ACTS

OF THE

# GENERAL ASSEMBLY

OF

# VIRGINIA,

OF A PUBLIC AND PERMANENT NATURE, AS ARE NOW IN FORCE;

WITH A

## NEW AND COMPLETE INDEX.

TO WHICH ARE PREFIXED THE DECLARATION OF RIGHTS, AND CONSTITUTION, OR FORM OF GOVERNMENT.

PUBLISHED PURSUANT TO AN ACT OF THE GENERAL ASSEMBLY, PASSED ON THE TWENTY-SIXTH DAY OF JANUARY, ONE THOUSAND EIGHT HUNDRED AND TWO.

RICHMOND,

PRINTED BY SAMUEL PLEASANTS, JUN. AND HENRY PACE.

M,DCCC,III.

Case 1:23-cv-00070-WES-PAS   Document 44-23   Filed 01/06/25   Page 3 of 3 PageID #: 2388
Case 2:19-cv-00617-KJM-AC   Document 98-3   Filed 10/13/23   Page 31 of 137
IN THE SEVENTEENTH YEAR OF THE COMMONWEALTH. 187     1792.

I, A. B. do swear, that my removal into the State of Virginia, was with no intent of evading the laws for preventing the further importation of slaves, nor have I brought with me any slaves, with an intention of selling them, nor have any of the slaves which I have brought with me, been imported from Africa, or any of the West India Islands, since the first day of November, one thousand seven hundred and seventy-eight. So help me GOD.

Nor to any persons claiming slaves by descent, marriage or devise; nor to any citizens of this Commonwealth, being now the actual owners of slaves within any of the United States and removing such hither; nor to travellers and others making a transient stay, and bringing slaves for necessary attendance, and carrying them out again. *a*  
*And of citizens claiming slaves by descent, devise, or marriage, or being now the owners & removing them from another state, and travellers carrying them out again.*

V. NO negro or mulatto shall be a witness, except in pleas of the Commonwealth against negroes or mulattoes, or in civil pleas, where negroes or mulattoes alone shall be parties. *a* †  
*In what cases negroes or mulattoes may or may not be witnesses.*

VI. NO slave shall go from the tenements of his master or other person with whom he lives, without a pass, or some letter or token, whereby it may appear that he is proceeding by authority from his master, employer, or overseer: If he does, it shall be lawful for any person to apprehend and carry him before a Justice of the Peace, to be by his order punished with stripes, or not, in his discretion. *a*  
*Slaves not to go from home, without passes.*

VII. AND if any slave shall presume to come and be upon the plantation of any person whatsoever, without leave in writing from his or her owner, or overseer, not being sent upon lawful business, it shall be lawful for the owner or overseer of such plantation, to give or order such slave ten lashes on his or her bare back for every such offence. *b*  
*Coming on the plantations of others without leave from their masters, may be whipped.*

VIII. NO negro or mulatto whatsoever shall keep or carry any gun, powder, shot, club, or other weapon whatsoever, offensive or defensive, but all and every gun, weapon, and ammunition found in the possession or custody of any negro or mulatto, may be seized by any person, and upon due proof thereof made before any Justice of the Peace of the County or Corporation where such seizure shall be, shall by his order be forfeited to the seizor for his own use; and moreover, every such offender shall have and receive by order of such Justice, any number of lashes not exceeding thirty-nine, on his or her bare back, well laid on, for every such offence. *b*  
*Negroes and mulattoes not to keep or carry arms.*

IX. PROVIDED nevertheless, That every free negro or mulatto, being a housekeeper, may be permitted to keep one gun, powder and shot; and all negroes and mulattoes, bond or free, living at any frontier plantation, may be permitted to keep and use guns, powder, shot, and weapons, offensive or defensive, by license from a Justice of Peace of the County wherein such plantation lies, to be obtained upon the application of free negroes or mulattoes, or of the owners of such as are slaves. *b*  
*Except those living on the frontiers licensed by the justices of the peace.*

X. EVERY person other than a negro, of whose grand-fathers or grand-mothers any one is, or shall have been a negro, although all his other progenitors, except that descending from the negro, shall have been white persons, shall be deemed a mulatto; and so every such person who shall have one fourth part or more of negro blood, shall in like manner be deemed a mulatto. *c*  
*Who shall be deemed mulattoes.*

XI. RIOTS, routs, unlawful assemblies, trespasses and seditious speeches by a slave or slaves, shall be punished with stripes, at the discretion of a Justice of the Peace, and he who will, may apprehend and carry him, her, or them, before such Justice. *d*  
*Punishment of slaves for riots, unlawful assemblies, seditious speeches, &c.*

XII. AND to prevent the inconveniences arising from the meetings of slaves, *Be it further enacted,* That if any matter, mistress, or overseer of a family, shall knowingly permit or suffer any slave not belonging to him or her, to be and remain upon his or her plantation above four hours at any one time, without leave of the owner or overseer of such slave, he or she so permitting, shall forfeit and pay three dollars for every such offence; and every owner or overseer of a plantation, who shall so permit or suffer more than five negroes or slaves, other than his or her own, to be and remain upon his or her plantation or quarter at any one time, shall forfeit and pay one dollar for each negro or slave above that number; which said several forfeitures shall be to the informer, and recoverable with costs, before any Justice of Peace of the County or Corporation where such offence shall be committed. *e*  
*No person shall permit the slaves of others to remain on his plantation.*

(*a*) 1:83, ch. 77, sec. 2, 3.   † Altered by act of Dec. sess. 1800, ch. 70; negroes or mulattoes, bond or free, are by that act made legal witnesses against each other.   (*b*) 23, Geo. 2, ch. 31, sec. 17, 18, 19.   (*c*) 1783, ch. 78.   (*d*) Ib. ch. 7, sec. 4.   (*e*) 22, Geo. 2, ch. 31, sec. 12.