**100**   ARMS.

Judge or justice to bind over persons going armed. — pistol, or any other dangerous weapon, to the fear or terror of any person, it shall be the duty of any judge or justice on his own view, or upon the information of any other person on oath, to bind such person or persons to their good behavior, and if he or they fail to find securities, commit him or them to jail; and if such person or persons shall continue so to offend, he or they shall not only forfeit their recognizance, but be liable to an indictment, and be punished as for a breach of the peace, or riot, at common law.

## 1821—CHAPTER 13.

Five dollars fine for carrying certain weapons. — SEC. 1. Every person so degrading himself by carrying a dirk, sword cane, Spanish stiletto, belt or pocket pistols, either public or private, shall pay a fine of five dollars for every such offence, which may be recovered by warrant before any justice of the peace, in the name of the county for its use, in which the offence may have been committed; and it shall be the duty of a justice to issue a warrant on the application, on oath, of any person applying; and it shall be the duty of every judge, justice of the peace, sheriff, coroner, and constable within this state, to see that this act shall have its full effect: *Provided*, that nothing herein contained shall affect any person that may be on a journey to any place out of his county or state.

Officers to attend to this act.

## 1825—CHAPTER. 19.

Sheriff or other officer to arrest persons suspected of carrying arms to commit a breach of the peace. — SEC. 1. When any sheriff, coroner, or constable, shall know of his own knowledge, or upon the representation of any person, or if he or they, shall have good reason to suspect, any person of being armed with the intention of committing a riot or affray, or of wounding or killing any person, it shall be the duty of all such officers, immediately to arrest all such persons so suspected, and return them before some justice of the peace, whose duty it shall be, upon proof being made, that there was reasonable ground to suspect such person or persons for being armed, with intent to disturb or commit a breach of the peace, to bind such person or persons in a bond with two or more good and sufficient securities, in a sum of not less than two hundred and fifty dollars, and not exceeding two thousand dollars, conditioned for his or their good behavior and peaceable deportment for the term of twelve months thereafter.

Justices to cause such persons to be arrested. — SEC. 2. If any justice of the peace shall know of his knowledge, or have reasonable cause to suspect, any person or persons of being armed with intent to commit a breach of the peace, it shall be the duty of such justice of the peace, to cause such offender or offenders, to be arrested and immediately brought before him or some other justice for examination, and upon its being satisfactorily made to appear, that such person or persons was armed or about to be armed with intent to commit a breach of the peace, such justice shall bind such offender or offenders in bond and security, as specified in the first section of this act.

...nds, how — SEC. 3. The bonds by this act required to be given, shall be made payable to the chairman of the county court in which the same shall ...cuted, and his successors in office, and shall be filed in the office



1