

DATE DOWNLOADED: Fri Dec 20 10:47:55 2024
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1837 9 .

ALWD 7th ed.
, , 1837 9 .

Chicago 17th ed.
"," Mississippi - Called Session : 9-368

AGLC 4th ed.
'' Mississippi - Called Session 9

OSCOLA 4th ed.
'' 1837 9          Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# LAWS

## OF THE

## STATE OF MISSISSIPPI,

PASSED AT A CALLED SESSION,

OF THE

## LEGISLATURE,

HELD IN THE

CITY OF JACKSON, IN APRIL AND MAY, 1837.

———

JACKSON:
PRINTED BY G. R. FALL.
1837.

288 LAWS OF MISSISSIPPI.

Repeal. § 15. *Be it further enacted,* That all acts and parts of acts relating to the Roman catholic society of christians in the city of Natchez and its vicinity, be, and the same are hereby repealed.

To take effect. § 16. *Be it further enacted,* That this act shall take effect from and be in force, from and after the passage thereof.

Approved, May 13, 1837.

AN ACT to prevent the evil practice of duelling in this state, and for other purposes.

Penalty for fighting or advising to fight a duel. § 1. *Be it enacted by the legislature of the state of Mississippi,* That every person who shall hereafter challenge another to fight a duel, or who shall send, deliver or cause to be delivered any written or verbal message purporting or intended to be such challenge, or who shall accept any such challenge, or message, or who shall knowingly carry or deliver any such challenge or message, or who shall be present at the time of fighting any duel with deadly weapons, either as second, aid, or surgeon, or who shall advise or give assistance to such duel, shall on conviction thereof, before any circuit or criminal court in this state, be fined in a sum of not less than three hundred dollars, nor exceeding one thousand dollars, and shall be imprisoned for a term of time not less than six months.

Challenger or bearer of challenge prohibited from holding office. § 2. *Be it further enacted,* That if any person shall give or accept such challenge, or knowingly carry or deliver such challenge, or the acceptance thereof be second of either party, to any duel, such person shall be in capable of holding, or being

LAWS OF MISSISSIPPI.  289

elected to any post of honor, profit or emolument, civil or military, under the constitution and laws of this state, and the appointment of any such person to office, as also all votes given to any such person for any office, are hereby declared illegal, and none of the votes given to such person for any office under the laws of this state, shall be taken or counted.

§ 3. *Be it further enacted*, That if any person who shall have given or accepted such challenge, or knowingly carried or delivered such challenge, or accepted thereof, or shall have been the second of either party to any such duel, and shall assume to execute the duties of any office under the laws of this state, then all such, his acts and proceedings done under color of his office, shall be absolutely illegal and void. *Official acts of principals and seconds void.*

§ 4. *Be it further enacted*, That if any person shall send, deliver, or cause to be sent or delivered any challenge written or verbal, in this state, to any person to fight a duel, out of this state, or shall leave this state and fight a duel out of the same, or shall accept such challenge out of this state, and shall leave this state for the purpose of eluding the provisions of this act, or if any person shall knowingly bear such challenge, or be concerned as second, aid, or surgeon of either party, without this state, the person so offending shall be deemed as guilty, and shall be subject to the like punishment as is provided in the first and second section of this act, and may be prosecuted and convicted for any offence mentioned in this section, in the circuit or criminal court of any county in this state. *May be prosecuted for aiding in, or fighting duel out of the state.*

§ 5. *Be it further enacted*, That if any person or persons shall be guilty of fighting in *Penalty for fighting in corpo-*

37

290 LAWS OF MISSISSIPPI.

<small>rate town or city.</small> any corporate city or town, or any other town or public place, in this state, and shall in such fight use any rifle, shot gun, sword, sword cane, pistol, dirk, bowie knife, dirk knife, or any other deadly weapon; or if any person shall be second or aid in such fight, the persons so offending shall be fined not less than three hundred dollars, and shall be imprisoned not less than three months; and if any person shall be killed in such fight, the person so killing the other may also be prosecuted and convicted as in other cases of murder.

