ase 2:19-cv-00617-KJM-AC   Document 98-3   Filed 10/13/23   Page 61 of 1

 

DATE DOWNLOADED: Thu Apr 20 20:35:00 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1837 9 .

ALWD 7th ed.
, , 1837 9 .

Chicago 17th ed.
"," Mississippi - Called Session : 9-368

AGLC 4th ed.
" Mississippi - Called Session 9

OSCOLA 4th ed.
" 1837 9             Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# LAWS

## OF THE

# STATE OF MISSISSIPPI,

PASSED AT A CALLED SESSION,

OF THE

# LEGISLATURE,

HELD IN THE

CITY OF JACKSON, IN APRIL AND MAY, 1837.

---

JACKSON:
PRINTED BY G. R. FALL.

1837.

LAWS OF MISSISSIPPI. 293

AN ACT to incorporate the town of Sharon, in the county of Madison, and for other purposes.

§ 1. *Be it enacted by the legislature of the state of Mississippi,* That the town of Sharon, in the county of Madison be, and the same is hereby incorporated, and that the corporate limits of said town shall n to the four cardinal points, and form o _ mile and a half square, to be laid off in such manner, so that the centre of the town of Sharon, as at present laid off and surveyed, shall be the centre of the said corporate limits. *[Town of Sharon incorporated]*

§ 2. *Be it further enacted,* That every free white male person having attained the age of twenty-one years, and shall have resided within the corporate limits of said town, four months, and twelve months within this state next preceding an election, for town officers, shall be a qualified elector and eligible to any town office. *[Votes.]*

§ 3. *Be it further enacted,* That the qualified electors of said town, are hereby authorized to hold an election in the town of Sharon, on the first Wednesday in July next, between the hours of ten o'clock, A. M., and four o'clock P. M., for the porpose of electing five persons, as counsellors, a justice, treasurer, recorder, and constable, who shall serve until the first regular annual election, or until their successor shall be elected, and that the annual election shall be held in said town, in some suitable house on or near the public square, on the first Wednesday in January, in each and every year, between the hours of ten o'clock in the morning, and four o'clock in the evening, and that the justice of the peace elected in pursuance of this act, after being commissioned by the governor, shall by virtue of his *[First election.]*

294        LAWS OF MISSISSIPPI.

office, be president of the council, and be entitled to all the emoluments and immunities of other magistrates of said county, and in case of his absence any member of the council may be called to the chair and execute the duties of the president *pro tempore.*

*General powers.* § 4. *Be it further enacted,* That the president and counsellors shall be a body corporate and politic of the town of Sharon, by the name and style of the president and council of the town of Sharon, and as such they and their successors in office shall be capable of suing and being sued, of pleading and being impleaded, of defending and being defended, in all manner of suits and actions either in law or equity, and also receive donations, give, grant, sell, convey and contract, and do any and all other such acts which are incident to bodies corporate and politic.

*By-laws.* § 5. *Be it further enacted,* That the president and council shall have power to pass all necessary by-laws for the good order and government of said town, not inconsistent with the constitution and laws of this state, or the United States, whereby education and morality may be promoted, and the retailing and vending of ardent spirits, gambling and every species of vice and immorality may be suppressed, together with the total inhibition of the odious and savage practice of wearing dirks, bowie knives, or pistols, and in their corporate capacity they may inflict a penalty on any person for a violation of any such by-laws, not exceeding fifty dollars for any offence, recoverable with cost before any justice of the peace for said county, in the name of the president and council, for the use and benefit of said town.

*Officers.* § 6. *Be it further enacted,* That the cor-