

DATE DOWNLOADED: Fri Dec 20 10:50:52 2024
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1854 1 .

ALWD 7th ed.
, , 1854 1 .

Chicago 17th ed.
"," Washington - 1st Session : 1-2

AGLC 4th ed.
" Washington - 1st Session 1

OSCOLA 4th ed.
" 1854 1          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# STATUTES

OF THE

# TERRITORY OF WASHINGTON:

BEING THE CODE PASSED BY THE

# LEGISLATIVE ASSEMBLY,

AT THEIR FIRST SESSION BEGUN AND HELD AT
OLYMPIA, FEBRUARY 27TH, 1854.

ALSO. CONTAINING

THE DECLARATION OF INDEPENDENCE, THE CONTITUTION OF
THE UNITED STATES, THE ORGANIC ACT OF WASHING-
TON TERRITORY. THE DONATION LAWS, &C.. &C.

**PUBLISHED BY AUTHORITY.**

OLYMPIA:
GEO. B. GOUDY, PUBLIC PRINTER.

**1855.**

Digitized from Best Copy Available

Digitized from Best Copy Available

some suitable person may be appointed by the county commissioners to perform the duties of either of said offices : *Provided,* That in case there is no board of county commissioners, the governor may, on notice of such vacancy, create or fill such board.

Sec. 6. Every such person so appointed, in pursuance of either of the last two preceding sections, shall before proceeding to execute the duties assigned them, qualify in the same manner as required by law of the officers in whose place they shall be appointed; and they shall continue to exercise and perform the duties of the office to which they shall be so appointed, until such vacancy shall be regularly supplied as provided by law.

Sec. 7. This act shall be in force and take effect from its passage.

---

## AN ACT RELATIVE TO CRIMES AND PUNISHMENTS, AND PROCEEDINGS IN CRIMINAL CASES.

   I. *Of the rights of persons accused of crimes and offenses.*
  II. *Of offenses against the lives and persons of individuals.*
 III. *Of offenses against property.*
 IV. *Of offenses against public peace.*
  V. *Of offenses against public justice, and by and against public officers.*
 VI. *Of offenses against public policy.*
VII. *Of offenses against morality and decency.*
VII. *Of offenses against public health.*
 IX. *Of principals and accesories.*
  X. *General provisions relative to crimes and punishments.*

I.  OF THE RIGHTS OF PERSONS WHO ARE ACCUSED OF CRIMES AND OFFENSES.

Sec. 1. No person to be tried unless indicted, except before a justice of the peace or court martial.
    2. Rights of the accused on trial, to face witnesses, &c.
    3. No person to be convicted except by jury or on confession.
    4. No person to be tried the second time for the same offense.
    5. When a second trial for the same offense may be had.
    6. Punishment shall not be inflicted without conviction.
    7. Provisions for a speedy trial; when prisoner may be discharged.
    8. All offenses bailable, except murder.
    9. No person to be tried for an offense unless prescribed by statue.
  10. Limitation of prosecutions. Proviso.

Digitized from Best Copy Available

Sec. 9.  No person shall be held liable to answer criminally for any offense, unless prescribed by statute.

Sec. 10.  Prosecutions for the offenses of murder and arson where death ensues, may be commenced at any period after the commission of the offense, or offenses, the punishment of which may be by imprisonment in the penitentiary, within three years after their commission, and for all other offenses within one year after their commission: *Provided*, That any length of time during which the party charged, was not usually and publicly resident within the territory, shall not be reckoned within the one and three years respectively; and further provided, that where a person has been indicted within the period during which the indictment might be found, if the indictment be quashed, the time of limitation shall be computed from the quashing of such indictment.

