ase 2:19-cv-00617-KJM-AC   Document 98-3   Filed 10/13/23   Page 94 of 1




DATE DOWNLOADED: Wed Oct 11 16:15:05 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
William B. Webb. Laws of the Corporation of the City of Washington, Digested and Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City Councils (1868).

ALWD 7th ed.
Webb, William B. Ls of the Corporation of the City of Washington, Digested & Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City Councils (1868).

APA 7th ed.
Webb, W. (1868). Laws of the Corporation of the City of Washington, Digested and Arranged, under Appropriate Heads in Accordance with Joint Resolution of the City Councils. Washington, Printed by R.A. Waters.

Chicago 17th ed.
Webb William B. Laws of the Corporation of the City of Washington, Digested and Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City Councils. Washington, Printed by R.A. Waters.

McGill Guide 9th ed.
William B. Webb, Ls of the Corporation of the City of Washington, Digested & Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City Councils (Washington: Printed by R.A. Waters., 1868)

AGLC 4th ed.
William B. Webb, Laws of the Corporation of the City of Washington, Digested and Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City Councils (Printed by R.A. Waters., 1868

MLA 9th ed.
Webb, William B. Laws of the Corporation of the City of Washington, Digested and Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City Councils. Washington, Printed by R.A. Waters. HeinOnline.

OSCOLA 4th ed.
Webb, William B. Laws of the Corporation of the City of Washington, Digested and Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City Councils. Washington, Printed by R.A. Waters.        Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*

418                                    WEAPONS, DANGEROUS.

Same, § 3.   necessary, a clerk, whose pay shall be at the rate of ninety dollars per month while so employed, payable out of the Water Fund.

NOTE.—By an ordinance approved August 19, 1859, or about that time, the Mayor was "authorized to purchase for the use of the Corporation, as a place of deposit and safe keeping for the materials used for the distribution of Potomac water throughout the city, the eastern half of lot 5, in square 382." This is the lot upon which the Central Guard House is erected; and in the same ordinance there is a provision for the erection of this building, with a room on its first floor for the Water Purveyor, in which to receive, inspect, and test materials, &c. There is no longer such an officer as the Water Purveyor, nor does the compiler of this Digest know to what extent either the Guard House or the pipe-yard are now used for the purposes of this ordinance; but it is thought proper to insert this information here in connection with the subject of the Potomac water.

## WEAPONS, (DANGEROUS.)

Unlawful to carry concealed weapons.

Act of Nov. 18, 1858,

Penalty.

1. It shall not be lawful for any person or persons to carry or have concealed about their persons any deadly or dangerous weapons, such as dagger, pistol, bowie knife, dirk knife, or dirk, colt, slungshot, or brass or other metal knuckles within the City of Washington; and any person or persons who shall be duly convicted of so carrying or having concealed about their persons any such weapon shall forfeit and pay upon such conviction not less than twenty dollars nor more than fifty dollars; which fines shall be prosecuted and recovered in the same manner as other penalties and forfeitures accruing to the city are sued for and recovered: *Provided*, That the Police officers when on duty shall be exempt from such penalties and forfeitures.