

DATE DOWNLOADED: Fri Dec 20 10:52:32 2024
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1859 1 .

ALWD 7th ed.
, , 1859 1 .

Chicago 17th ed.
"," Washington - 7th Regular Session : 1-2


AGLC 4th ed.
" Washington - 7th Regular Session 1

OSCOLA 4th ed.
" 1859 1          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# ACTS

OF THE

# LEGISLATIVE ASSEMBLY

OF THE

# TERRITORY OF WASHINGTON;

CONTAINING, ALSO, THE

# MEMORIALS AND RESOLUTIONS

PASSED AT THE SEVENTH REGULAR SESSION, BEGUN AND HELD AT
OLYMPIA, DECEMBER 5, 1859.

**PUBLISHED BY AUTHORITY.**

OLYMPIA:
EDWARD FURSTE, PUBLIC PRINTER.
**1860.**

102                          CIVIL PRACTICE ACT.

ner of any such defendant, or any person interested in such property, subjecting the same to the payment of the debts of the co-partnership.

SEC. 494.    Any party having a judgment upon any justice's docket, upon which an execution has been returned unsatisfied, and no property found, may take a transcript of such judgment and return to the clerk of the district court embracing his county, and upon making an affidavit that the defendant has real estate in any county of said district, subject to execution, the clerk shall enter the judgment in the execution docket, in the same manner as judgments of the district court, and thereafter it shall stand, and execution be issued thereon, as upon the judgment of the district court.    A transcript thereof, or a copy of the execution issued thereupon, shall, as in other judgments, be recorded by the county auditor, and remain a lien upon real estate in the county where so recorded.

## CHAPTER L.

### OF CONSTRUCTION.

SEC. 495.    Each district to be held to be but one county, and in this act the words
            district or county may be rendered county or district.
            The powers of county officers not extended, &c.
      496.    Term indicating an officer, how construed.
      497.    Construction of words importing number and gender.
      498.    Actions already commenced to conform to this act, as far as practicable.
      499.    This act to be liberally construed.
      500.    Repealing clause.

SEC. 495.    For all necessary purposes connected with the district court, each district shall be considered and held to be but one county; and whenever in this act the words district or county occur, the same may be rendered county or district, as may be necessary to conform the practice of the courts to the act of Congress, approved August 16, 1856: *Provided*, That nothing herein contained shall be construed to confer jurisdiction upon county officers, or extend their powers beyond the limits of their counties.

SEC. 496.    Whenever any term indicating an officer is used, it shall be construed, when required, to mean any person authorized by law to discharge the duties of such officer.

SEC. 497.    Words importing the singular number only, may also be applied to the plural of persons and things, and words importing the masculine gender only, may be extended to females also.

SEC. 498.    In actions already commenced, the pleadings to be had to form issues, the manner of procuring testimony, the examination of

CRIMINAL PRACTICE ACT.                                103

parties, the trial and rendition of judgment, and all other proceedings, shall conform to the provisions of this act, as far as practicable.

SEC. 499.   The provisions of this act shall be liberally construed, and shall not be limited by any rule of strict construction.

SEC. 500.   The act of the first legislative assembly, entitled "an act to regulate the practice and proceedings in civil actions," and the amendatory acts thereto, passed January 27th, 1857, and all laws and parts of laws inconsistent herewith, be, and the same are hereby repealed, but the repeal thereof shall not revive any former act; and this act is hereby declared as the code of practice in civil actions in the district courts of this territory, and all rights of action secured by existing laws, may be prosecuted in the manner prescribed herein.

Passed January       1860.

# AN ACT

RELATIVE TO CRIMES AND PUNISHMENT, AND PROCEEDINGS IN CRIMINAL CASES.

CHAPTER       I—*Of the rights of persons who are accused of crimes and offenses.*

"            II—*Of offenses against the lives and persons of individuals.*

"            III—*Of offenses against property.*

"            IV—*Of offenses against public peace.*

"            V—*Of offenses against public justice, and by and against public officers.*

