

DATE DOWNLOADED: Fri Dec 20 10:54:54 2024
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Coles Bashford, Compiler. Compiled Laws of the Territory of Arizona, including the Howell Code and the Session Laws from 1864 to 1871, Inclusive (1871).

ALWD 7th ed.
Bashford, Coles, Compiler. Compiled Ls of the Territory of Arizona, including the Howell Code & the Session Ls from 1864 to 1871, Inclusive (1871).

APA 7th ed.
Bashford, C. (1871). Compiled Laws of the Territory of Arizona, including the Howell Code and the Session Laws from 1864 to 1871, Inclusive. Albany, N.Y., Weed, Parsons and Co.

Chicago 17th ed.
Bashford Coles, Compiler. Compiled Laws of the Territory of Arizona, including the Howell Code and the Session Laws from 1864 to 1871, Inclusive. Albany, N.Y., Weed, Parsons and Co.

McGill Guide 9th ed.
Coles Bashford, Compiler, Compiled Ls of the Territory of Arizona, including the Howell Code & the Session Ls from 1864 to 1871, Inclusive (Albany, N.Y.: Weed, Parsons and Co., 1871)

AGLC 4th ed.
Coles Bashford, Compiler, Compiled Laws of the Territory of Arizona, including the Howell Code and the Session Laws from 1864 to 1871, Inclusive (Weed, Parsons and Co., 1871

MLA 9th ed.
Bashford, Coles, Compiler. Compiled Laws of the Territory of Arizona, including the Howell Code and the Session Laws from 1864 to 1871, Inclusive. Albany, N.Y., Weed, Parsons and Co. HeinOnline.

OSCOLA 4th ed.
Bashford, Coles, Compiler. Compiled Laws of the Territory of Arizona, including the Howell Code and the Session Laws from 1864 to 1871, Inclusive. Albany, N.Y., Weed, Parsons and Co.    Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

# THE COMPILED LAWS

OF THE

# TERRITORY OF ARIZONA,

INCLUDING THE

## HOWELL CODE AND THE SESSION LAWS

From 1864 to 1871, inclusive,

TO WHICH IS PREFIXED THE CONSTITUTION OF THE UNITED
STATES, THE MINING LAW OF THE UNITED STATES,
AND THE ORGANIC ACTS OF THE TERRITORY
OF ARIZONA AND NEW MEXICO.

COMPILED BY
## COLES BASHFORD.

ALBANY, N. Y.:
WEED, PARSONS AND COMPANY, PRINTERS.
1871.

## CHAPTER X.

### *Of Crimes and Punishments.*

#### FIRST DIVISION.

##### *Persons capable of Committing Crime.*

SECTION 1. In every crime or public offense there must be a union or joint operation of act and intention, or criminal negligence.

SEC. 2. Intention is manifested by the circumstances connected with the perpetration of the offense, and the sound mind and discretion of the person accused.

SEC. 3. A person shall be considered of sound mind who is neither an idiot nor lunatic, nor affected with insanity, and who hath arrived at the age of fourteen years; or before that age, if such person know the distinction between good and evil.

SEC. 4. An infant under the age of fourteen years shall not be found guilty of any crime.

, SEC. 5. An idiot shall not be found guilty or punished for any crime with which he or she may be charged.

SEC. 6. Any person counseling, advising, or encouraging an infant under the age of fourteen years, a lunatic, or idiot, to commit any offense shall be prosecuted for such offense, when committed, as principal, and if found guilty shall suffer the same punishment that would have been inflicted on such person counseling, advising, or encouraging as aforesaid, had he or she committed the offense directly, without the intervention of such idiot, lunatic or infant.

SEC. 7. A married woman, acting under the threats, command or coercion of her husband, shall not be found guilty of any crime not punishable with death; *provided*, it appear from all the facts and circumstances of the case that violent threats, command or coercion were used; and in such case the husband shall be prosecuted as principal, and receive the punishment which would have otherwise been inflicted on the wife if she had been found guilty.

