

DATE DOWNLOADED: Fri Dec 20 10:57:35 2024
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
James F. McClellan, Compiler. Digest of the Laws of the State of Florida, from the Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One Thousand Eight Hundred and Eighty-One Inclusive (1881).

ALWD 7th ed.
McClellan, James F., Compiler. Digest of the Ls of the State of Florida, from the Year One Thous& Eight Hundred & Twenty-Two, to the Eleventh Day of March, One Thous& Eight Hundred & Eighty-One Inclusive (1881).

APA 7th ed.
McClellan, J. (1881). Digest of the Laws of the State of Florida, from the Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One Thousand Eight Hundred and Eighty-One Inclusive. Tallahassee, Fla, Printed at the Floridian Book and job Office.

Chicago 17th ed.
McClellan James F., Compiler. Digest of the Laws of the State of Florida, from the Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One Thousand Eight Hundred and Eighty-One Inclusive. Tallahassee, Fla, Printed at the Floridian Book and job Office.

McGill Guide 9th ed.
James F. McClellan, Compiler, Digest of the Ls of the State of Florida, from the Year One Thous& Eight Hundred & Twenty-Two, to the Eleventh Day of March, One Thous& Eight Hundred & Eighty-One Inclusive (Tallahassee, Fla: Printed at the Floridian Book and job Office., 1881)

AGLC 4th ed.
James F. McClellan, Compiler, Digest of the Laws of the State of Florida, from the Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One Thousand Eight Hundred and Eighty-One Inclusive (Printed at the Floridian Book and job Office., 1881

MLA 9th ed.
McClellan, James F., Compiler. Digest of the Laws of the State of Florida, from the Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One Thousand Eight Hundred and Eighty-One Inclusive. Tallahassee, Fla, Printed at the Floridian Book and job Office. HeinOnline.

OSCOLA 4th ed.
McClellan, James F., Compiler. Digest of the Laws of the State of Florida, from the Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One Thousand Eight Hundred and Eighty-One Inclusive. Tallahassee, Fla, Printed at the Floridian Book and job Office.     Please note: citations are provided as a

# DIGEST

OF THE

## LAWS OF THE STATE OF FLORIDA,

FROM THE YEAR

ONE THOUSAND EIGHT HUNDRED AND TWENTY-TWO,

TO THE

ELEVENTH DAY OF MARCH, ONE THOUSAND EIGHT HUNDRED AND EIGHTY-ONE, INCLUSIVE.

---

COMPILED BY

J A M E S  F.  McC L E L L A N,

OF THE MARIANNA BAR.

---

TALLAHASSEE, FLA.:

PRINTED AT THE FLORIDIAN BOOK AND JOB OFFICE.

1881.

400                                    CRIMES—MISDEMEANORS.

any juror which had been lawfully drawn out and drawing or substituting another in his stead, or in any other way in the drawing of jurors, he shall, on conviction thereof, be punished by a fine not exceeding five hundred dollars, to be paid into the county treasury of the county in which the offence is committed.   (*l*)

*Barrators—how punished.*  SEC. 22. If any person shall be convicted of being a common barrator, such person shall be fined in a sum not exceeding one thousand dollars, or imprisoned not exceeding twelve months, at the discretion of the court; and if the offender belongs to the profession of the law, he shall also be disqualified from practicing.   (*m*)

*Auctioneers making false return—penalty.*  SEC. 23. If any auctioneer shall knowingly make a false return of sales by him, he shall be liable to indictment, and, on conviction, to a fine of not more than five hundred dollars, at the discretion of the court; and, upon such conviction, the commission of such auctioneer shall be forfeited and void.   (*n*)

*Persons enticing away employee—how punished.*  SEC. 24. If any person shall entice, induce or otherwise persuade any laborer or employee to quit the service of another to which he was bound by contract, before the expiration of the term of service stipulated in said contract, he shall be guilty of a misdemeanor, and, upon conviction, shall be fined in a sum not exceeding one thousand dollars.   (*o*)

———

# CHAPTER 70.

### CRIMES—MISDEMEANORS—OFFENCES AGAINST PUBLIC PEACE.

1. Penalties prescribed against riotous assemblies, armed; duty of officers in such cases.

2. Penalty for failure to aid officer when commanded to do so.

3. Penalty if officers omit to exercise their authority.

4. Penalty for failure of rioters to disperse when commanded to do so.

5. Persons who act as posse in quelling riots, &c., to obey officer's orders.

6. When magistrates, &c., excused for killing; who held liable for killing officer in such cases.

7. Penalty for affray.

8. Penalties for unlawful military organizations.

9. Who to be liable for damage to property destroyed by rioters; duty of owner.

10. City or town may recover of rioters.

11. Penalties for breaches of the peace, and for having certain weapons.

12. Penalty against dealers in slung-shots.

13. Penalty for carrying secret arms.

14. Penalty for libel.

(*l*) Sec. 30, Chap. 1628, Act of Aug. 1, 1868.
(*m*) Sec. 31, Act of Feb. 10, 1832.

