

DATE DOWNLOADED: Fri Dec 20 10:59:33 2024
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
John M. Price; Editors et al. General Statutes of the State of Kansas (1868).

ALWD 7th ed.
Price, John M.; et al., Editors. General Statutes of the State of Kansas (1868).

APA 7th ed.
Price, J. (1868). General Statutes of the State of Kansas. Lawrence, J. Speer.

Chicago 17th ed.
Price John M.; et al., Editors. General Statutes of the State of Kansas. Lawrence, J. Speer.

McGill Guide 9th ed.
John M. Price; Editors et al., General Statutes of the State of Kansas (Lawrence: J. Speer., 1868)

AGLC 4th ed.
John M. Price; Editors et al., General Statutes of the State of Kansas (J. Speer., 1868

MLA 9th ed.
Price, John M., and Editors et al. General Statutes of the State of Kansas. Lawrence, J. Speer. HeinOnline.

OSCOLA 4th ed.
Price, John M.; et al., Editors. General Statutes of the State of Kansas. Lawrence, J. Speer.     Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

# THE GENERAL STATUTES

OF THE

# STATE OF KANSAS:

REVISED BY JOHN M. PRICE, SAMUEL A. RIGGS, AND JAMES M°CAHON,

COMMISSIONERS APPOINTED BY THE GOVERNOR, UNDER AN ACT APPROVED FEBRUARY 18, 1867,
REPORTED TO, AND AMENDED AND ADOPTED BY, THE LEGISLATURE, AT ITS
REGULAR SESSION IN 1868.

WITH HEAD NOTES, MARGINAL NOTES, REFERENCES TO DECISIONS,
AND AN INDEX, PREPARED BY THE COMMISSIONERS.

TO WHICH THE

CONSTITUTIONS OF THE UNITED STATES AND THE STATE OF KANSAS,

TOGETHER WITH THE ORGANIC ACT OF THE TERRITORY OF KANSAS, THE TREATY
CEDING THE TERRITORY OF LOUISIANA TO THE UNITED STATES,
AND THE ACT ADMITTING KANSAS INTO THE UNION,

ARE PREFIXED.

PUBLISHED BY AUTHORITY OF LAW.



LAWRENCE:
PRINTED FOR THE STATE, BY JOHN SPEER, PUBLIC PRINTER.
1868.

OFFICE OF THE SECRETARY OF STATE,
TOPEKA, KANSAS, Oct. 31, 1868.

I hereby certify that the acts contained in this volume, from page 71 to page 1131, both inclusive, are truly copied from the original enrolled laws, except the words inclosed in brackets, and the head and marginal notes; and that said volume was duly published on the 31st day of October, A. D. 1868.

[L. S.]

R. A. BARKER,
*Secretary of State.*

Case 1:23-cv-00070-WES-PAS   Document 44-40   Filed 01/06/25   Page 3 of 7 PageID #: 2486

this act, all jurisdiction of the probate judge of Leavenworth county, in criminal matters, shall cease.

Sec. 4. That the compensation of the judge of the criminal court herein provided for, shall be the same as that received by judges of the district courts. *Compensation of judge.*

Sec. 5. That the clerk of said criminal court shall receive, as full compensation for his services as such clerk, the sum of two thousand dollars; and shall return all sums received by him as fees to the board of commissioners of Leavenworth county, for the use of the county. *Compensation of clerk.*

Sec. 6. That section two of an act to establish a criminal court in Leavenworth county, and all acts or parts of acts inconsistent and in conflict with the provisions of this act, be and the same are hereby repealed. *Acts in conflict with this act repealed.*

Sec. 7. That this act shall be in force from and after its publication in the statute book.

Approved, March 3, 1868.

# CHAPTER 31.

## CRIMES AND PUNISHMENTS.

*An act regulating crimes and punishments.*

Article I. Offenses against government.
　　II. Offenses against the persons of individuals.
　　III. Offenses against property.
　　IV. Offenses affecting records, currency, written instruments and securities.
　　V. Crimes affecting the administration of justice.
　　VI. Of crimes affecting public trusts.
　　VII. Crimes against public morals and decency.
　　VIII. Offenses against the public peace.
　　IX. Miscellaneous offenses.
　　X. General provisions.

*Be it enacted by the Legislature of the State of Kansas:*

ARTICLE I.

*Offenses against government.*

§ 1. Punishment of treason.
2. Misprision of treason.
3. Joining revolutionary society and furnishing arms to enemies, &c.
§ 4. Raising flag or wearing badge showing sympathy with enemies.
5. County in which offender may be arrested, tried and punished.

employments; and if, upon such proclamation, such persons shall not disperse and depart as aforesaid, it shall be the duty of such judge, justice of the peace, sheriff, constable, marshal or other peace officer, to call upon persons near, and if necessary, throughout the county, to aid and assist in dispersing and taking into custody all persons assembled as aforesaid; and all persons called on as aforesaid, and refusing to render immediate assistance, shall each, upon conviction thereof, be fined in any sum not exceeding one hundred dollars.

---

## ARTICLE IX.

### *Miscellaneous offenses.*

§ 270. Libel.
271. Composing or circulating libel.
272. Defendant shall be acquitted, when.
273. Publication necessary to constitute libel.
274. Publication, what is.
275. Jury may determine law and fact in indictment for libel.
§ 276. Knowingly selling unwholesome provisions.
277. Adulterating food or liquor.
278. Adulterating drugs or medicines.
279. Inoculating with small pox.
280. Vagrancy.
281. County commissioners to regulate working of vagrants.
282. Carrying deadly weapon.

Libel.

