**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF RHODE ISLAND**

MICHAEL O'NEIL, ET AL.

    Plaintiffs,

    v.                                      1:23-cv-00070-WES

PETER F. NERONHA, ET AL.

    Defendants.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Memorandum and Order entered on August 1, 2025, and in accordance with Fed. R. Civ. P. 58, judgment is entered in favor of the Defendants Peter F. Neronha, et al. and against Plaintiffs Michael O'Neil, et al.

It is so ordered.

August 1, 2025                              By the Court:

                                                  /s/ Hanorah Tyer-Witek
                                                  Clerk of Court