# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Michael O'Neil, et al.

Plaintiff

v.

Case No. 23-070

Peter F. Neronha, et al.

Defendant

## NOTICE OF APPEAL

Notice is hereby given that Michael O'Neil, et al.,

the Plaintiffs in the above-referenced matter, hereby appeals to the United States Court of Appeals for the First Circuit from the:

☑ Final judgment entered on August 1, 2025.

and/or

☑ The order Memorandum and Order entered on August 1, 2025

Respectfully submitted,

/s/ Thomas Lyons

Thomas W. Lyons
Name

2946
Bar Number

Strauss, Factor, Laing & Lyons
Firm/Agency

One State Street, Ste. 600
Address

Providence, RI 02908
City/State/Zip Code

August 22, 2025
Date

401-456-0700
Telephone Number

tlyons@straussfactor.com
Email Address