<small>Certain persons compelled to give evidence.</small> § 6. *Be it further enacted*, That if any person shall offend against any of the provisions of this act, such person shall be a competent witness against any other person offending in the same transaction, and may be compelled to appear and give evidence before any justice of the peace, grand jury or court, in the same manner as other witnesses, but the testimony so given shall not be used in any prosecution or proceeding civil or criminal, against the person so testifying.

<small>Duty of grand jurors, justices, &c.</small> § 7. *Be it further enacted*, That it shall be the duty of all grand jurors, justices of the peace, constables, members of boards of county police, sheriffs, and other peace officers, without delay, to give information against, and prosecute every person who shall be guilty of a violation of any of the provisions of this act, and all costs and expenses they may incur on account of the same, shall be paid on conviction, by the defendant, and if he shall be unable to pay the same, or be acquitted, then such cost and expenses shall be paid out of the state treasury.

<small>Survivor in a duel to</small> § 8. *Be it further enacted*, That if any

duel shall be fought contrary to the provisions of this act, or if any person shall be guilty of fighting in any incorporate town or city, or any other town or public place in this state, and the parties or either of them shall use any rifle, shot gun, sword cane, pistol, dirk, dirk knife, bowie knife, or any other deadly weapon, contrary to the provisions of this act, and either of the parties combatant shall be killed, or shall die within ninety days of any wound received in any such duel or fight, the party surviving shall be, and he is hereby held chargeable with the payment of the debts of his antagonist so killed by him, and the estate of the party so killed shall be exhonerated from the payment of such debts, until the surviving party shall be first duly prosecuted to insolvency, and the person or persons to whom the combatant so killed in such duel, or fight, shall be indebted, may prosecute to judgment and execution any action of debt or assumpsit against such surviving party, which such person could have maintained against such party so killed, and in his declaration it shall be sufficient to set forth in substance the description of the judgment, bill, bond, note, assumpsit, or account, by which the deceased in his life time was indebted to the plaintiff, and to aver that the defendant and the deceased had fought a duel contrary to the provisions of this act, or had fought in an incorporated city or town, or other town or public place in this state, and had in such fight used a rifle, shot gun, sword, sword cane, pistol, dirk, dirk knife, bowie knife, or other deadly weapon, contrary to the meaning and intent of this act, and that in such duel or fight, the defendant had unlawfully killed the deceased, or had

*[marginal note: pay debts of the person he kills.]*

292 LAWS OF MISSISSIPPI.

given the deceased, in such duel or fight, a mortal wound, of which, within ninety days the deceased had died, and that in consideration of which the defendant had become bound to pay to the plaintiff the amount of money mentioned in such judgment, bill, bond, note, assumpsit, or account, and upon proving the same, the said plaintiff shall have verdict, judgment, and execution against the defendant, which shall appear to have been justly due, and owing from the deceased to the plaintiff, at the time of the commencement of such suit, any law usage or custom to the contrary notwithstanding.

Penalty for unlawfully using deadly weapons. § 9. *Be it further enacted*, That if any person having, or carrying any dirk, dirk knife, bowie knife, sword, sword cane, or other deadly weapon, shall, in the presence of three or more persons, exhibit the same in a rude, angry and threatening manner, not in necessary self defence, or shall in any manner unlawfully use the same in any fight or quarrel, the person or persons so offending, upon conviction thereof in the circuit or criminal court of the proper county, shall be fined in a sum not exceeding five hundred dollars, and be imprisoned not exceeding three months.

Duty of circuit judges. § 10. *Be it further enacted*, That it shall be the duty of the judges of the circuit courts to give this act in charge to the grand jury at each term of their respective courts, and that this act shall be in force and take To take effect. effect from and after the fourth day of July, one thousand eight hundred and thirty-seven.

Approved, May 13, 1837.