## II.  OF OFFENSES AGAINST THE LIVES AND PERSONS OF INDIVIDUALS.

Sec.  11.  Felony defined ; what are misdemeanors.
     12.  Murder defined.
          Pardoning power not prevented.
     13.  Murder in the second degree defined.
          Punishment.
     14.  The survivor in a duel guilty of murder in the second degree.
     15.  Duels fought without the territory, deemed within when the appointment is so made.
     16.  Manslaughter defined.
     17.  Assisting self-murder deemed manslaughter.
     18.  Endangering the lives of passengers on vessels deemed manslaughter.
     19.  When captain, engineer, or other person on a steamboat deemed guilty of manslaughter.
     20.  Second in a duel guilty of manslaughter.
     21.  Punishment for manslaughter.
     22.  Punishment for engaging in a duel.
     23.  Punishment for carrying or accepting a challenge ; being present at, encouraging, or promoting a duel.
     24.  Punishment for giving poison when not fatal.
     25.  Punishment for poisoning food, drink, spring or well.
     26.  Malicious mayhem and punishment therefor.
     27.  Assault and battery with malicious intent.
          Punishment therefor.
     28.  Punishment for assault and battery when the offender has a pistol.
     29.  Assault and battery.
          Punishment therefor.
     30.  Punishment for exhibiting a dangerous weapon.
     31.  Punishment for attempting to commit murder not by assault and battery.
     32.  Simple mayhem.
          Punishment therefor.
     33.  Rape ; punishment therefor.
          Evidence of the crime.
     34.  Robbery.
          Punishment therefor.

Digitized from Best Copy Available

78                                    LAWS OF WASHINGTON.

35.  Kidnapping.
     Punishment therefor.                                                    :
36.  Offenses mentioned in the preceding section may be tried where the offender
     is taken.
     When the consent of the person taken shall be considered a defense.
37.  Punishment for destroying a child in the womb or at its birth.
38.  Punishment for causing a miscarriage.
39.  Extortion of money &c., punished.

Sec. 11.   All offenses which may be punishable by imprisonment in the penitentiary, are felonies ; and all other offenses are misdemeanors.

Sec. 12.   Every person who shall purposely, and of deliberate and premeditated malice, or in the perpetration, or attempt to perpetrate, any rape, arson, robbery or burglary, or by administering poison, or causing the same to be done, kill another, every such person shall be deemed guilty of murder in the first degree, and upon conviction thereof shall suffer death. But this shall in no case prevent the exercise of the pardoning power of the governor, or the authority to commute the punishment from that of death to imprisonment for life.

Sec. 13.   Every person who shall purposely and maliciously, but without deliberation and premeditation, kill another, every such person shall be deemed guilty of murder in the second degree, and upon conviction thereof, shall be imprisoned in the penitentiary, for a term of not less than ten, nor more than twenty years, and kept at hard labor.

Sec. 14.   If either party to a duel be killed, the survivor shall be deemed guilty of murder in the second degeee.

Sec 15.   If any person shall by previous appointment made within, fight a duel without this territory, and in so doing shall inflict a mortal wound upon any person, whereof the person so injured, shall die, such person so offending shall be deemed guilty of murder in the second degree, within any county in this territory.

Sec. 16.   Every person who shall unlawfully kill any human being without malice express or implied, either voluntarily upon a sudden heat, or involuntarily, but in the commission of some unlawful act, such person shall be deemed guilty of manslaughter.

Sec. 17.   Every person deliberately assisting another in the commission of self-murder, shall be deemed guilty of manslaughter.

Sec. 18.   Any person navigating any boat or vessel for gain, who shall wilfully or negligently receive so many passengers, or such a quantity of other lading, that, by means thereof, such boat or vessel shall sink or overset, and thereby any human being shall be drowned or otherwise killed, shall be deemed guilty of manslaughter.

Sec. 19.   If the captain, or any other person having charge of any steamboat used for the conveyance of passengers, or if the engineer or

Digitized from Best Copy Available

other person having charge of the boiler of such boat, or of any other apparatus for the generation of steam, shall, from ignorance or gross neglect, or for the purpose of excelling any other boat in speed, create, or allow to be created, such an undue quantity of steam as to burst or break the boiler or other apparatus in which it shall be generated, or any apparatus or machinery connected therewith, by which bursting or breaking any person shall be killed, every such captain, engineer, or other person, shall be deemed guilty of manslaughter.

SEC. 20.   Any person who shall be present at a duel as a second, when either party thereto shall be killed, or a mortal wound inflicted, and whereof death shall ensue, shall be deemed guilty of manslaughter.

SEC. 21.   Any person convicted of manslaughter shall be punished by imprisonment in the penitentiary, not less than one year, nor more than twenty years, and shall be fined in any sum not exceeding five thousand dollars.

SEC. 22.   Every person who shall engage in a duel with any deadly weapon, although no homicide ensue, or shall challenge another to fight a duel, or shall send or deliver any written or verbal message, purporting or intending to be such challenge, although no duel ensue, shall be imprisoned, on conviction thereof, in the penitentiary, not more than ten years, nor less than one year.