"            VI—*Of offenses against public policy.*

"            VII—*Of offenses against morality and decency.*

"            VIII—*Of offenses against public health.*

"            IX—*Of principals and accessories.*

"            X—*Of fines.*

"            XI—*General provisions relative to crimes and punishments.*

"            XII—*Of search warrants and proceedings thereon.*

"            XIII—*Demanding fugitives from justice.*

104                           CRIMINAL PRACTICE ACT.

C H 'A ·P T E R  XIV—*Proceedings to prevent the commission of crimes.*
   "    XV—*Of examination of offenders, commitment for trial, and taking bail.*
   "     XVI—*Of the grand jury.*
   "    XVII—*Of indictments.*
   "   XVIII—*Of proceedings before trial.*
   "     XIX—*Of the docket.*
   "     XX—*Of the arraignment of the defendant.*
   "    XXI—*Of witnesses and evidence.*
   "    XXII—*Of venue.*
   "   XXIII—*Of trials.*
   "   XXIV—*Of new trials and arrest of judgment.*
   "    XXV—*Of judgments and executions.*
   "   XXVI—*Of suits of error and appeals.*
   "   XXVII—*Miscellaneous provisions.*

## CHAPTER I.

OF THE RIGHTS OF PERSONS WHO ARE ACCUSED OF CRIMES AND OFFENSES.

SEC. 1. No person to be held to answer for a crime unless upon indictment, except before justice of peace or court martial.
 2. Rights of the accused party, on trial.
 3. Mode of conviction.
 4. No person held to answer second indictment for offense of which he has been acquitted by jury.
 5. Technical acquittal not a bar to a new indictment, except in capital offense.
 6. A legal conviction to precede punishment.
 7. Term at which person imprisoned on indictment may be tried. Shall be bailed or discharged; how and when.
 8. Cases in which accused may be bailed—justification and rights of bail.
 9. What offenses may be indicted in district court.
 10. Certain prosecutions may be commenced at any period after offense. Others within one and three years. Proviso as to time that party was not resident in territory, and when indictment quashed.

SEC. 1.  *Be it enacted by the Legislative Assembly of the Territory of Washington,* That no person shall be held to answer in any court for an alleged crime or offense unless upon indictment by a grand jury, except in proceedings before a justice of the peace, or before court martial.

SEC. 2.  On the trial of any indictment, the party accused shall have the right to be heard by himself or counsel, to meet the witnesses produced against him face to face, and he shall have the right to produce witnesses and proofs in his favor, and have compulsory process to compel the attendance of witnesses in his behalf, and to a speedy public trial by an impartial jury.

106          CRIMINAL PRACTICE ACT.

and three years respectively; and further provided, that where a person has been indicted within the period during which the indictment might be found, if the indictment be quashed, the time of limitation shall be computed from the quashing of such indictment.

# CHAPTER II.

## OF OFFENSES AGAINST THE LIVES AND PERSONS OF INDIVIDUALS.

SEC. 11.  Felony and misdemeanor, defined.
12.  Murder in first degree defined—punishment.
    Pardoning power not prevented.
13.  Murder in second degree, defined—punishment.
14.  Killing in duel, murder in second degree.
15.  Killing in duel out of Territory, when previous appointment made within, murder in second degree.
16.  Manslaughter defined.
17.  Assisting self-murderer, deemed manslaughter.
18.  Loss of life on boats or vessels, when deemed manslaughter.
19.  Loss of life on steamboats, when deemed manslaughter.
20.  Second in duel where death ensues, guilty of manslaughter.
21.  Manslaughter, how punished.
22.  Engaging in duel, challenging, &c., how punished.
23.  Accepting or carrying challenge, how punished.
24.  Attempt to murder, by poisoning, how punished.
25.  Attempt to murder by poisoning food, water, &c., how punished.
26.  Mayhem [malicious] defined, how punished.
27.  Assault, or assault and battery with malicious intent, how punished.
28.  Assault, &c., when the offender has a pistol, &c., how punished.
29.  Assault and battery defined, how punished.
30.  Exhibiting dangerous weapon, when and how punished.
31.  Attempt to murder, not by assault, how punished.
32.  Mayhem (simple) defined, how punished.
33.  Rape, defined—what sufficient evidence; punishment.
34.  Robbery, defined; punishment.
35.  Kidnapping, defined; punishment.
36.  County in which preceding offense may be tried.
    Consent of person taken, no defense; when.
37.  Administering drugs, &c. to pregnant woman, with intent to destroy child, when and how punished.
38.  Administering drugs to procure miscarriage of woman, when and how punished.
39.  Extortion of money, &c., how punished.

SEC. 11.  All offenses which may be punishable by imprisonment in the penitentiary, are felonies; and all other offenses are misdemeanors.

SEC. 12.  Every person who shall purposely, and of deliberate and premeditated malice, or in the perpetration, or attempt to perpetrate, any rape, arson, robbery or burglary, or by administering poison, or causing the same to be done, kill another, every such person shall be deemed

guilty of murder in the first degree, and upon conviction thereof shall suffer death. But this shall in no case prevent the exercise of the pardoning power of the governor, or the authority to commute the punishment from that of death to imprisonment for life.