SEC. 8. Drunkenness shall not be an excuse for any crime, unless such drunkenness be occasioned by the fraud, contrivance or force of some other person or persons, for the purpose of causing the perpetration of an offense, in which case the person or persons so causing said drunkenness for such malignant purpose shall be considered principal or principals, and suffer the same punishment as would have been inflicted on the person or persons committing the offense, if he, she or they had been possessed of sound reason and discretion.

SEC. 9. All acts committed by misfortune or accident shall not be deemed criminal when it satisfactorily appears that there was no evil design or intention, or culpable negligence.

pull down or otherwise destroy or injure, in whole or in part, any public jail or other place of confinement, every person so offending shall, on conviction, be fined in any sum not exceeding ten thousand dollars, nor less than the value of said jail or other place of confinement so destroyed, or of such injury as may have been done thereto by such unlawful act, and be imprisoned in the Territorial prison for any term not exceeding five years.

SEC. 144. If any person or persons shall willfully and intentionally, or negligently and carelessly, set on fire, or cause or procure to be set on fire, any wood, prairies, grass or other lands or grounds in this Territory, every person so offending shall, on conviction before any court of competent jurisdiction, be fined in any sum not less than two hundred nor more than one thousand dollars, or by imprisonment in the county jail not less than ten days nor more than six months, or by both such fine and imprisonment, in the discretion of the jury trying the case; *provided*, that this section shall not extend to any person or persons who shall set on fire any wood, prairies, grass or other lands adjoining their own farm, house, plantation or inclosure, for the necessary preservation thereof from accident or injury by fire, by giving to his, her or their neighbors reasonable notice of such intention.

## FOURTEENTH DIVISION.

### *General Provisions.*

SEC. 145. Every offense or act which, by common law, is declared to be a misdemeanor, and for which no punishment is especially prescribed, shall be punished by imprisonment in the county jail not exceeding six months, or by fine not exceeding five hundred dollars, or by both such fine and imprisonment.

SEC. 146. Until a Territorial prison is provided, the county jail of each county shall be deemed a Territorial prison.

SEC. 147. A sentence of imprisonment in the Territorial prison for a term less than life suspends all civil rights of the person so sentenced, during the term of imprisonment, and forfeits all public offices, and all private trusts, authority and power; and the person sent to such imprisonment for life shall thereafter be deemed civilly dead.

SEC. 148. Where the term "person" is used in this chapter to designate the party whose property may be the subject of any offense, such term shall be construed to include the United States, this Territory, or any other State or Territory, government or county, which may lawfully own any property within this Territory, and all public and private corporations as well as individuals.

SEC. 149. The provisions of this chapter shall extend to females.

SEC. 150. When any intent to injure, defraud or cheat is required by law to be shown, in order to constitute any offense, it shall be sufficient if such intent be to injure, defraud or cheat the United States, this Territory, or any other State, Territory or county, or the government or any public office thereof, or any county, city or town, or any corporation, body politic or private individual.

## AMENDMENTS.

An Act to prevent the improper use of deadly weapons, and the indiscriminate use of fire arms in the towns and villages of the Territory.

Section 1. That any person in this Territory, having, carrying or procuring from another person, any dirk, dirk knife, bowie knife, pistol, gun or other deadly weapon, who shall, in the presence of two or more persons, draw or exhibit any of said deadly weapons in a rude, angry or threatening manner, not in necessary self-defense, or who shall, in any manner, unlawfully use the same in any fight or quarrel, the person or persons so offending, upon conviction thereof in any criminal court in any county of this Territory, shall be fined in any sum not less than one hundred nor more than five hundred dollars, or imprisonment in the county jail not less than one nor more than six months, in the discretion of the court, or both such fine and imprisonment, together with the cost of prosecution.

Sec. 2. That any person or persons having or carrying any pistol or gun who shall, in the public streets or highways, discharge the same indiscriminately, thereby disturbing the peace and quiet, and endangering the lives of the inhabitants of any town or neighborhood in this Territory, such person or persons, upon conviction thereof, before any justice of the peace in the county where such offense may be committed, shall be fined in any sum not less than ten nor more than fifty dollars, and imprisonment in the county jail not less than two nor more than ten days, in the discretion of the justice of the peace, together with the cost of prosecution.