(*n*) Sec. 5, Chap. 221, Act of Jan. 12, 1840.
(*o*) Sec. 5, Chap. 1470, Act of Jan. 12, 1866.

CRIMES—MISDEMEANORS. 401

SECTION 1. If any persons, to the number of twelve or more, *Riotous assemblies armed.* being armed with clubs or other dangerous weapons, or if any persons, to the number of thirty or more, whether armed or not, are unlawfully, riotously or tumultuously assembled in any city or town, it shall be the duty of the mayor and of each of the aldermen of such city, and of each of the selectmen of such town, and of every Justice of the Peace living in any such city or town, and also of the sheriff of the county and his deputies, to go among the persons so assembled, or as near to them as may be with safety, and, in the name of the State, to command all the persons so assembled immediately and peaceably to disperse ; and if such persons do not thereupon immediately and peaceably disperse, it shall be the duty of each *Duty of officers.* of said magistrates and officers to command the assistance of all persons there present in seizing, arresting and securing such persons in custody so that they may be proceeded with for their offence according to law. (a)

SEC. 2. If any person present, being commanded by any of *Persons failing to aid upon command of officers.* the magistrates or officers mentioned in the preceding section to aid and assist in seizing and securing such rioters or persons so unlawfully assembled, or in suppressing such riot or unlawful assembly, refuses or neglects to obey such command, or, when required by such magistrate or officer to depart from the place, refuses or neglects so to do, he shall be deemed one of the rioters or persons unlawfully assembled, and may be prosecuted and punished accordingly. (a)

SEC. 3. If any mayor, alderman, selectman, Justice of the *Officers omitting to exercise their authority.* Peace, sheriff or deputy sheriff, having notice of any such riotous or tumultuous and unlawful assembly in the city or town in which he lives, neglects or refuses immediately to proceed to the place of such assembly, or as near thereto as he can with safety, or omits or neglects to exercise the authority with which he is invested by this chapter for suppressing such assembly, and for arresting and securing the offenders, he shall be punished by fine not exceeding three hundred dollars. (a)

SEC. 4. If any persons who are so riotously or unlawfully *Rioters failing to disperse upon command.* assembled, and who have been commanded to disperse as before provided, refuse or neglect to disperse without unnecessary delay, any two of the magistrates or officers before mentioned may require the aid of a sufficient number of persons, in arms or otherwise, as may be necessary, and shall proceed in such manner as in their judgment is expedient, forthwith to disperse and suppress such assembly, and seize and secure the persons composing the same, so that they may be proceeded with according to law. (a)

SEC. 5. When any armed force is called out to suppress a *Resistance of force called out to suppress riot.* tumult or riot, or to disperse any body of men acting together by force and with intent to commit a felony or to offer violence to persons or property, or with intent by force or violence to

(a) Secs. 1, 2, 3 and 4, Sub-Chap. 7, Chap. 1637, Act of Aug. 6, 1868.

26

402                                    CRIMES—MISDEMEANORS.

resist or oppose the execution of the laws of this State, arrives at the place of such unlawful, riotous or tumultuous assembly, they shall obey such orders for suppressing the riot or tumult, and for dispersing and arresting all persons who are committing any of said offences, as they have received from the Governor, or any Judge of a court of record, or the sheriff of a county, and also such orders as they there receive from any two of the magistrates or officers before mentioned. *(a)*

*When magistrates and persons excused for killing.*

SEC. 6. If, by reason of the efforts made by any two or more of said magistrates or officers, or by their direction, to disperse such assembly, or to seize and secure the persons composing the same, who have refused to disperse, though the number remaining may be less than twelve, any such person or other person then present is killed or wounded, the magistrates and officers and all persons acting by their order, or under their directions, and all persons acting under the two preceding sections, shall be held guiltless and fully justified in law; and if any of said magistrates or officers, or any person acting under or by the direction of any of the officers before mentioned, is killed or wounded, all persons so assembled, and all other persons who, when commanded or required, refused to aid and assist said magistrates or officers, shall be held answerable therefor. *(a)*