SEC. 270. A libel is the malicious defamation of a person, made public by any printing, writing, sign, picture, representation or effigy, tending to provoke him to wrath, or expose him to public hatred, contempt or ridicule, or to deprive him of the benefits of public confidence and social intercourse, or any malicious defamation, made public as aforesaid, designed to blacken and vilify the memory of one who is dead, and tending to scandalize or provoke his surviving relatives and friends.

Composing or circulating libel.

SEC. 271. Every person who makes or composes, dictates or procures the same to be done, or who willfully publishes or circulates such libels, or in any way, knowingly and willfully, aids or assists in making, publishing or circulating the same, shall be punished by imprisonment in the county jail not more than one year, or by a fine not exceeding one thousand dollars.

Defendant shall be acquitted, when.

SEC. 272. In all prosecutions or indictments for libel, the truth thereof may be given in evidence to the jury, and if it appears to them that the matter as charged as libelous was true, and was published with good motives and for justifiable ends, the defendant shall be acquitted.

Case 1:23-cv-00070-WES-PAS   Document 44-40   Filed 01/06/25   Page 6 of 7 PageID #: 2489

SEC. 273. No printing, writing or other thing is a libel, unless there has been a publication thereof. *Publication necessary to constitute libel.*

SEC. 274. The delivery, selling, reading or otherwise communicating a libel, or causing the same to be delivered, sold, read or otherwise communicated to one or more persons, or to the party libeled, is a publication thereof. *Publication, what is.*

SEC. 275. In all indictments or prosecutions for libel, the jury, after having received the direction of the court, shall have the right to determine, at their discretion, the law and the fact. *Jury may determine law and fact in indictment for libel.*

SEC. 276. If any person shall knowingly sell any kind of diseased, corrupt or unwholesome provisions, whether for meat or drink, without making the same fully known to the buyer, he shall be punished by imprisonment in the county jail not more than six months, or by fine not exceeding one hundred dollars. *Knowingly selling unwholesome provisions.*

SEC. 277. If any person shall fraudulently adulterate, for the purpose of sale, any substance intended for food, or any wine, spirit, malt liquor, or other liquor intended for drinking, with any substance injurious to health, he shall be punished by imprisonment in the county jail not more than one year, or by fine not exceeding three hundred dollars; and the article so adulterated shall be forfeited and destroyed. *Adulterating food or liquor.*

SEC. 278. If any person shall fraudulently adulterate, for the purpose of sale, any drug or medicine, in such a manner as to render the same injurious to health, he shall be punished by imprisonment in the county jail not more than one year, or by fine not exceeding three hundred dollars; and such adulterated drugs and medicines shall be forfeited and destroyed. *Adulterating drugs or medicines.*

SEC. 279. If any person shall inoculate himself or any other person, or shall suffer himself to be inoculated with the small pox, within this state, with intent to cause the prevalence or spread of this infectious disease, he shall be punished by imprisonment in the state prison not more than three years nor less than one year. *Inoculating with small pox.*

SEC. 280. Any person who may be found loitering around houses of ill-fame, gambling houses, or places where liquors are sold or drank, without any visible means of support, or shall be the keeper or inmate of any house of ill-fame or gambling house, or engaged in any unlawful calling whatever, or any able-bodied married man who shall neglect or refuse to provide for the support of his *Vagrancy.*

family, shall be deemed a vagrant, and, upon conviction thereof, may be fined in any sum not exceeding five hundred dollars, or by imprisonment in the county jail not exceeding one year.

*County commissioners to regulate working of vagrants.*

SEC. 281. The board of county commissioners shall make such regulations for the working of vagrants as will keep them as nearly as possible in constant employment.

*Carrying deadly weapon.*

SEC. 282. Any person who is not engaged in any legitimate business, any person under the influence of intoxicating drink, and any person who has ever borne arms against the government of the United States, who shall be found within the limits of this state, carrying on his person a pistol, bowie-knife, dirk or other deadly weapon, shall be subject to arrest upon charge of misdemeanor, and upon conviction, shall be fined in a sum not exceeding one hundred dollars, or by imprisonment in the county jail not exceeding three months, or both, at the discretion of the court.

## ARTICLE X.

*General provisions.*

§ 283. Attempting to commit offenses.
284. Person shall not be convicted, when.
285. Stealing in another state and bringing stolen articles into this state.
286. Defendant may plead former conviction or acquittal.
287. Principals in the second degree and accessories before the fact.
288. Accessories after the fact.
289. Committing second offense.
290. Convicts in other states liable to punishment for second conviction.
291. Imprisonment may be for lifetime, when; never less than one year.
292. No fine to be imposed when prisoner is sentenced to confinement and hard labor.
293. Punishment limited.
294. Misdemeanor, how punished when no other punishment is provided.
295. Fine may be imposed, when.
296. Acquittal a bar to prosecution for the same offense, and every degree thereof.
297. When defendant may be tried again.
298. Acquittal may be pleaded in bar, when.
§ 299. Person under sixteen years of age convicted of felony.
300. Civil rights suspended during imprisonment.
301. Convict under protection of the law.
302. Conviction shall not work corruption of blood, or forfeiture.
303. Person convicted of felony shall be disqualified from holding office, &c.
304. How disabilities may be removed.
305. Convict within the age of sixteen years shall have civil rights restored, in what case.
306. Civil action not merged in a felony.
307. Fines, penalties, &c., recovered by indictment.
308. Jurisdiction of district courts.
309. The term "infamous crime," how construed.
310. The terms "crime," "offense" and "criminal offense."
311. The term "personal property."
312. The terms "real property," or "real estate," include what.
313. The term "property" includes what.
314. The term "person," how construed.
315. What shall be sufficient intent.

*Attempting to commit offenses.*

SEC. 283. Every person who shall attempt to commit an offense prohibited by law, and in such attempt shall do any act toward the commission of such offense, but shall