SEC. 23.   Every person who shall accept such challenge, or who shall knowingly carry or deliver any such challenge or message, whether a duel ensue or not, and every person who shall be present at the fighting of a duel with deadly weapons, as an aid, or second, or who shall advise, encourage, or promote such duel, shall on conviction thereof, be imprisoned in the penitentiary, not more than five years, nor less than six months.

SEC. 24.   Every person who shall administer, or procure to be administered, any poison to any other human being, with intent to kill the person to whom the same shall be administered, if death do not ensue, upon conviction thereof, shall be imprisoned in the penitentiary not more than twenty years, nor less than two years.

SEC. 25.   Every person who shall mingle poison with any food, drink, or medicine, with intent to injure any human being, or who shall poison any spring, well, or reservoir of water, with such intent, shall, upon conviction thereof, be imprisoned in the penitentiary not more than fourteen years, nor less than one year.

SEC. 26.   Every person who on purpose, and of malice aforethought, shall unlawfully disable the tongue, put out an eye, cut or bite off the nose, ear, lip, or other member of any person, with intent to disfigure or disable such person, shall be deemed guilty of malicious mayhem, and upon conviction thereof, shall be imprisoned in the penitentiary not more than fourteen

Digitized from Best Copy Available

80                        LAWS OF WASHINGTON.

years, nor less than one year, and be fined in any sum not exceeding one thousand dollars.

SEC. 27. Every person who shall perpetrate, or attempt to perpetrate, an assault, or an assault and battery, with intent to commit murder, manslaughter, mayhem, rape, robbery, burglary, or kidnapping, shall, on conviction thereof, be imprisoned in the penitentiary not more than fourteen years, nor less than one year ; or be imprisoned in the county jail not more than one year, or less than six months, and be fined in any sum not exceeding one thousand dollars.

SEC. 28. Every person who shall assault and beat another with a cowhide or whip, having with him at the time a pistol, or other deadly weapon, shall on conviction thereof, be imprisoned in the county jail not more than one year, nor less than three months, and be fined in any sum not exceeding one thousand dollars.

SEC. 29. Every person who in a rude, insolent, and angry manner, shall unlawfully touch, strike, beat, or wound another, shall be deemed guilty of an assault and battery, and upon conviction thereof, shall be fined in any sum not exceeding one thousand dollars, to which may be added imprisonment not exceeding six months in the county jail.

SEC. 30. Every person who shall, in a rude, angry, or threatening manner, in a crowd of two or more persons, exhibit any pistol, bowie knife, or other dangerous weapon, shall on conviction thereof, be imprisoned in the county jail not exceeding one year, and be fined in any sum not exceeding five hundred dollars.

SEC. 31. Every person who shall attempt to commit the crime of murder by drowning or strangling another person, or by any means not constituting an assault with intent to commit murder, shall on conviction thereof, be imprisoned in the penitentiary not more than ten years, nor less than one year.

SEC. 32. Every person who shall violently and unlawfully deprive another of the use of any bodily member, or who shall unlawfully and wilfully, disable the tongue or eye, or bite the nose, ear or lip, of another, shall be deemed guilty of simple mayhem, and on conviction thereof, shall be imprisoned in the county jail not more than one year, nor less than one month, and be fined in any sum not exceeding two thousand dollars, or fined only.

SEC. 33. Every person who shall unlawfully have carnal knowledge of a woman against her will, or of a female child under twelve years of age, shall be deemed guilty of a rape, and upon conviction thereof, shall be imprisoned in the penitentiary not more than thirty years, nor less than one year, and in prosecutions for such offence, proof of penetration shall be sufficient evidence of the commission thereof.

Digitized from Best Copy Available

LAWS OF WASHINGTON.                    81

. Sec. 34.  Every person who shall forcibly and feloniously take from the person of another, any article of value, by violence or putting in fear, shall be deemed guilty of robbery, and upon conviction thereof, shall be imprisoned in the penitentiary not more than fourteen years, nor less than two years, and be fined in any sum not exceeding one thousand dollars.