SEC. 13. Every person who shall purposely and maliciously, but without deliberation and premeditation, kill another, every such person shall be deemed guilty of murder in the second degree, and upon conviction thereof, shall be imprisoned in the penitentiary, for a term of not less than ten, nor more than twenty years, and kept at hard labor.

SEC. 14. If either party to a duel be killed, the survivor shall be deemed guilty of murder in the second degree.

SEC. 15. If any person shall, by previous appointment made within, fight a duel without this territory, and in so doing shall inflict a mortal wound upon any person, whereof the person so injured shall die, such person so offending shall be deemed guilty of murder in the second degree, within any county in this territory.

SEC. 16. Every person who shall unlawfully kill any human being without malice express or implied, either voluntarily upon a sudden heat, or involuntarily, but in the commission of some unlawful act, such person shall be deemed guilty of manslaughter.

SEC. 17. Every person deliberately assisting another in the commission of self-murder, shall be deemed guilty of manslaughter.

SEC. 18. Any person navigating any boat or vessel for gain, who shall wilfully or negligently receive so many passengers, or such a quantity of other lading, that, by means thereof, such boat or vessel shall sink or overset, and thereby any human being shall be drowned or otherwise killed, shall be deemed guilty of manslaughter.

SEC. 19. If the captain, or any other person having charge of any steamboat used for the conveyance of passengers, or if the engineer or other person having charge of the boiler of such boat, or of any other apparatus for the generation of steam, shall, from ignorance or gross neglect, or for the purpose of excelling any other boat in speed, create, or allow to be created, such an undue quantity of steam as to burst or break the boiler or other apparatus in which it shall be generated, or any apparatus or machinery connected therewith, by which bursting or breaking any person shall be killed, every such captain, engineer, or other person, shall be deemed guilty of manslaughter.

SEC. 20. Any person who shall be present at a duel as second, when either party thereto shall be killed, or a mortal wound inflicted, and whereof death shall ensue, shall be deemed guilty of manslaughter.

SEC. 21. Any person convicted of manslaughter shall be punished

108          CRIMINAL PRACTICE ACT.

by imprisonment in the penitentiary, not less than one year, nor more than twenty years, and shall be fined in any sum not exceeding five thousand dollars.

SEC. 22.    Every person who shall engage in a duel with any deadly weapon, although no homicide ensue, or shall challenge another to fight a duel, or shall send or deliver any written or verbal message, purporting or intending to be such challenge, although no duel ensue, shall be imprisoned, on conviction thereof, in the penitentiary, not more than ten years, nor less than one year.

SEC. 23.    Every person who shall accept such challenge, or who shall knowingly carry or deliver any such challenge or message, whether a duel ensue or not, and every person who shall be present at the fighting of a duel with deadly weapons, as an aid, or second, or who shall advise, encourage, or promote such duel, shall, on conviction thereof, be imprisoned in the penitentiary, not more than five years nor less than six months.

SEC. 24.    Every person who shall administer, or procure to be administered, any poison to any other human being, with intent to kill the person to whom the same shall be administered, if death do not ensue, upon conviction thereof, shall be imprisoned in the penitentiary not more than twenty years nor less than two years.

SEC. 25.    Every person who shall mingle poison with any food, drink or medicine, with the intent to injure any human being, or who shall poison any spring, well or reservoir of water, with such intent, shall, upon conviction thereof, be imprisoned in the penitentiary not more than fourteen years nor less than one year.

SEC. 26.    Every person who on purpose, and of malicious aforethought, shall unlawfully. disable the tongue, put out an eye, cut or bite off the nose, ear, lip, or other member of any person, with intent to disfigure or disable such person, shall be deemed guilty of malicious mayhem, and upon conviction thereof, shall be imprisoned in the penitentiary not more than fourteen years nor less than one year, and be fined in any sum not exceeding one thousand dollars.

SEC. 27.    Every person who shall perpetrate, or attempt to perpetrate, an assault, or an assault and battery, with intent to commit murder, manslaughter, mayhem, rape, robbery, burglary, or kidnapping, shall, on conviction thereof, be imprisoned in the penitentiary not more than fourteen years nor less than one year, or be imprisoned in the county jail not more than one year or less than six months, and be fined in any sum not exceeding one thousand dollars.