Sec. 3. It shall be the duty of all sheriffs, deputy sheriffs, constables and all peace officers and private citizens to see that the provisions of section second of this act are enforced, by informing on all persons violating its provisions, by having them arrested and brought before the proper officer for trial and punishment.

Sec. 4. It is hereby made the duty of all civil and peace officers in this Territory to be diligent in carrying into effect the provisions of section one of this act, as well also as all grand juries or grand jurors, to inquire into and make presentment of each and every offense against the provisions of said section one of this act which shall come within their knowledge. And it is also made the duty of all judges in this Territory to give said section one in charge of the grand juries at each term of their respective courts.

Sec. 5. This act shall take effect and be in force from and after its passage.

Approved September 30, 1867.

AN ACT to punish Vagrants, Vagabonds and Suspicious persons.

SECTION 1. All persons except Indians belonging to civilized tribes in this Territory who have no visible means of support, and who within ten days seek neither labor nor employment when employment is offered them; all persons except as aforesaid, who roam about from place to place without any lawful business; all persons of notoriously bad character who live without any settled home or lawful occupation, may be arrested and committed to jail and sentenced to hard labor for such time as the court before whom they are convicted shall think proper, not exceeding ninety days.

SEC. 2. It shall be the duty of any justice of the peace, on personal knowledge, or upon the written complaint of any creditable citizen of the Territory, verified by the affidavit of the complainant, to issue his warrant to apprehend such person or persons, and upon due conviction to send such person or persons to jail, as prescribed in section one of this act.

SEC. 3. The keeper of the jail, or such other person as the sheriff of the county may appoint, shall be keeper of such prisoners after conviction, and shall employ them at any kind of labor that the board of supervisors of the county may direct, and each and every person so convicted shall be secured while employed outside of the county jail in such manner as shall prevent the escape of the said prisoner.

SEC. 4. The board of supervisors may, when for sufficient cause being shown to them, either on account of the health of the prisoner, or on account of good behavior, remit the sentence and punishment of any person imprisoned under this act; *provided*, such person shall give satisfactory security for good behavior in a sum not exceeding five hundred dollars, guaranteed by two responsible sureties, said security to be given by a bond to the county in which the prisoner shall be convicted, and which bond may be sued for and collected in the name of and for the use of said county.

SEC. 5. Appeals may be taken upon conviction to the District Court in the same manner as is now provided by law in other cases.

SEC. 6. This act shall take effect immediately on and after its passage.

APPROVED September 30, 1867.

---

AN ACT amendatory of Chapter Ten, Howell Code, "Of Crimes and Punishments."

SECTION 1. Section sixty-one of said chapter is hereby amended to read as follows:

SEC. 61. Every person who shall feloniously steal, take and carry, lead or drive, away the personal goods or property of another, under the value of fifty dollars, shall be deemed guilty of petit larceny, and, upon conviction thereof, shall be punished by imprisonment in the county jail not more than six months, or by fine not exceeding five hundred dollars, or by both such fine and imprisonment, in the discretion of the court.

APPROVED December 29, 1865.

AN ACT to Prevent and Punish the Sale of Spirituous Liquors to Indians.

SECTION 1. Any person within this Territory who shall sell or give spirituous liquors to any Indian shall, upon conviction thereof, be punished as follows:

SEC. 2. Whenever it shall appear, by a complaint made upon the affidavit of the complainant, satisfactory to any justice of the peace, that any person has been guilty of selling or giving spirituous liquor to any Indian within this Territory, and within the county or precinct where such justice shall reside, he shall issue a warrant and cause to be arrested the person or persons so offending, who shall be tried before him, and, if found guilty and convicted, the person so convicted shall be fined for the first offense twenty-five dollars, together with the costs, and, if convicted a second time, the said person so convicted shall be fined not less than fifty dollars, together with the costs, and imprisoned in the county jail for a period of thirty days.