*Persons killing magistrate.*

*Riot and affray.*

SEC. 7. Any person or persons convicted of a riot, or an affray, shall be fined in a sum not exceeding five hundred dollars, or be imprisoned not exceeding twelve months, at the discretion of the court. *(b)*

*Unlawful military organization.*

SEC. 8. If any person shall form any military organization in this State, not authorized by law, or shall participate or aid or abet in the formation of such organization, he shall be deemed to be guilty of a misdemeanor, and upon conviction shall be fined in a sum not exceeding one thousand dollars, and imprisoned for a term not exceeding six months, or shall be made to stand in the pillory for one hour, and be whipped, not exceeding thirty-nine stripes, at the discretion of the court: *Provided,* That if the person so convicted shall, upon the trial, be proved to have accepted an office in such organization, the penalties herein provided may be increased three-fold, at the discretion of the court. *(c)*

*Riotous persons injuring property beyond the value of fifty dollars, city to be responsible for.*

SEC. 9. When property of the value of fifty dollars or more is destroyed, or property is injured to that amount, by any persons to the number of twelve or more, riotously, rantously or tumultuously assembled, the city or town within which the property was situated shall be liable to indemnify the owner thereof, to the amount of three-fourths of the value of the property destroyed, or of the amount of such injury thereto, to be recovered in an action of tort: *Provided,* That the owner of such property uses all reasonable diligence to prevent its de-

*Duty of owner.*

*(a)* Secs. 5 and 6, Sub-Chap. 7, Chap. 1637, Act of Aug. 6, 1868.
*(b)* Sec. 35, Act of Feb. 10, 1832.
*(c)* Sec. 15, Chap. 1466, Act of Jan. 15. 1866.

struction or injury, and to procure the conviction of the offenders. *(d)*

SEC. 10. A city or town, which pays any sum under the provisions of the preceding section, may recover the same against any or all of the persons who destroyed or injured such property. *(d)* — May recover of rioters.

SEC. 11. Whoever, whenever arrested upon a warrant of a magistrate issued against him for an alleged offence against the laws of this State, and whoever when arrested by a sheriff, deputy sheriff, constable, police officer, or watchman, while committing a criminal offence against the laws of this State, or a breach or disturbance of the public peace, is armed with, or has on his person, slung shot, metallic knuckles, billies or other dangerous weapon, shall be punished by fine not exceeding fifty dollars, and by imprisonment in the county jail not exceeding one year. *(d)* — Persons engaged in breach of the peace, having weapons

SEC. 12. Whoever manufactures, or causes to be manufactured, or sells, or exposes for sale, any instrument or weapon of the kind usually known as slung shot, or metallic knuckles, shall be punished by fine not less than fifty dollars, or by imprisonment in the county jail not exceeding six months. *(d)* — Sellers of slung-shot.

SEC. 13. Whoever shall carry arms of any kind whatever, secretly, on or about their person, or whoever shall have about or on their person any dirk, pistol or other arm or weapon, except a common pocket-knife, upon conviction thereof shall be fined in a sum not exceeding one hundred dollars, or imprisoned in the county jail not exceeding six months. *(d)* — Carrying secret arms. 12 Fla., 135.

SEC. 14. Any person convicted of the publication of a libel shall be punished by imprisonment in the county jail not exceeding one year, or by fine not exceeding one thousand dollars, or by both such fine and imprisonment. *(d)* — Libel.

———

# CHAPTER 71.

## CRIMES—MISDEMEANORS—OFFENCES AGAINST PUBLIC POLICY.

1. Penalties for lotteries.

2. Penalties for owner of building to allow lotteries to be sold therein, or to let money be won by throwing dice.

3. Penalty for selling lottery tickets.

4. Penalty for second offence.

5. All lottery prizes to be forfeited.

6. Penalty for keeping gaming houses and tables.

7. Penalty for telegraph operators to disclose messages.

8. Penalty for unfair practice in sale of land.

9. Penalty for selling by false weights.

10. Common cheat defined, and penalty for being.

*(d)* Secs. 8, 9, 10, 11, 14 and 15, Sub-Chap. 7, Chap. 1637, Act of Aug. 6, 1868.