. Sec. 35.  Every person who shall steal and take, or forcibly and unlawfully arrest any person, and convey such person to parts without the territory of Washington, or aid, or abet therein, or who shall forcibly and unlawfully, take or assist, or aid, or abet, in forcibly and unlawfully taking or arresting any person, with intent to take such person to parts without said territory, without having first established a claim upon the services of such person, according to the laws of this territory, or of the United States, shall be deemed guilty of kidnapping, and upon conviction thereof, shall be imprisoned in the penitentiary not more than fourteen years, nor less than one year, and be fined not more than five thousand dollars, nor less than one hundred dollars.

Sec. 36.  Every offense mentioned in the preceding section may be tried either in the county in which the same may have been committed, or in any county in, or to which the person so seized, taken, inveigled, kidnapped or sold, or whose services shall be so sold or transferred, shall have been taken, confined, held, carried or brought ; and upon the trial of any such offense, the consent thereto of the person so taken, inveigled, kidnapped or confined, shall not be a defense, unless it shall be made satisfactorily to appear to the jury that such consent was not obtained by fraud, nor extorted by duress or by threats.

Sec. 37.  Every person who shall administer to any woman pregnant with a quick child, any medicine, drug, or substance whatever, or shall use or employ any instrument, or other means, with intent thereby to destroy such child, unless the same shall have been necessary to preserve the life of such mother, shall, in case the death of such child or of such mother be thereby produced, on conviction thereof, be imprisoned in the penitentiary not more than twenty years, nor less than one year.

Sec. 38.  Every person who shall administer to any pregnant woman, or to any woman who he supposes to be pregnant, any medicine, drug, or substance whatever, or shall use or employ any instrument, or other means, thereby to procure the miscarriage of such woman, unless the same is necessary to preserve her life, shall on conviction thereof, be imprisoned in the penitentiary not more than five years, nor less than one year, or be imprisoned in the county jail not more than twelve months, nor less than one month, and be fined in any sum not exceeding one thousand dollars.

Sec. 39.  If any person, either verbally or by any written, or printed

11

Digitized from Best Copy Available

82                    LAWS OF WASHINGTON.

communication, shall maliciously threaten any injury to the person or property of another, with intent thereby to extort money or any pecuniary advantage whatever, or to control the person so threatened, to do any act against his will, he shall upon conviction thereof, be imprisoned in the county jail not more than one year, nor less than one month, or be fined in any sum not exceeding five hundred dollars, nor less than one hundred dollars.

### III.   OF OFFENCES AGAINST PROPERTY.

SEC. 40. Arson; punishment therefor; when it is murder.
    41. Malicious burning of property; punishment for.
    42. Punishment for burning one's own property when damage ensues to another; when it is murder.
    43. Three preceding sections shall exteend to married women.
    44. Burglary; punishment for.
    45. Grand larceny; punishment therefor.
    46. Petit larceny; punishment therefor.
    47. What shall be considered personal property.
    48. Punishment for false marking, branding or altering, &c., another's animal, with intent to steal.
    49. Punishment for buying or receiving stolen goods.
    50. In prosecutions for receiving stolen goods, it is not necessary to prove the party stealing has been convicted.
    51. Stolen property must be returned to the owner; duty of the officer making arrest.
    52. Recompense to the prosecutor and officer in a suit for larceny, &c.
    53. When receiving property under false pretenses, is considered larceny; punishment therefor.
    54. Obtaining money or goods under false pretense; punishment therefor.
    55. When embezzlement is deemed larceny; punishment therefor.
    56. Punishment for making false receipts, &c.
    57. Forgery defined; punishment therefor.
    58. Counterfeiting defined; punishment therefor.
    59. Where intent to defraud constitutes the offenses, it is not necessary to name in the indictment, the person.
    60. Forcible entry and detainer defined; fine therefor.
    61. Malicious trespess; fine therefor.
    62. Altering boundary; punishment therefor.
    63. Burning woods, wilfully or negligently, punished.

SEC. 40.   Every person who shall wilfully and maliciously set fire to the dwelling house, barn, stable, out house, ship, steamboat, or other vessel or any water craft, mill, milk house, banking house, distillery, manufactory, mechanic's or artificer's shop, store house, building, or room occupied as a shop or an office for professional business, or printing office of another, any public bridge, court house, jail, market house, seminary or college edifice, or building thereto belonging, or other public buildings of the value of five dollars, shall be deemed guilty of arson, and, upon conviction thereof, shall be imprisoned in the penitentiary not more than ten years, nor less than one year; or in the county jail not more than six months, nor less than one month, and be fined in any sum not exceeding one thousand dollars; and

Digitized from Best Copy Available