SEC. 28.    Every prison who shall assault and beat another with a cowhide or whip, having with him at the time a pistol or other deadly

weapon, shall, on conviction thereof, be imprisoned in the county jail not more than one year nor less than three months, and be fined in any sum not exceeding one thousand dollars.

SEC. 29.  Every person who in a rude, insolent and angry manner, shall unlawfully touch, strike, beat or wound another, shall be deemed guilty of an assault and battery, and upon conviction thereof, shall be fined in any sum not exceeding one thousand dollars, to which may be added imprisonment not exceeding six months in the county jail.

SEC. 30.  Every person who shall, in a rude, angry or threatening manner, in a crowd of two or more persons, exhibit any pistol, bowie knife or other dangerous weapon, shall, on conviction thereof, be imprisoned in the county jail not exceeding one year, and be fined in any sum not exceeding five hundred dollars.

SEC. 31.  Every person who shall attempt to commit the crime of murder by drowning or strangling another person, or by any means not constituting an assault with intent to commit murder, shall, on conviction thereof, be imprisoned in the penitentiary not more than ten years nor less than one year.

SEC. 32.  Every person who shall violently and unlawfully deprive another of the use of any bodily member, or who shall unlawfully and wilfully disable the tongue or eye, or bite the nose, ear or lip of another, shall be deemed guilty of simple mayhem, and, on conviction thereof, shall be imprisoned in the county jail not more than one year nor less than one month, and be fined in any sum not exceeding two thousand dollars, or fined only.

SEC. 33.  Every person who shall unlawfully have carnal knowledge of a woman against her will, or of a female child under twelve years of age, shall be deemed guilty of a rape, and, upon conviction thereof, shall be imprisoned in the penitentiary not more than thirty years nor less than one year, and in prosecutions for such offense, proof of penetration shall be sufficient evidence of the commission thereof.

SEC. 34.  Every person who shall forcibly and feloniously take from the person of another any article of value, by violence or putting in fear, shall be deemed guilty of robbery, and, upon conviction thereof, shall be imprisoned in the penitentiary not more than fourteen years nor less than two years, and be fined in any sum not exceeding one thousand dollars.

SEC. 35.  Every person who shall steal and take, or forcibly and unlawfully arrest any person, and convey such person to parts without the territory of Washington, or aid or abet therein, or who shall forcibly and unlawfully take or assist, or aid or abet, in forcibly and unlawfully taking or arresting any person, with intent to take such person to parts without

110                    CRIMINAL PRACTICE ACT.

said territory, without having first established a claim upon the services of such perso, according to the laws of this territory or of the United States, shall be deemed guilty of kidnapping, and upon conviction thereof, shall be imprisoned in the penitentiary not more than fourteen years nor less than one year, and be fined not more than five thousand dollars nor less than one hundred dollars.

SEC. 36. Every offense mentioned in the preceding section may be tried either in the county in which the same may have been committed, or in any county in or to which the person so seized, taken, inveigled, kidnapped or sold, or whose services shall be sold or transferred, shall have been taken, confined, held, carried or brought; and upon the trial of any such offense, the consent thereto of the person so taken, inveigled, kidnapped or confined, shall not be a defense, unless it shall be made satisfactorily to appear to the jury that such consent was not obtained by fraud, nor extorted by duress or by threats.

SEC. 37. Every person who shall administer to any woman pregnant with a quick child, any medicine, drug or substance whatever, or shall use or employ any instrument, or other means, with intent thereby to destroy such child, unless the same shall have been necessary to preserve the life of such mother, shall, in case the death of such child or of such mother be thereby produced, on conviction thereof, be imprisoned in the penitentiary not more than twenty years, nor less than one year.

SEC. 38. Every person who shall administer to any pregnant woman, or to any woman who he supposes to be pregnant, any medicine, drug, or substance whatever, or shall use or employ any instrument, or other means, thereby to procure the miscarriage of such woman, unless the same is necessary to preserve her life, shall, on conviction thereof, be imprisoned in the penitentiary not more than five years, nor less than one year, or be imprisoned in the county jail not more than twelve months, nor less than one month, and be fined in any sum not exceeding one thousand dollars.

SEC. 39. If any person, either verbally or by any written or printed communication, shall maliciously threaten any injury to the person or property of another, with intent thereby to extort money or any pecuniary advantage whatever, or to control the person so threatened, to do any act against his will, he shall, upon conviction thereof, be imprisoned in the county jail not more than one year, nor less than one month, or be fined in any sum not exceeding five hundred dollars, nor less than one hundred dollars.