SEC. 3. This act shall take effect immediately after its passage.

APPROVED September 30, 1867.

---

AN ACT to amend Section Twenty-six of Chapter Ten, Howell Code, "Of Crimes and Punishments."

SECTION 1. That section twenty-six of chapter ten, Howell code, "Of Crimes and Punishments," be and hereby is amended to read as follows:

SEC. 26. Every person convicted of the crime of manslaughter shall be punished by imprisonment in the Territorial penitentiary for a term not less than three nor more than ten years.

SEC. 2. All acts in conflict with this act are hereby repealed.

APPROVED October 5, 1867.

---

AN ACT to Prevent and Punish the Sale of Arms and Ammunition to Indians.

SECTION 1. Any person or persons within this Territory who shall sell or give arms or ammunition to any Indians, or repair arms for them, shall, upon conviction thereof, be punished as follows:

SEC. 2. Whenever it shall appear by a complaint made upon the affidavit of the complainant, satisfactory to any justice of the peace, that any person or persons has been guilty of selling or giving arms or ammunition to any Indian or Indians, or who has been guilty of repairing arms for their use, within the county or precinct where such justice shall reside, he shall issue a warrant and cause to be arrested the person or persons so offending, who shall be tried before him, and if found guilty and convicted, the person so convicted shall be fined for the first offense fifty dollars, together with the costs; and if convicted a second time, the said person or persons so convicted shall be fined not less than one hundred dollars, together with the costs, and imprisoned in the county jail for the term of thirty days; *provided,*

that the penalties of this act shall not be applied to persons selling arms or ammunition, or repairing arms to or for the following tribes: Pimas, Maricopas, Papagoes and tame Apaches.

SEC. 3. That one-half of all fines collected under the provisions of this act shall be applied to the road fund of the county in which the conviction is made, and the other half shall be paid to the informer.

SEC. 4. This act shall apply to Pah-Ute county only, and shall take effect and be in force from and after the first day of January, A. D. 1869.

APPROVED December 15, 1868.

---

AN ACT Providing Penalties for Refusal to Perform Duty, Neglect of Duty and Malfeasance in Office by certain County Officers.

SECTION 1. In case of neglect or refusal to perform any of the duties required of them by law, or of malfeasance in office, of any sheriff, county recorder, clerk of the board of supervisors, county collector, county treasurer, public administrator or clerk of court, it shall be the duty of the board of supervisors of the county in which such offense may be committed, to bring suit forthwith against the officer so offending, in any court of competent jurisdiction; and it shall be the duty of the district attorney to prosecute such suit, and such court shall proceed in a summary manner to dispose of the case according to law, and, upon conviction, shall make an order removing the person from office. All actions arising under the provisions of this act shall be entitled, "The Territory of Arizona against."

SEC. 2. In case of conviction and removal as aforesaid, of any officer, it shall be the duty of the district attorney to immediately prosecute the sureties of such officer in the manner prescribed by law.

SEC. 3. In case of refusal or neglect to perform any of their duties as prescribed by law, or in case of malfeasance in office of any member or members of any board of supervisors, upon complaint thereof being made to the district attorney of the county, it shall be his duty to prosecute such member or members for such refusal to perform or neglect of duty, or for such malfeasance in office, as the case may be, before any court of competent jurisdiction, and, in case of conviction of any of the offenses specified in this act, such court shall make an order removing the person so convicted from office.

SEC. 4. In case of malfeasance in office, or of neglect or refusal to perform his duties on the part of any district attorney, it shall be the duty of the board of supervisors of the proper county to bring suit forthwith against such district attorney, and to employ counsel to prosecute the case in the proper courts, and, upon conviction thereof, such district attorney shall be removed from office by an order of the court.

SEC. 5. When any officer mentioned in the preceding section shall be convicted of any of the offenses mentioned in the foregoing sections, in addition to removal from office he shall be fined, not less than one hundred dollars nor more than five hundred dollars, in the discretion of the court.

SEC. 6. In case of the removal from office of a majority of the board

100        CRIMES AND PUNISHMENTS.

of supervisors of any county, or if said offices shall otherwise become vacant, the judge of probate of said county shall appoint suitable persons to fill such vacancies during the disabilities of said supervisors, or until said vacancies shall be filled by election or otherwise, and the said supervisors so appointed shall qualify in the same manner, and be subject to removal in the same manner, and be liable to the same penalties as the original supervisors.

SEC. 7. All acts and parts of acts conflicting with the provisions of this act are hereby repealed.

SEC. 8. This act shall take effect and be in force from and after its passage.

APPROVED December 15, 1868.

---

AN ACT to repeal Section Fourteen of Chapter Ten, Howell Code, "Of Crimes and Punishments."

SECTION 1. That section fourteen, chapter ten of the Howell Code, "Of Crimes and Punishments," third division, entitled, "Who may be a witness in criminal cases," be and the same is hereby repealed.

SEC. 2. This act shall take effect and be in force from and after its passage.

APPROVED January 27, 1871.

---

AN ACT for the Protection of the Rights of Persons Prosecuted for Crime.

SECTION 1. All persons charged by indictment or otherwise, with violation of the criminal code of this Territory, shall be competent to testify upon their trial for such offenses, if they choose so to do, providing that in all cases wherein the defendant declines to testify, the court shall instruct the jury that the fact of the defendant's declining to testify must not be construed by them as raising any presumption against him.

SEC. 2. This act shall take effect and be in force from and after its passage.

APPROVED January 27, 1871.

---

AN ACT Amendatory of Sections Fifty-nine and Sixty, Chapter Ten, Howell Code "Of Crimes and Punishments."

SECTION 1. That section fifty-nine, chapter ten, Howell Code, is hereby amended so as to read as follows: Robbery is the felonious and violent taking of money, goods or other valuable thing from the person of another by force or intimidation. Every person guilty of robbery shall be punished by imprisonment in the Territorial penitentiary for a term not less than five nor more than twenty years.

SEC. 2. That section sixty, chapter ten, Howell Code, is hereby amended so as to read as follows: Every person who shall feloniously steal, take and carry, lead or drive away, the personal goods or property of another, of the value of fifty dollars or more, shall be guilty of grand

CRIMES AND PUNISHMENTS.   101

larceny, and, upon conviction thereof, shall be punished by imprisonment in the Territorial penitentiary for any term not less than one year nor more than ten years.

SEC. 3. All acts and parts of acts in conflict with this act are hereby repealed.

SEC. 4. This act shall take effect and be in force from and after its passage.

APPROVED February 7, 1871.

---

AN ACT concerning the collection of taxes in the Territory of Arizona.

SECTION 1. That any person or persons who shall exercise or attempt to exercise any of the powers, duties or functions of the office of Assessor or Collector of Taxes in any of the counties of the Territory of Arizona, within its boundaries as fixed by law (except the lawfully qualified Assessor and Collector of Taxes for such counties, whose duty it is to assess and collect the taxes thereof), shall be deemed guilty of a misdemeanor, and, upon conviction thereof before any court in said Territory of competent jurisdiction, shall be fined in any sum not less than five hundred dollars nor more than five thousand dollars, or by imprisonment in the county jail for a period of not more than one year, or by both such fine and imprisonment, in the discretion of the court.

SEC. 2. Any person or persons who shall aid, assist, counsel or advise such person or persons to assess or collect, or attempt to assess or collect, taxes in any of the counties of this Territory, or within the boundaries of any such counties as fixed by law, or shall in any way connive at, countenance or abet such person or persons to assess or collect taxes in any of said counties, or the attempted assessment or collection of taxes aforesaid, shall be deemed guilty of a misdemeanor, and, upon conviction thereof before any court of competent jurisdiction, shall be fined in any sum not less than three hundred dollars nor more than one thousand dollars, and be imprisoned until the fine is paid.

SEC. 3. All acts or parts of acts in conflict with this act are hereby repealed.

SEC. 4. This act shall take effect from and after its passage.

APPROVED February 14, 1871.